UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-mj-1061     **Date:** April 21, 2021

United States of America     vs.     Nelson Replogle

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | April Bradford |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Matthew Morris | Benjamin Sharp | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
  - [ ] Defendant waived and reserved the right to a detention hearing.
  - [✓] Defendant requested detention hearing.
    - [✓] Detention hearing set.    [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [✓] Defendant requested a preliminary hearing
  - [ ] Preliminary hearing held.    [✓] Preliminary hearing set.
- [ ] Defendant waived and reserved right to a preliminary hearing.
- [ ] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA.    [ ] To remain under seal.

**Dates set at this hearing:**

- [✓] **Detention Hearing:** April 27, 2021 at 1:30 p.m. (Judge Poplin)
- [✓] **Preliminary Hearing:** May 5, 2021 at 3:30 p.m. (Judge Poplin)
- [ ] **Arraignment Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.    [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 3:00     3:30

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 321mj1061 _ 2021421 _ 150000