# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 1A

**Case #:** 3:21-cr-118  **Date:** October 25, 2021

United States of America **vs.** Nelson Replogle

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | Kara Nagorny | |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Frank Dale, Jr. | Joseph Fanduzz | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal information.

- [✓] Defendant sworn.
- [ ] Defendant requested appointment of counsel and submitted financial affidavit.
- [ ] Court approved financial affidavit and appointed counsel
- [✓] Defendant present with retained counsel.
- [ ] Government requested detention of the defendant:
  - [ ] Defendant waived and reserved the right to a detention hearing.
  - [ ] Defendant requested detention hearing.
    - [ ] Detention hearing set.   [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant entered plea to information:
  - [ ] Not guilty plea entered.   [ ] Guilty plea entered.
- [✓] Defendant reserved entry of plea pending hearing to be held before the District Judge.
- [ ] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] Detention Hearing:
- [ ] Other Hearing:

[ ] Defendant remanded to custody.   [✓] Defendant released on Order Setting Conditions of Release.

**Time:** 10:00   **to** 10:10

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_____ _____ _____

Case 3:21-cr-00118-RLJ-DCP   Document 18   Filed 10/25/21   Page 1 of 1   PageID #: 59