June 1, 2021

5205 Trumpet Vine Lane
Knoxville, TN  37918
areplogle82retired@gmail.com


To Whom It May Concern:

I am writing this letter in order to provide information that will serve as a character reference on behalf of my husband, Nelson Paul Replogle.

My name is Ann Michele Replogle. I have been a resident of Knoxville, Tennessee since I retired July of 2018.  Previously, I lived in Hastings, Michigan, and taught second grade at Northeastern Elementary for 32 years.  I have been happily married to Nelson Replogle for over 32 years.  I am aware of the Federal Criminal Charge against my husband.  This serious crime is so out of character for the man I have loved and lived with most of my adult life.

I met Nelson in March of 1987, and quickly knew he was the one I wanted to spend the rest of my life with.  We were married August 6, 1988.  From the beginning of our relationship, I knew Nelson to be of good moral character.  Throughout our marriage, he was dependable, trustworthy, loyal, extremely supportive, and always able to make me laugh.  I admire how deeply he cares for others, and he shows great empathy for those he comes in contact with.  Often, I have witnessed Nelson do whatever he can to help people who are struggling, or being treated unfairly.  His generosity is evident each birthday, Christmas, and Father's Day, when all he requests is a donation to a charity such as St. Jude Children's Research Hospital, Second Harvest, or Backpack Lunch Program for Kids, in place of gifts for himself.

Nelson has always been a supportive and caring husband and father.  We were fortunate to be able to adopt two children as infants.  Nicholas was born in 1994, and Alexis in 1998.  Family always came first in my husband's thoughts and actions.  He was there for the children through the good times and the times that were difficult. He celebrated their successes in school and athletics, but also spent countless hours of time and effort to coach, teach, and foster improvement in all areas.  Even once our children became adults, Nelson would drop everything if they needed his support and/or help.

Nelson was dedicated to being a good role model for our children as well as for all the students and athletes he came in contact with throughout his high school teaching and coaching career of over 30 years. His dedication to being the best teacher he could be showed through his continual

advancement in studies, and all the extra time spent in and out of the classroom. Many students returned to inform him that the high expectations he set, and his excellence in teaching methods, prepared them for college and/or their life goals. He spent many years as a Class Advisor, and was honored to be chosen by the students one year to speak at their graduation ceremony.

Nelson's behavior started to change over the months of February, March, and April of 2021. This followed a lengthy sickness due to COVID in November. He mentioned feeling depressed, was very restless, irritable, and distant. He also mentioned he felt that his personality had changed. Both exercising and spending money increased in frequency during this time as well.

The recent criminal charge against my husband still seems surreal to me. The man I knew and loved for almost 33 years would not hurt me or our family in this way. He has a supportive family that will help him deal with whatever the future holds, just as he has always been there for them in the past.

Sincerely,

Ann Replogle

May 20, 2021

To Whom It May Concern:

I am writing this letter as a request to share what I know about Nelson Replogle as a person and a friend.

I have known Nelson and his family since 1993 when I began my teaching job at Kelloggsville High School. My wife Bridgett and I enjoyed spending time with Nelson and Ann prior to kids and as our kids grew. We count them as our good friends. While Nelson had a gruff exterior and high expectations for his students, he would help anyone out that needed it. I remember earlier in the time I knew Nelson, we had a leak in our basement. When I shared it with colleagues at school, Nelson's response was "let me know when and I will be over with my shovel to help."

When Nelson left Kelloggsville to teach at Thornapple Kellogg it reduced the time we spent together. But fate would have it that my family relocated to the Thornapple Kellogg school district and both of our kids had the opportunity to have Nelson as a teacher. This reaffirmed my respect for Nelson as a teacher and the concern he had for the success of his students. Even after our kids no longer had him as a teacher, we would sit and catch up at Parent-Teacher Conferences.

Once Nelson and Ann moved to Tennessee, I only saw Nelson on a handful of occasions when they returned for family events. This was pre-COVID.

I would count Nelson as a friend and a person I respect. We have lost the closeness of our relationship over the years. But all of this is a shock to me.

Please let me know if there is anything else I can do to help out in this situation. My heart is breaking for the entire Replogle family.

Sincerely,

Jerry Czarnecki

ATTN: JOSEPH FANDUZZ　　　　　　　　MAY 8, 2021

TO WHOM IT MAY CONCERN:

　WE ARE THE PARENTS OF NELSON PAUL REPLOGLE AND WISH TO INFORM YOU AS TO THE CHARACTER OF OUR SON.

　HE HAS BEEN THE SON THAT ANY PARENT WOULD WANT AND BE VERY PROUD OF, AS WE ARE, AND WILL ALWAYS BE! THE CRIME HE IS ACCUSED OF IN NO WAY FITS HIS CHARACTER!

　HE HAS ALWAYS BEEN CONSIDERATE OF OTHERS, COMPASSIONATE, LOVING, FAITHFUL AND ALL AROUND CARING AND HELPFUL TO HIS FAMILY AND OTHERS, IN PATICULAR HIS STUDENTS IN 30 YRS. OF TEACHING HIGH SCHOOL AND SPECIAL EDUCATION!

　HIS WIFE ANN, SON NICHOLAS, AND DAUGHTER ALEXIS WERE ALWAYS LOVED AND "CAME FIRST" IN HIS LIFE, WHICH MAKES IT VERY HARD FOR US TO FATHOM THIS WHOLE INCIDENT!

WE CAN ONLY SPECULATE THAT HIS RECENT BOUT WITH "COVID 19" HAS ALTERED HIS THINKING AND/OR REASONING IF HE HAS DONE WHAT HE IS ACCUSED OF!? WE FEEL THAT WHAT HE IS BEING ACCUSED OF IS SO FAR "OUT OF HIS CHARACTER" IT IS NOT BELIEVABLE!

ESPECALLY WHEN HE IS AS CONCERNED ABOUT HIS ENTIRE FAMILY BEING EMBARASSED, ASHAMED OR HURT, AS HE IS OF HIS OWN PROBLEM!

SINCERELY;
H. Nelson Replogle
Louise Replogle

May 18, 2021

To whom it may concern,

My name is Donna von der Hoff and I was a high school teacher for 32 years. For 28 years I was employed by the Thornapple Kellogg School District in Middleville, Michigan. Nelson Reploge was a colleague of mine for 19 of those years. In fact, Nelson and I retired at the same time in June of 2018.

Although I did not work in the same department as Nelson since I taught mathematics and computer science while he taught history, we would often see each other at school either passing in the hall, at morning child staffings or staff meetings after school.

Nelson was one of the most dedicated and hardworking teachers I ever worked with. Again and again I would find myself in the same child staffing meetings because we often shared the students for which these meetings were for. The purpose of these meetings was to meet with struggling students and their parents or guardians to come up with a plan to help them succeed in each one of their classes. Nelson always impressed me with how much effort he put into making sure each of his students was progressing. In fact, he is the only teacher I knew to give up his lunch hour every day to work with students to ensure their success. More evidence of Nelson's positive impact on students is in the numerous times students shared with me how they loved history because of him and how his class was their favorite. In fact, I know of students who went on to become history teachers because of the positive influence he had on them.

My hope is that this letter helps to show what an exceptional teacher Nelson was for so many years. It is because of this that I am compelled to write this letter.

Sincerely,

*Donna M. von der Hoff*

Donna M. von der Hoff

Alexis Replogle
5205 Trumpet Vine Lane
Knoxville, TN 37918
(269) 945-7020
reploglelex247@gmail.com


To Whom it may concern:


    Hello, my name is Alexis Replogle. I am a nursing student at Pellissippi State Community College and a lab tech at East Tennessee Children's Hospital. I am writing a character reference letter for my father, Nelson Paul Replogle, who has been charged with murder for hire.

    My father has always put everyone else before himself making my childhood and early adulthood special. Growing up, my dad was the one that taught me everything I know. From riding a bike to throwing a baseball, my dad has always been an outstanding resource for everything that life has thrown me. My father was a football and baseball coach, a class advisor, and a teacher at the school I graduated from. In all these areas, he excelled. He helped students learn to love school and the community at large. One of my fondest memories of him as a teacher was in 2017. A young Latina student at the school was struggling in her classes due to not being able to speak English. My father didn't let that stop him from seeing the student succeed. He used Google Translator on his phone and sacrificed his lunches every day to help her catch up not only in his class but in her other classes as well. Sacrifice isn't something new to my father. He was always the one who sacrificed his needs for other people. As a toddler, my dad obtained his master's degree while still providing and being there for the family. He always dropped everything to be there for my brother and me, no matter the sacrifice it took on him. When I was a freshman in college, I was in a car accident 2 hours away. He left work early and drove up to be with me in the hospital. A few weeks later, he taught me how to buy a car. My father is kind, he is thoughtful, and he is reliable. In 2018, my parents decided to move someplace warm. When looking for places in the south, my parents chose Tennessee for a selfless reason. They wanted to live close enough to be able to drive to my brother and me within a day if we would need them. Later in 2018, I decided to switch colleges and move back in with my parents. Since I moved back in, I have been able to see my father remarkably. He has been the biggest cheerleader in my studies and has supported me through my disappointments along the way.

    In 2020, things changed, as I think they did with most people in the world. We immediately went into lockdown and things seemed scary. We seemed to dodge COVID as much as possible by staying safe and away from people. In November, however, we all tested positive for COVID. I was the first to get sick and thankfully didn't have too many symptoms. My father was the sickest of the family. COVID, along with his asthma made breathing became difficult. Some nights, we weren't sure if he was not getting enough oxygen. He had fluid on his lungs and his cough was almost constant. One evening, he went into the ER because of how short of breath he was. They kept him there a few hours but sent him home with some medications to hopefully help because his oxygen saturation wasn't low enough for him to be admitted. It took my father 3 weeks before he could walk to the bathroom without being short of breath. It took him about a month before he felt semi-normal again. Before he had left for the hospital, he looked at me and told me, "Take care of your mother. Don't let her be alone." That statement I will always remember because he never was the one to tell you how he was feeling, but he was scared he wouldn't come home alive.

This past February, my father and I sat down and had dinner together. During dinner, he told me that COVID did something weird to him. He had suffered from social anxiety his whole life, but for some reason, it was gone. Instead, he told me that he was left with depression. He told me that this was the most depressed that he had felt in his life. He told me that in college he had been depressed, but this was worse than that. I asked him to get some help and he assured me that he will be okay and will handle it. Since then, I have seen a behavior change in my father. He started to buy new clothes, want to go out to eat more like a family, and started being involved in a reenacting group. There just was a feeling that something was off, but I believed it to be his way of dealing with his depression. He never changed how he was a father to me. He was very involved with my studies by helping me study every night. In early April, he ran home after his nightly walk to be here for me when I needed him. He helped me write my first resume for my current job and help me prepare for my interview.

I have known my father, Nelson Replogle for my whole life. Despite the current case, I still believe that my father is an honorable, kind, and valuable member of the community. If you have any questions or need additional information about my father, please feel free to reach me at (269) 945-7020.

Sincerely,

Alexis Replogle

To Whom It May Concern:

I have been praying about writing this letter for a long time and my emotions and heart are conflicted. Hearing the charges levied against someone I consider a friend, and a family that I have such high regard for, I am truly torn. Nelson Replogle is a man that I taught alongside of for over a decade. I spoke with him numerous times a day during the school year, team taught in his room for a few years, watched him coach numerous teams, and witnessed a man that genuinely cared for those who may have been dealing with difficulty, those that were going through extenuating circumstances, and always treating everyone the same no matter what the situation. I do not want to be misleading in any way, as Nelson was or is not a man that was overly loving, or someone that had a bubbly personality in any way. The one word that I keep coming back to is consistent. He was always the same individual, day in and day out, never deviating from the goal that he had. Whether someone needed extra time, or had a limited understanding, he was consistent in his support and methodology. His pedagogical mindset was one that no matter what your stature or who your parents were or how well you could compete in an extracurricular activity, you were always treated the same. His behaviors never varied from that level of consistency, and I hope that does not sound redundant, it is truly the most accurate word and picture I could use to describe a man that I knew well. The shock that I felt, along with many from the community who knew him so well, I believe also describes how out of character an action like this seems. While steadfast and always strict in the classroom, this is something that nobody could see or can even believe because of the nature of who he was daily. I am not writing this to persuade anyone in either direction, but more so, for you to see a glimpse of someone that we knew, and someone who was so looking forward to his retirement and his dream of moving south out of the state of Michigan. I continue to lift him up in prayers, along with his entire family, and while this may be of little help, I felt the need to send just a short note to offer some sentiments on who he was from the community he came from. Thank you for your time, and may you have a blessed day.

Sincerely,

Pastor Lance Laker
6/12/21

Lance C. Laker

Senior Pastor, Woodward Baptist Church, and former special education teacher at Thornapple-Kellogg

To Whom It May Concern,  May 18, 2021

I am Nelson Replogle's younger brother and therefore, have known him my entire life. The brother I have known for 55 years, has always shown love and loyalty to all of those he has been close to over the years. He has particularly dedicated his life to two things. Those two things are his profession of teaching and his family. In both cases, he has spent over 30 years striving to be a better husband, father, teacher, coach and mentor. He has touched hundreds of lives through teaching and three lives, in particular, at home: his wife, Ann, and his children, Nicholas and Alexis.

Through the ups and downs of life, he has remained especially steadfast in his commitment to, and his love for, his family. Every decision I have seen him make has put the needs of his family first. From the very beginning of Ann and Nelson's marriage, when they were unable to have children, they worked together to adopt two newborns. As they raised their children together, when faced with their children's educational struggles or emotional challenges, they did everything within their means to help them succeed. This has continued to the present day, as their daughter Alexis, now 22, struggled in a relationship and moved from Michigan to Tennessee to live with them and attend nursing school. He was immediately willing to forego retirement travel plans with Ann to support his daughter.

In the last five months, Nelson has commented to me about his frustrations with quarantining due to Covid 19 and his feelings about getting old and being isolated. He has also shown an uncharacteristic sentimentality regarding our childhood together and an extreme melancholy about the recent deaths of a few sports figures from that time. I had attributed this to our not having seen each other since Christmas of 2019. But after the events of the past few weeks and his general feelings on aging, it has caused me to suspect possible behavior and psychological changes in him since he contracted a severe case of Covid 19 in November of 2020. The brother I have known my entire life would never deliberately put his wife at risk or upset the stability of his family. This knowledge I will take with me to the grave.

Sincerely,

*James Replogle* (signature)
James Replogle

5/19/21

Law Office of Joseph A Fanduzz
800 S. Gay St
Suite 20
Knoxville, TN 37929

To whom it may concern:

I'm writing this letter as a favor to the family of Nelson P Replogle. It is not an easy letter to write given the circumstances, but one I feel I need to complete.

To say I have known Nelson for a few years would be an injustice. We both grew up in the small town of Hastings, Michigan. Nelson's mom and my mother were best friends in high school so Nelson and I also became good friends. Nelson and I are the same age and graduated together from Hastings High School. Many summer days I spent at Nelson's house and played ball with Nelson and his younger brother Jim since my mom worked during the day and Nelson's mom was a work at home mom. We also played baseball together on several teams through out our years and well as other sports teams. Nelson and I stayed close after high school both attending and graduating from Michigan State University. After college even though we taught at different schools, we remained close and stood up in each other's weddings. His wife Ann and I both retired from Hastings Area Schools in 2018. Basically, we have always stayed in touch and have kept close contact with each other. Ann even taught both my children in 2nd grade.

Now to talk about Nelson's character and traits. This is difficult because there is nothing in Nelson's past that can lead my thoughts to Nelson and Ann's current situation. Even though Nelson does have a surly side to him, he is one of the most dedicated people I know to those he loves and cares about. I truly believe if I were to call Nelson at any time and tell him I needed him, no matter how far apart we lived from each other, he would be there. The more important note for this situation is how much Nelson loves his family. I have been around Nelson and his family all my life. He loves his mom, dad and brother with all his heart. His love of his children and his wife has always gone beyond that. It is why I

1

cannot in my head or heart come up with anything that would have led to the current issues with Nelson and Ann.

My wife and I stopped in Knoxville for one night at the beginning of April on our way to Hilton Head this year. Nelson and Ann spent the evening with us showing us around Knoxville and having dinner with us that evening. There is nothing when I look back at that evening that would even hint of Nelson and Ann having issues.

With all my heart, I hope this is a huge misunderstanding of the situation. I pray for everyone involved.

Thank you for your time.

Sincerely,

Jeffery L Denny
2829 Lower Lake Rd
Hastings, MI 49058
269-838-6478
Jdenny0630@gmail.com

2