Brain, Behavior, and Immunity 94 (2021) 138–147

Contents lists available at ScienceDirect

Brain Behavior and Immunity

journal homepage: www.elsevier.com/locate/ybrbi

Full-length Article

# Persistent psychopathology and neurocognitive impairment in COVID-19 survivors: Effect of inflammatory biomarkers at three-month follow-up

Mazza Mario Gennaro[a,b,*], Palladini Mariagrazia[a], De Lorenzo Rebecca[b,c], Magnaghi Cristiano[c], Poletti Sara[a,b], Furlan Roberto[b,d], Ciceri Fabio[b,c], The COVID-19 BioB Outpatient Clinic Study group, Rovere-Querini Patrizia[b,c], Benedetti Francesco[a,b]

[a] *Psychiatry & Clinical Psychobiology, Division of Neuroscience, IRCCS Scientific Institute Ospedale San Raffaele, Milano, Italy*
[b] *Vita-Salute San Raffaele University, Milano, Italy*
[c] *Division of Immunology, Transplantation and Infectious Diseases, IRCCS San Raffaele Scientific Institute, Milan, Italy*
[d] *Clinical Neuroimmunology, Division of Neuroscience, IRCCS Scientific Institute Ospedale San Raffaele, Milano, Italy*

A R T I C L E  I N F O

*Keywords:*
COVID-19
Depression
Follow-up
Mental health
Psychiatry
Inflammation

A B S T R A C T

COVID-19 outbreak is associated with mental health implications during viral infection and at short-term follow-up. Data on psychiatric and cognitive sequelae at medium-term follow-up are still lacking. During an ongoing prospective cohort study, the psychopathological and cognitive status of 226 COVID-19 pneumonia survivors (149 male, mean age 58) were prospectively evaluated one and three months after hospital discharge. Psychiatric clinical interview, self-report questionnaires, and neuropsychological profiling of verbal memory, working memory, psychomotor coordination, executive functions, attention and information processing, and verbal fluency were performed.

Three months after discharge from the hospital, 35.8% still self-rated symptoms in the clinical range in at least one psychopathological dimension. We observed persistent depressive symptomatology, while PTSD, anxiety, and insomnia decreased during follow-up. Sex, previous psychiatric history, and the presence of depression at one month affected the depressive symptomatology at three months. Regardless of clinical physical severity, 78% of the sample showed poor performances in at least one cognitive domain, with executive functions and psychomotor coordination being impaired in 50% and 57% of the sample.

Baseline systemic immune-inflammation index (SII), which reflects the immune response and systemic inflammation based on peripheral lymphocyte, neutrophil, and platelet counts, predicted self-rated depressive symptomatology and cognitive impairment at three-months follow-up; and changes of SII predicted changes of depression during follow-up. Neurocognitive impairments associated with severity of depressive psychopathology, and processing speed, verbal memory and fluency, and psychomotor coordination were predicted by baseline SII.

We hypothesize that COVID-19 could result in prolonged systemic inflammation that predisposes patients to persistent depression and associated neurocognitive dysfunction. The linkage between inflammation, depression, and neurocognition in patients with COVID-19 should be investigated in long-term longitudinal studies, to better personalize treatment options for COVID-19 survivors.

## 1. Introduction

The coronavirus disease 2019 (COVID-19), caused by the novel severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), has widely and rapidly spread worldwide in a matter of months. The COVID-19 pandemic continues to grow and, according to the World Health Organization, more than 99,300,000 confirmed cases and at least 2,130,000 death have been reported globally (WHO, 2020).

As the pandemic spread, there has been a growing recognition of mental health implications (Amsalem et al., 2020; The Lancet, 2020;

* Corresponding author at: Istituto Scientifico Ospedale San Raffaele, Department of Clinical Neurosciences, San Raffaele Turro, Via Stamira d'Ancona 20, Milano, Italy.

*E-mail address:* mazza.mariogennaro@hsr.it (M.G. Mazza).

https://doi.org/10.1016/j.bbi.2021.02.021
Received 23 December 2020; Received in revised form 28 January 2021; Accepted 22 February 2021
Available online 24 February 2021
0889-1591/© 2021 Elsevier Inc. All rights reserved.

Xiang et al., 2020). Emerging data show that COVID-19 outbreak is associated with delirium, fatigue, confusion, depression, anxiety, post-traumatic stress disorder (PTSD), obsessive–compulsive symptoms, and insomnia in the context of acute viral infection or at short-term follow-up after clinical recovery, with severity of psychiatric symptoms after virus clearance being proportional to the severity of systemic inflammation during the acute infection and significantly contributing to the quality of life of survivors (De Lorenzo et al., 2020; Ma et al., 2020; Mazza et al., 2020; Varatharaj et al., 2020).

The host immune response to SARS-CoV-2 infection, the persistent psychological stress before and during infection (Korman et al., 2020; Vai et al., 2020), and a possible direct viral infections of the central nervous system represent possible mechanisms to induce neuropsychiatric sequelae (Troyer et al., 2020). T helper (Th)-1 cytokines, including Interleukin (IL)-1β, IL-6, Interferon (IFN)-γ, Tumor Necrosis Factor (TNF)-α, CXCL10, and CCL2; and Th-2 cytokines, including IL-4, IL-10, and IL-1 receptor antagonist are all elevated in the serum of COVID-19 patients (Coperchini et al., 2020) in a “cytokine storm” typically associated with the illness.

Higher immune/inflammatory setpoints with higher circulating biomarkers of inflammation are observed in mood disorders in the absence of known triggering factors, and are currently investigated as underpinning pathogenetic mechanisms for depressive psychopathology (Gibney and Drexhage, 2013; Grosse et al., 2015; Poletti et al., 2020b). Peripheral cytokines involved in the host anti-viral response may elicit psychiatric symptoms by precipitating inflammation in the periphery and in central nervous system (CNS) (Dantzer, 2018). Moreover, significant stressors such as fear of severe and unknown disease, loneliness, stigma, and the denial contribute to widespread emotional distress and increased risk for psychiatric illness in COVID-19 patients (Pfefferbaum and North, 2020).

Beyond acute or sub-acute sequelae, the delayed or long-term incidence of neuropsychiatric complications in COVID-19 survivors are still unknown. Current knowledge suggests that viral infections can trigger chronic inflammation and aberrant immune responses, causing long-lasting neuropsychiatric syndromes involving cognitive, affective, and behavioural symptoms, over highly variable periods after infection (from weeks to years following acute infection) (Bechter, 2013; Kepinska et al., 2020; Lam et al., 2009; Rogers et al., 2020).

Considering the high prevalence of emergent psychiatric conditions that we have observed at one-month follow-up (Mazza et al., 2020) and surmising persistent delayed post-viral psychiatric and cognitive sequelae, here we aimed at studying psychopathological and neurocognitive impact of COVID-19 in survivors three-month after clinical recovery.

## 2. Material and methods

### 2.1. Design and study population

We prospectively evaluated the psychopathological and cognitive status of COVID-19 survivors three months (90.1 ± 13.4 days) after hospital discharge during an ongoing prospective cohort study at IRCCS San Raffaele Hospital in Milan. From an initial cohort of 402 COVID-19 survivors that were evaluated at one-month follow-up (see (Mazza et al., 2020)); 226 COVID-19 survivors were re-assessed at three months (149 male, mean age 58.5 ± 12.8, age range from 26 to 87 years). The three-month follow-up cohort did not differ from the drop-out group and from the initial cohort in terms of sociodemographic characteristics, clinical severity, and one-month psychopathology after False Discovery Rate (FDR) correction (See Supplementary material).

Inclusion criteria were clinical and radiological findings suggestive of COVID-19 pneumonia at the admission to the Emergency Department (ED). The infection was confirmed by positive real-time reverse-transcriptase polymerase chain reaction (RT-PCR) from a nasopharyngeal and/or throat swab. After ED evaluation, patients were hospitalized (n = 177, hospital stay 15.66 ± 10.1 days) or treated at home (n = 49).

To keep a naturalistic study design, exclusion criteria were limited to patients under 18 years.

The local ethical committee approved the study protocol in accordance with the principles in the Declaration of Helsinki. Written informed consent was obtained from all participants.

### 2.2. Clinical and neuropsychological assessment

Two trained psychiatrists in charge (MGM & FB) conducted the psychiatric unstructured clinical interview using the best estimation procedure to investigate the presence of current major psychiatric disorder (schizophrenia spectrum and other psychotic disorders, bipolar and related disorders, depressive disorders, anxiety disorders, obsessive–compulsive and related disorders, trauma- and stressor-related disorders, feeding and eating disorders, sleep-wake disorders, substance-related and addictive disorders) according to the Diagnostic and Statistical Manual of Mental Disorders (DSM-5).

Validated self-report questionnaires were used to assess psychopathology: Impact of Event Scale - Revised (IES-R) (Creamer et al., 2003), PTSD Checklist for DSM-5 (PCL-5) (Armour et al., 2016), Zung Self-Rating Depression Scale (ZSDS) (Zung, 1965), 13-item Beck’s Depression Inventory (BDI-13) (Beck and Steer, 1984), State-Trait Anxiety Inventory form Y (STAI-Y) (Vigneau and Cormier, 2008), Women’s Health Initiative Insomnia Rating Scale (WHIIRS) (Levine et al., 2003), and Obsessive-Compulsive Inventory (OCI) (Foa et al., 2002). Generally accepted standard cut-off scores were used to consider the presence of psychopathology (IES-R ≥ 33; PCL-5 ≥ 33; ZSDS index ≥ 50; BDI-13 ≥ 9; STAI-state ≥ 40; WHIIRS ≥ 9; OCI ≥ 21). The presence of psychopathology at one and three months was considered when the patient self-rated in the clinical range for depression, PTSD, anxiety, and obsessive–compulsive symptoms according to at least one questionnaire (ZSDS and/or BDI-13 and/or IES-R and/or PCL-5 and/or STAI-Y state and/or OCI), excluding the patients who self-rated in the pathological range only for insomnia in order to be more conservative as possible.

Inflammatory markers at hospital admission during acute COVID-19 were extracted from charts levels for the whole sample: C-reactive protein (CRP), neutrophil/lymphocyte ratio (NLR), monocyte/lymphocyte ratio (MLR), and systemic immune-inflammation index (SII) (SII = platelets X neutrophils / lymphocytes). In a subgroup of 45 patients out of the total sample, these markers were available also at the three-months follow-up.

In a subsample of 130 patients, we assessed cognitive functions through the Brief Assessment of Cognition in Schizophrenia (BACS) (Keefe et al., 2004), a broad battery evaluating verbal memory, verbal fluency, working memory (digit sequencing), selective attention and processing speed (symbol coding), psychomotor coordination (token motor task), and executive functions (Tower of London). Considering that domain scores were adjusted according to normative Italian scores for the BACS subtests in patients aged 18–70 years, we did not perform cognitive assessment in patients older than 70 years (Anselmetti et al., 2008). To provide a standard metric for comparison across neurocognitive domains for each subtest an equivalent score, ranging from 0 to 4, has been obtained where scores 2, 3 or 4 reveal a good performance while score of 0 or 1 reveal a poor performance.

### 2.3. Statistical analyses

All the statistical analyses were performed with a commercially available software package (StatSoft Statistica 12, Tulsa, OK, USA) and following standard computational procedures (Dobson, 1990; Hill and Lewicki, 2006).

To account for the multiple covarying variables, we tested the effect of predictors on the outcomes in the context of the General Linear Model (GLM) and we calculated the statistical significance of the effect of the single independent factors on the dependent variables by parametric



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 2 of 20 PageID #: 158

estimates of predictor variables (least squares method). To investigate changes of psychopathology over time, repeated measures ANOVAs (according to sex and psychiatric history) were performed, considering ZSDS, BDI-13, IES-R, PCL-5, STAI-Y, OCI, and WHIIRS scores at one- and three-months follow-up. When appropriate, levels of significance were corrected for multiple comparisons with the method of the adaptive linear step-up procedures that control the FDR and q-values (FDR-adjusted p-value) were considered.

To test the effect of systemic inflammation on severity of psychopathology and neurocognitive performances, and considering the *a priori* expected significant interaction with other independent factors (age, sex, hospitalization) and the non-normal distribution of inflammatory biomarkers, independent variables were entered into a Generalized Linear Model (GLZM) analysis of homogeneity of variances with an identity link function (McCullagh and Nelder, 1989). Parameter estimates were obtained with iterative re-weighted least squares maximum likelihood procedures. The significance of the effects was calculated with the likelihood ratio (LR) statistic, which provides the most asymptotically efficient test known, by performing sequential tests for the effects in the model of the factors on the dependent variable, at each step adding an additional effect into the model contributing to incremental Chi-square statistic, thus providing a test of the increment in the log-likelihood attributable to each current estimated effect; or the Wald $W^2$ test as appropriate (Agresti, 1996; Dobson, 1990). The quality of the statistical model was checked using the entropy maximization principle of the Akaike information criterion (AIC) (Akaike, 1974).

## 3. Results

Clinical and demographic characteristics of participants are resumed in Table 1 (effects of sex and of previous DSM-V diagnosis) and Table 2 (effect of psychopathology at one and three months).

### 3.1. Psychopathology and need for treatment

Three months after hospital discharge 81/226 patients (35.8%) self-rated symptoms in the clinical range in at least one psychopathological dimension (PTSD according to IES-R and/or PCL-5, depression according to ZSDS and/or BDI-13, anxiety according to STAI-Y state, and OC symptomatology according to OCI). Females, patients with a positive previous psychiatric diagnosis, and patients who already presented psychopathological symptoms one month after discharge suffered more in all psychopathological domains (Tables 1 and 2). Duration of hospitalization inversely correlated with three months ZSDS ($r = -0.23$, $p = 0.005$, $q = 0.01$), BDI-13 ($r = -0.21$, $p = 0.010$, $q = 0.015$), IES-R ($r = -0.20$, $p = 0.014$, $q = 0.017$), PCL-5 ($r = -0.26$, $p = 0.003$, $q = 0.01$), OCI ($r = -0.26$, $p = 0.004$, $q = 0.01$), and WHIIRS ($r = -0.17$, $p = 0.044$, $q = 0.044$). Age and setting of the care did not affect self-ratings psychopathology.

From the one-month to the three-month follow-up, patients showed a significant decrease over time of PTSD symptoms (IES-R: $F = 21.29$, $p = 0.001$; PCL-5: $F = 9.07$, $p = 0.003$), anxiety (STAI-state: $F = 11.28$, $p = 0.001$), and insomnia (WHIIRS: $F = 9.36$, $p = 0.003$), irrespectively of sex and previous psychiatric history (Table 3). In contrast, depression (according to ZSDS and BDI) did not significantly change; and obsessive–compulsive symptomatology significantly worsened ($F = 4.84$, $p = 0.030$) with no effect of sex and psychiatric history (Table 3). Interestingly, we found a statistical trend for the protective effect of previous psychiatric history on depressive symptoms over time (Time × psychiatric history $F = 3.36$, $p = 0.069$) (Table 3).

A multivariate GLM analysis of the effects of sex, previous psychiatric diagnosis, duration of hospitalization, and presence of psychopathology at one-month follow-up on the three months depressive symptomatology confirmed a significant multivariate effect of sex (Wilks' $\lambda = 0.92$; $F = 5.76$; $p = 0.003$), previous psychiatric diagnosis (Wilks' $\lambda = 0.93$; $F = 5.29$; $p = 0.006$), and presence of psychopathology at one-month (Wilks' $\lambda = 0.82$; $F = 15.16$; $p < 0.001$), all factors that predicted the persistence of psychopathology over time. Univariate testing showed significantly worse persistence of depressive symptomatology in females (ZSDS: $\beta = 0.21$, $F = 7.31$, $p = 0.008$; BDI-13: $\beta = 0.27$, $F = 11.12$; $p = 0.001$), in patients with previous lifetime psychiatric history (ZSDS: $\beta = 0.15$, $F = 4.66$, $p = 0.32$; BDI-13: $\beta = 0.23$, $F = 10.65$, $p = 0.001$), and in patients who showed psychopathology one month after discharge (ZSDS: $\beta = 0.41$, $F = 30.50$, $p < 0.001$; BDI-13: $\beta = 0.26$, $F = 11.92$, $p < 0.001$).

At the clinical interview 55/226 patients (24.3%) showed DSM-5 criteria for the diagnosis of current major psychiatric disorder (major depressive disorder ($n = 20$), anxiety disorders ($n = 20$), insomnia ($n = 7$), and other diagnoses ($n = 8$)). Of them, 34 patients were in need of a psychopharmacologic treatment, 10 patients were already taking drugs, while 24 patients started taking pharmacological treatment. Patients with positive previous psychiatric diagnosis were at higher risk to show DSM-5 criteria for the diagnosis of current major psychiatric disorder ($\chi^2 = 20.12$; $p < 0.001$ See Supplementary material). Overall, 9% of patients with no previous psychiatric history and 32% of patients with positive previous psychiatric history were prescribed psychotropic drugs (selective serotonin reuptake inhibitors alone, or combined with sleep-inducing benzodiazepines).

### 3.2. Neurocognitive functioning

Only 25 patients (19%) showed equivalent scores within the normal range in all domains, whereas 21 (16%) were poor performers in at least one function, 22 (17%) in two, 18 (14%) in three, 14 (11%) in four, 7 (5%) in five, and 2 (1.5%) showed no good performance at all.

Psychopathology influenced neurocognition. A GLM multivariate analysis of variance showed significant effects of any kind of psychopathology presented at one (Wilks' $\lambda = 0.81$; $F = 3.39$; $p = 0.004$) and three months (Wilks' $\lambda = 0.82$; $F = 2.32$; $p = 0.042$) after discharge; but not of sex, previous psychiatric diagnosis, and duration of hospitalization. Patients with psychopathology one-month after discharge performed worse on verbal fluency ($\beta = 0.349$, $p = 0.002$), information processing ($\beta = 0.348$, $p = 0.002$), and executive functions ($\beta = 0.353$, $p = 0.001$) at the three months assessment; whereas psychopathology at three months associated with worse information processing ($\beta = 0.355$, $p = 0.008$). In particular, severity of depressive symptoms (ZSDS scores) at one and three months follow-up predicted the performance in information processing (one month: Wald = 7.05, $p = 0.007$; three months: Wald = 8.37, $p = 0.003$).

Oxygen saturation level at admission and duration of hospitalization did not affect neurocognition.

### 3.3. Effect of inflammatory biomarkers

Systemic inflammation (SII level) predicted severity of depressive psychopathology at the three-months follow-up. A GLZM analysis of the effects of SII at hospital admission on severity of depression at three months, also considering sex, hospitalization, and age as factors, showed that best performing models according to AIC always included SII and significantly explained the variation of depression severity ($\chi^2 = 56.536$, $p < 0.0001$ for BDI; $\chi^2 = 42.417$, $p < 0.0001$ for ZSDS index scores). The significant effects were the main effect of sex (worse scores in females, BDI: $\chi^2 = 30.222$, $p < 0.0001$; ZSDS: $\chi^2 = 20.627$, $p < 0.0001$); the interaction of SII with hospitalization (BDI: $\chi^2 = 7.357$, $p = 0.0067$; ZSDS: $\chi^2 = 3.999$, $p = 0.0455$); the interaction of age and sex (BDI: $\chi^2 = 8.933$, $p = 0.0028$; ZSDS: $\chi^2 = 5.423$, $p = 0.0199$); and the triple interaction of SII with age and sex (BDI: $\chi^2 = 10.821$, $p = 0.0010$; ZSDS: $\chi^2 = 5.252$, $p = 0.0219$). Analysis of parameter estimates showed that in hospitalized patients, who had significantly worse inflammation (SII: $1480.61 \pm 1395.47$ vs $871.34 \pm 711.27$; Mann-Whitney $U = 1451.00$, $Z = 2.980$, $p = 0.0026$), but not in less severe patients treated at home, SII associated with worse BDI and ZSDS scores correcting for sex and age


Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 3 of 20 PageID #: 159

**Table 1**
Psychiatric symptoms and neurocognition at three months in patients surviving COVID-19 infection, divided according to sex and psychiatric history, and levels of significance of the observed differences (Student's *t* test and Chi-square). Patients self-rated their symptoms on the Zung Self-rating Depression Scale (ZSDS); Beck's Depression Inventory (BDI); Impact of Event Scale – Revised (IES-R); PTSD Checklist for DSM-5 (PCL-5); State Anxiety Inventory (STAI); Women's Health Initiative Insomnia Rating Scale (WHIIRS); Obsessive-Compulsive Inventory (OCI).

| | Whole sample (n = 226) | Sex | | | | Psychiatric history | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Males (n = 149) | Females (n = 77) | t or $\chi^2$ | p | Negative (n = 164) | Positive (n = 62) | t or $\chi^2$ | p |
| **Males** (females) | 149 (77) | – | – | – | – | 120 (44) | 29 (33) | 13.95 | **<0.001** |
| **Age** | 58.52 ± 12.79 | 59.71 ± 11.55 | 56.17 ± 14.72 | 1.97 | **0.049** | 59.41 ± 13.15 | 56.17 ± 11.57 | 1.71 | 0.091 |
| **Education** (years) | 12.58 ± 3.68 | 12.64 ± 3.64 | 12.52 ± 3.77 | 0.16 | 0.866 | 12.46 ± 3.84 | 12.84 ± 3.36 | −0.51 | 0.609 |
| **Baseline C reactive protein (mg/l)** | 74.27 ± 81.1 | 89.34 ± 81.1 | 46.03 ± 61.61 | 3.93 | **<0.001** | 70.78 ± 68.32 | 83.05 ± 97.13 | −1.02 | 0.3092 |
| **Baseline neutrophil/ lymphocyte ratio** | 5.73 ± 5.98 | 6.66 ± 5.98 | 3.92 ± 3.14 | 3.54 | **<0.001** | 5.32 ± 4.43 | 6.78 ± 7.13 | −1.75 | 0.0815 |
| **Baseline monocyte/ lymphocyte ratio** | 0.51 ± 0.42 | 0.55 ± 0.42 | 0.43 ± 0.35 | 1.96 | 0.051 | 0.5 ± 0.41 | 0.53 ± 0.37 | −0.53 | 0.5983 |
| **Baseline systemic immune-inflammatory index** | 1312.87 ± 1388.19 | 1479.29 ± 1388.19 | 1002.38 ± 830.95 | 2.57 | **0.010** | 1234.98 ± 1125.98 | 1497.34 ± 1474.8 | −1.34 | 0.1817 |
| **ZSDS index** (n = 188) | 43.56 ± 11.62 | 40.04 ± 9.16 | 50.56 ± 12.82 | −6.47 | **<0.001** | 41.35 ± 10.55 | 48.77 ± 12.43 | −4.18 | **<0.001** |
| **BDI-13** (n = 186) | 3.05 ± 4.55 | 1.68 ± 2.57 | 5.73 ± 6.15 | −6.31 | **<0.001** | 1.93 ± 2.98 | 5.66 ± 6.24 | −5.52 | **<0.001** |
| **IES-R** (n = 187) | 21.05 ± 19.78 | 16.86 ± 17.59 | 29.29 ± 21.36 | −4.24 | **<0.001** | 17.57 ± 18.28 | 29.18 ± 20.93 | −3.81 | **<0.001** |
| **PCL-5** (n = 174) | 12.7 ± 15.84 | 8.11 ± 12.34 | 20.79 ± 18.06 | −5.49 | **<0.001** | 8.77 ± 12.82 | 21.20 ± 18.37 | −5.15 | **<0.001** |
| **STAI-Y state** (n = 177) | 36.19 ± 11.47 | 32.70 ± 9.58 | 43.54 ± 11.72 | −6.54 | **<0.001** | 33.66 ± 9.78 | 42.27 ± 12.96 | −4.83 | **<0.001** |
| **OCI** (n = 134) | 14.04 ± 11.71 | 11.37 ± 10.22 | 19.70 ± 12.74 | −4.06 | **<0.001** | 11.87 ± 10.82 | 18.65 ± 12.29 | −3.24 | **0.002** |
| **WHIIRS** (n = 173) | 6.16 ± 4.73 | 5.32 ± 4.56 | 7.72 ± 4.7 | −3.27 | **0.001** | 5.76 ± 4.7 | 7.07 ± 4.75 | 1.7 | 0.090 |
| **ZSDS index ≥ 50** Yes (%) | 51 (28%) | 20 (16%) | 31 (49%) | 23.36 | **0.001** | 28 (23%) | 23 (40%) | 7.84 | **0.005** |
| **BDI-13 ≥ 8** Yes (%) | 20 (9%) | 4 (2%) | 16 (26%) | 21.28 | **<0.001** | 5 (5%) | 15 (26%) | 21.46 | **<0.001** |
| **IES-R ≥ 33** Yes (%) | 39 (22%) | 20 (16%) | 19 (31%) | 12.93 | **0.001** | 19 (15%) | 20 (36%) | 17.87 | **<0.001** |
| **PCL-5 ≥ 33** Yes (%) | 22 (13%) | 6 (5%) | 16 (26%) | 14.54 | **<0.001** | 7 (6%) | 15 (27%) | 15.58 | **<0.001** |
| **STAI-Y state ≥ 40** Yes (%) | 51 (30%) | 21 (18%) | 30 (54%) | 23.25 | **<0.001** | 25 (21%) | 26 (50%) | 16.11 | **<0.001** |
| **OCI ≥ 21** Yes (%) | 33 (26%) | 14 (16%) | 19 (44%) | 13.05 | **<0.001** | 16 (18%) | 17 (39%) | 7.58 | **0.005** |
| **WHIIRS ≥ 9** Yes (%) | 43 (24%) | 20 (18%) | 23 (37%) | 8.33 | **0.003** | 25 (22%) | 18 (33%) | 3.02 | 0.082 |
| **Verbal memory** (n = 130) | 41.20 ± 10.28 | 39.49 ± 10.00 | 43.67 ± 10.27 | 2.32 | **0.022** | 40.67 ± 9.99 | 42.34 ± 10.93 | 0.86 | 0.392 |
| **Verbal fluency** (n = 130) | 45.42 ± 12.05 | 46.61 ± 13.31 | 43.69 ± 9.81 | 1.36 | 0.176 | 45.59 ± 11.88 | 45.05 ± 12.56 | 0.23 | 0.811 |
| **Working memory** (n = 126) | 20.32 ± 4.93 | 21.50 ± 4.74 | 18.68 ± 4.75 | 3.28 | **0.001** | 20.29 ± 5.13 | 20.39 ± 4.53 | −0.1 | 0.918 |
| **Attention and Information processing** (n = 130) | 46.61 ± 11.68 | 46.00 ± 11.85 | 47.49 ± 11.44 | 0.71 | 0.476 | 46.12 ± 12.67 | 47.65 ± 9.22 | −0.69 | 0.488 |
| **Psychomotor coordination** (n = 130) | 68.33 ± 18.33 | 68.15 ± 19.83 | 68.60 ± 16.07 | 0.13 | 0.891 | 68.69 ± 18.24 | 67.56 ± 18.72 | 0.32 | 0.744 |
| **Executive functions** (n = 130) | 13.99 ± 4.50 | 14.15 ± 4.53 | 13.75 ± 4.49 | 0.49 | 0.619 | 13.86 ± 4.62 | 14.5 ± 4.41 | −0.7 | 0.48 |
| **Verbal memory** poor performance (%) | 11 (10%) | 7 (10%) | 4 (9%) | 0.14 | 0.708 | 7 (9%) | 4 (11%) | 0.03 | 0.871 |
| **Verbal fluency** poor performance (%) | 39 (32%) | 22 (32%) | 17 (33%) | 0.05 | 0.824 | 26 (32%) | 13 (32%) | 0.01 | 0.929 |
| **Working Memory** poor performance (%) | 30 (24%) | 11 (15%) | 19 (37%) | 7.67 | **0.005** | 21 (26%) | 9 (22%) | 0.14 | 0.708 |
| **Attention and Information Processing** poor performance (%) | 43 (33%) | 29 (38%) | 14 (27%) | 1.61 | 0.204 | 32 (36%) | 11 (27%) | 1.14 | 0.284 |
| **Psychomotor coordination** poor performance (%) | 72 (57%) | 43 (59%) | 29 (56%) | 0.12 | 0.727 | 49 (59%) | 23 (56%) | 0.05 | 0.812 |
| **Executive Functions** poor performance (%) | 60 (50%) | 32 (46%) | 28 (56%) | 1.23 | 0.266 | 40 (51%) | 20 (49%) | 0.03 | 0.847 |



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 4 of 20 PageID #: 160

**Table 2**
Psychiatric symptoms and neurocognition in patients surviving COVID-19 infection, divided according to the presence of psychopathology at one and three months and levels of significance of the observed differences (Student's *t* test and Chi-square). Patients self-rated their symptoms on the Zung Self-rating Depression Scale (ZSDS); Beck's Depression Inventory (BDI); Impact of Event Scale – Revised (IES-R); PTSD Checklist for DSM-5 (PCL-5); State Anxiety Inventory (STAI); Women's Health Initiative Insomnia Rating Scale (WHIIRS); Obsessive-Compulsive Inventory (OCI).

| | Psychopathology at one month follow-up | | | | | Psychopathology at three months follow-up | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Negative (n = 113) | Positive (n = 113) | t or $\chi^2$ | p | q | Negative (n = 145) | Positive (n = 80) | t or $\chi^2$ | p | q |
| **Males** (females) | 96 (17) | 53 (60) | 36.42 | **<0.001** | **<0.001** | 110 (35) | 39 (42) | 17.76 | **<0.001** | **<0.001** |
| **Age** | 58.72 ± 12.26 | 58.32 ± 13.36 | 0.23 | 0.817 | 0.862 | 59.24 ± 12.6 | 57.21 ± 13.11 | 1.14 | 0.256 | 0.304 |
| **Education** (years) | 13.05 ± 3.6 | 12.18 ± 3.74 | 1.29 | 0.200 | 0.237 | 12.62 ± 3.63 | 12.53 ± 3.79 | 0.13 | 0.896 | 0.945 |
| **ZSDS index** (n = 188) | 36.55 ± 5.86 | 53.13 ± 11.31 | −13.29 | **<0.001** | **<0.001** | 36.71 ± 5.94 | 53.44 ± 10.65 | −13.76 | **<0.001** | **<0.001** |
| **BDI-13** (n = 186) | 1.01 ± 1.28 | 5.96 ± 5.79 | −8.36 | **<0.001** | **<0.001** | 0.78 ± 1.19 | 6.34 ± 5.52 | −10.22 | **<0.001** | **<0.001** |
| **IES-R** (n = 187) | 11.61 ± 9 | 39.44 ± 19.89 | −12.76 | **<0.001** | **<0.001** | 18.54 ± 17.30 | 38.92 ± 20.39 | −7.59 | **<0.001** | **<0.001** |
| **PCL-5** (n = 174) | 4.45 ± 4.48 | 25.62 ± 17.47 | −11.11 | **<0.001** | **<0.001** | 3.47 ± 4.05 | 25.47 ± 17.19 | −12.39 | **<0.001** | **<0.001** |
| **STAI-Y state** (n = 177) | 29.33 ± 6.26 | 43.92 ± 9.68 | −12.74 | **<0.001** | **<0.001** | 29.51 ± 5.63 | 45.93 ± 10.84 | −13.15 | **<0.001** | **<0.001** |
| **OCI** (n = 134) | 6.31 ± 4.81 | 18.5 ± 10.55 | −10.60 | **<0.001** | **<0.001** | 7.33 ± 5.38 | 23.10 ± 11.86 | −10.32 | **<0.001** | **<0.001** |
| **WHIIRS** (n = 173) | 5.18 ± 3.98 | 9.25 ± 5.2 | −6.32 | **<0.001** | **<0.001** | 4.2 ± 3.50 | 8.93 ± 4.89 | −7.38 | **<0.001** | **<0.001** |
| **Verbal memory** (n = 130) | 48.95 ± 8.8 | 48.99 ± 10.92 | −0.02 | 0.982 | 0.982 | 40.37 ± 10.73 | 42.52 ± 9.49 | −1.15 | 0.249 | 0.304 |
| **Verbal fluency** (n = 130) | 48.74 ± 14.14 | 43.54 ± 10.08 | 2.31 | **0.023** | **0.034** | 46.41 ± 12.53 | 42.52 ± 9.49 | 1.18 | 0.237 | 0.304 |
| **Working memory** (n = 126) | 22.32 ± 4.66 | 19.81 ± 4.94 | 2.82 | **0.006** | **0.010** | 20.71 ± 4.75 | 19.71 ± 5.19 | 1.11 | 0.286 | 0.319 |
| **Attention and Information processing** (n = 130) | 53.29 ± 10.95 | 48.06 ± 11.22 | 2.60 | **0.011** | **0.017** | 48.08 ± 11.41 | 44.24 ± 11.81 | 1.84 | 0.067 | 0.098 |
| **Psychomotor coordination** (n = 130) | 74.49 ± 17.59 | 69.92 ± 17.82 | 1.39 | 0.166 | 0.210 | 68.37 ± 18.47 | 68.28 ± 18.29 | 0.02 | 0.977 | 0.977 |
| **Executive functions** (n = 130) | 15.66 ± 4.46 | 13.78 ± 4.49 | 2.27 | **0.025** | **0.040** | 14.57 ± 4.37 | 13.06 ± 4.59 | 1.88 | 0.061 | 0.096 |

**Table 3**
Changes of psychopathology over time according to sex and psychiatric history (repeated measures ANOVA). Zung Self-rating Depression Scale (ZSDS); Beck's Depression Inventory (BDI); Impact of Event Scale – Revised (IES-R); PTSD Checklist for DSM-5 (PCL-5); State Anxiety Inventory (STAI); Obsessive-Compulsive Inventory (OCI); Women's Health Initiative Insomnia Rating Scale (WHIIRS).

| | One month follow-up | Three months follow-up | Time | | Time × sex | | Time × psychiatric history | |
|---|---|---|---|---|---|---|---|---|
| | | | F | p | F | p | F | p |
| **ZSDS index** (n = 178) | 43.88 ± 11.74 | 43.38 ± 11.62 | 2.095 | 0.15 | 0.627 | 0.43 | 3.358 | 0.069 |
| **BDI-13** (n = 173) | 3.23 ± 4.06 | 2.94 ± 4.5 | 1.203 | 0.274 | 0.783 | 0.378 | 0.758 | 0.385 |
| **IES-R** (n = 175) | 25.27 ± 20.6 | 20.59 ± 19.86 | 21.286 | **0.001** | 1.759 | 0.187 | 2.661 | 0.105 |
| **PCL-5** (n = 150) | 15.81 ± 16.52 | 12.65 ± 15.86 | 9.069 | **0.003** | 0.001 | 0.97 | 0.356 | 0.552 |
| **STAI-Y state** (n = 158) | 37.7 ± 11.27 | 35.53 ± 11.26 | 11.276 | **0.001** | 2.244 | 0.136 | 0.183 | 0.67 |
| **OCI** (n = 124) | 12.52 ± 9.45 | 14.07 ± 12.1 | 4.836 | **0.03** | 2.151 | 0.145 | 0.008 | 0.93 |
| **WHIIRS** (n = 163) | 7.22 ± 5.07 | 6.12 ± 4.64 | 9.364 | **0.003** | 3.753 | 0.154 | 0.139 | 0.71 |

(BDI: Wald $W^2 = 19.635$, $p < 0.0001$; ZSDS; Wald $W^2 = 18.217$, $p < 0.0001$). Inspection of data (Fig. 1) shows highly dispersed depression ratings at low levels of inflammation, with more severe symptoms at higher levels of inflammation.

Moreover, changes of systemic inflammation over time influenced the pattern of change of depressive symptoms (Fig. 1). The decrease of SII from hospital admission to three months after discharge significantly influenced the change of depressive symptoms at follow-up, as rated both at BDI-13 (Wald $W^2 = 14.304$, $p = 0.0002$) and at ZSDS (Wald $W^2 = 6.881$, $p = 0.0087$), with no effects of sex, age, and hospitalization: patients who showed a marked decrease of SII also showed a decrease of depression severity, while patients who showed minor changes of SII showed persistent or worsening depression. A GLM repeated measures analysis of variance confirmed a significant interaction of delta SII with time on the pattern of change of both BDI-13 ($F = 12.37$, d.f. 1,32, $p = 0.0013$) and ZSDS ($F = 5.95$, d.f. 1,32, $p = 0.0204$).

Systemic inflammation also predicted neurocognitive performance. A GLZM analysis of the effects of SII at hospital admission on BACS scores, also considering sex, hospitalization, and age as factors, showed a significant negative main effect of age on all measures, and a significant interaction of SII and age on verbal memory ($\chi^2 = 4.908$, $p = 0.0267$), verbal fluency ($\chi^2 = 4.273$, $p = 0.0387$), speed of information processing (symbol coding, $\chi^2 = 5.544$, $p = 0.0185$), and psychomotor coordination ($\chi^2 = 6.680$, $p = 0.0097$), the latter also influenced by the main effect of SII ($\chi^2 = 7.636$, $p = 0.0057$). Analysis of parameter estimates showed a negative effect of SII on performance (Fig. 2).

No association was found between other inflammatory markers (CRP, NLR, and MLR) at baseline and three months follow-up and depression.

## 4. Discussion

This is the first study to prospectively investigate the psychiatric and neurocognitive sequelae at a medium-term follow-up in COVID-19 survivors. Our main finding is the presence of isolated persistent depressive symptomatology at three months follow-up after SARS-CoV-2 infection, which is predicted by systemic inflammation during acute infection, and by its pattern of change over time. A parallel decrease of PTSD, anxiety and insomnia over time suggests specific long lasting depressive sequelae in COVID-19 survivors. Moreover, we observed dysfunctions in attention and information processing that were strictly related to the presence of depressive symptomatology both at one and three months, and to systemic inflammation.

Several mechanisms could underpin the impact of COVID-19 on mood and cognition, including both biological and psychological factors. COVID-19 induces a robust immune response characterized by a hyperinflammatory state with high levels of IL-1β, IL-4, IL-6, IL-10, TNF-α CXCL10, and CCL2 (Mehta et al., 2020; Ye et al., 2020). Inflammation is known to be associated to depression inducing brain-blood-barrier



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 5 of 20 PageID #: 161




**Fig. 1.** Changes of psychopathology over time, and its relationship with systemic inflammation. Top: Significant decrease of PTSD symptoms (IES-R scores) over time (A), with persistence of depressive symptoms (ZSDS scores) (B); black dots are males, white are females. Middle: Effect of systemic inflammation (SII) at hospital admission, on depressive symptoms at three-month follow-up as measured by BDI-13 (C) or ZSDS (D); black dots are males, white are females. Bottom: Effect of the decrease of systemic inflammation from hospital admission to 3 months after hospital discharge, on the pattern of change of depressive symptoms during follow-up as measured by BDI-13 (E) or ZSDS (F).



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 6 of 20 PageID #: 162




**Fig. 2.** Effect of systemic inflammation (SII) at hospital admission, on neurocognitive performances at three-month follow-up as measured with BACS. A: Attention and speed of information processing (symbol coding). B: Verbal fluency. C: Verbal memory. D: Psychomotor coordination.

disruption, microglia activation, neurotransmission alteration, indoleamine 2,3-dioxygenase 1 (IDO) activation, and oxidative stress (Benedetti et al., 2020a; Miller and Raison, 2016). Depressed patients are characterized by higher levels of cytokines when compared to healthy controls with consistent results in literature when considering IL-1β, IL-6, IL-10, CCL2, TNF-α, and transforming growth factor-β (TGF-β) (Enache et al., 2019; Eyre et al., 2016; Howren et al., 2009; Kohler et al., 2017; Poletti et al., 2020b). NLR, MLR and SII are low-cost, suitable for clinical routine analysis, and reproducible markers of the systemic inflammatory response, which can be easily derived from blood cell essay and determined under simple laboratory conditions (Balta et al., 2013). Several studies have proven that these inflammatory ratios can be used as inflammatory biomarkers in depression (Mazza et al., 2018; Wang et al., 2021; Zhou et al., 2020b). In the present study, we have found that baseline SII predicted severity of depressive psychopathology and neurocognitive performance at the three-months follow-up. In this context, we have previously found that higher inflammation, quantified by SII, is associated with higher depression in COVID-19 survivors (Mazza et al., 2020). This finding is consistent with the reported higher depression in convalescent COVID-19 patients with higher NLR (Yuan et al., 2020). We also observed a protective effect against depression of cytokine-blocking agents (anakinra, a recombinant version of the human IL-1β receptor antagonist, and tocilizumab, a monoclonal antibody targeting the IL-6 receptor), possibly associated with their effect in dampening SII, in hospitalized male patients surviving severe, life-threatening COVID-19 (Benedetti et al., 2020b). SII, considering together neutrophil, platelet, and lymphocyte, is an objective marker of the balance between host systemic inflammation and immune response (Huang et al., 2019). Neutrophils are critical for starting and regulating the innate immune defense through phagocytosis, apoptotic action, chemotactic role, oxidative stress, and secretion of inflammatory mediators (Nathan, 2006). Platelets are an aspecific first line inflammatory marker that mediate endothelial permeability and recruitment of neutrophils and macrophages and their effector functions. Platelet activation is mediated by serotonin, dopamine, glutamate, cytokines and P-selectin, all of them plays an important role in psychiatric disorders (Dietrich-Muszalska and Wachowicz, 2017). Finally, lymphocytes are primarily involved in adaptive immunity, with a regulatory or protective function (Alberts, 2008). Considering together three complementary cells mediating different immune or inflammatory pathways, SII is less affected by confounding conditions, and more predictive in evaluating chronic systemic inflammatory status than neutrophils, platelets or lymphocytes separately (Gibson et al., 2007).

Neurocognitive impairment has been commonly reported in patients with a viral infection. In SARS and MERS, after recovery from the infection, impairment of memory, attention, concentration, or mental processing speed were reported in more than 15% of patients at a follow-up period ranging between 6 weeks and 39 months (Hopkins et al., 1999; Sheng et al., 2005). In COVID-19, a dysexecutive syndrome in a third of survivors was described (Helms et al., 2020), as well as cognitive dysfunction in sustained attention domain possibly linked to the underlying inflammatory processes measured with CRP (Zhou et al., 2020a). Consistently with previous literature, we observed a high rate of cognitive deficits in COVID-19 survivors at three months, irrespective of medical severity of the illness, with only 22% of the sample showing a good performance in all the investigated domains. Executive functions


Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 7 of 20 PageID #: 163

and psychomotor coordination were the most involved domain being impaired in 50% and 57% of the sample; information processing, verbal fluency, and working memory were impaired in around 30% of the sample.

These effects were influenced both, by the presence of psychopathology, and by systemic inflammation, thus confirming the connection between depression, inflammation, and cognition. Many studies have implied that inflammation activation is inextricably linked to cognitive dysfunction suggesting a primary role of IL-1β, IL-6, IL-18, and TNF-α (Beydoun et al., 2019; Gorelick, 2010; McAfoose and Baune, 2009). Recently, elevated NLR was described in mild cognitive impairment, while platelet/lymphocyte ratio and SII associated with risk of dementia in the general population (An et al., 2019; van der Willik et al., 2019).

In patients with a depressive episode in course of Major Depressive Disorder (MDD) or Bipolar Disorder (BD), we have previously reported an association of peripheral IL-8, TNF-α, CCL2, CCL4 with cortical thickness (Poletti et al., 2019); of IL-1β, IL-9, CCL5 with brain glutamate, N-acetylaspartate, and Myo-Inositol levels (Poletti et al., 2020a); and of IL-8, IL-10, TNF-α, IFN-γ with white matter (WM) microstructure, with levels of inflammatory cytokines being inversely related with measures of WM integrity (Benedetti et al., 2016). We also associated this WM phenotype with neurocognitive dysfunctions (Poletti et al., 2015), an effect proportional to illness duration (Melloni et al., 2019). Consistent with the present findings, attention and information processing, verbal memory, and psychomotor coordination were among the affected domains, and given that the lifetime speed of information processing closely associates with WM microstructure in humans and in animal models (Bartzokis et al., 2012; Kochunov et al., 2007; Lu et al., 2013), we can surmise that subtle effects on structural and functional brain connectivity could mediate the detrimental effects of COVID-19 on neurocognition.

The potential linkage between inflammatory status, depressive symptomatology, and associated neurocognitive dysfunction in patients with COVID-19 should then be investigated in long-term longitudinal studies, to better personalize treatment options (Benedetti et al., 2020b). As such, we hypothesize that COVID-19 could result in prolonged systemic inflammation that could lead to the development of persistent depression. We found at three months follow-up that 20 patients (8.9% of the total) met the criteria for the diagnosis of a depressive episode. When considering self-report assessment, 28% of the whole sample scored in the pathological range for depression according to ZSDS index and 9% according to the more conservative BDI-13 (Shafer, 2006), the latter showing higher consistency with the clinical interview findings. According to literature and consistent with our findings at one-month follow-up study, we observed that females, patients with positive psychiatric history, patients with shorter hospitalization, and patients who presented psychopathology at one-month follow-up showed higher depressive symptomatology (Mazza et al., 2020). Overall, thirty-four patients needed psychopharmacological treatment, and interestingly in 9% of patients with no previous psychiatric history were started a pharmacological treatment. Considering this percentage, and given the global burden of COVID-19 infection, the public health implications of such effects will be significant and demanding for the psychiatric services.

The present results must be viewed in light of some limitations. The subgroup of patients with assessment of the inflammatory state at three months is too small to generalize our findings over time; thus, further studies are needed to better investigate the interaction between inflammation, depression, and neurocognition in COVID-19 patients. The limited health care resources and patient's compliance related to the clinical setting forced us to choose an unstructured interview format instead of a structured clinical interview. Moreover, we were not able to assess the neurocognition in all patients but only in a subsample. Recruitment was in a single center, thus raising the possibility of population stratification; the study needs to be replicated in larger multicentric studies with a more heterogeneous population.

## 5. Conclusions

In conclusion, we observed that COVID-19 survivors remain clinically depressed three months after hospital discharge while other symptoms probably more related to acute psychological stressors such as PTSD, insomnia, and anxiety decrease over time. Depression also affects neurocognitive performances, possibly sharing the same inflammatory triggers. Considering that, depression associates with a markedly increased risk of all-cause and cause-specific mortality, and given the global burden of COVID-19 infection, timely and longitudinal investigations of the trajectory and characteristics of COVID-19 associated neuropsychiatric outcomes are critical for the personalized treatment of survivors in the following months and years.

## Declaration of Competing Interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

*Acknowledgements*

The COVID-19 BioB Outpatient Clinic Study group also includes: Vai Benedetta, Bollettini Irene, Melloni Elisa Maria Teresa, Mazza Elena Beatrice, Aggio Veronica, Bosio Sara, Bravi Beatrice, Caselani Elisa, Colombo Federica, D'orsi Greta, Di Pasquasio Camilla, Fiore Paola, Calvisi Stefania, Canti Valentina, Castellani Jacopo, Cilla Marta, Cinel Elena, Damanti Sarah, Ferrante Marica, Martinenghi Sabina, Santini Chiara, Vitali Giordano.

*Funding*

None.

## Appendix A. Supplementary data

Supplementary data associated with this article can be found, in the online version, at https://doi.org/10.1016/j.bbi.2021.02.021.

## References

Agresti, A., 1996. An Introduction to Categorical Data Analysis. Wiley, New York.
Akaike, H., 1974. A new look at the statistical model identification. IEEE Trans. Autom. Control 19, 716–723.
Alberts, B., 2008. Molecular Biology of the Cell. Garland Science, New York.
Amsalem, D., Dixon, L.B., Neria, Y., 2020. The Coronavirus Disease 2019 (COVID-19) outbreak and mental health: current risks and recommended actions. JAMA Psychiatry.
An, P., Zhou, X., Du, Y., Zhao, J., Song, A., Liu, H., Ma, F., Huang, G., 2019. Association of neutrophil-lymphocyte ratio with mild cognitive impairment in elderly chinese adults: a case-control study. Curr. Alzheimer Res. 16, 1309–1315.
Anselmetti, S., Poletti, S., Ermoli, E., Bechi, M., Cappa, S., Venneri, A., Smeraldi, E., Cavallaro, R., 2008. The brief assessment of cognition in schizophrenia. Normative data for the Italian population. Neurol. Sci. 29, 85–92.
Armour, C., Contractor, A., Shea, T., Elhai, J.D., Pietrzak, R.H., 2016. Factor structure of the PTSD checklist for DSM-5: relationships among symptom clusters, anger, and impulsivity. J. Nerv. Ment. Dis. 204, 108–115.
Balta, S., Demirkol, S., Unlu, M., Arslan, Z., Celik, T., 2013. Neutrophil to lymphocyte ratio may be predict of mortality in all conditions. Br. J. Cancer 109, 3125–3126.
Bartzokis, G., Lu, P.H., Heydari, P., Couvrette, A., Lee, G.J., Kalashyan, G., Freeman, F., Grinstead, J.W., Villablanca, P., Finn, J.P., Mintz, J., Alger, J.R., Altshuler, L.L., 2012. Multimodal magnetic resonance imaging assessment of white matter aging trajectories over the lifespan of healthy individuals. Biol. Psychiatry 72, 1026–1034.
Bechter, K., 2013. Virus infection as a cause of inflammation in psychiatric disorders. Mod. Trends Pharmacopsychiatry 28, 49–60.
Beck, A.T., Steer, R.A., 1984. Internal consistencies of the original and revised Beck Depression Inventory. J. Clin. Psychol. 40, 1365–1367.
Benedetti, F., Aggio, V., Pratesi, M.L., Greco, G., Furlan, R., 2020a. Neuroinflammation in bipolar depression. Front. Psychiatry 11, 71.
Benedetti, F., Mazza, M., Cavalli, G., Ciceri, F., Dagna, L., Rovere-Querini, P., 2020b. Can cytokine blocking prevent depression in COVID-19 survivors? J. Neuroimmune Pharmacol.



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 8 of 20 PageID #: 164

Benedetti, F., Poletti, S., Hoogenboezem, T.A., Mazza, E., Ambree, O., de Wit, H., Wijkhuijs, A.J., Locatelli, C., Bollettini, I., Colombo, C., Arolt, V., Drexhage, H.A., 2016. Inflammatory cytokines influence measures of white matter integrity in Bipolar Disorder. J Affect Disord 202, 1–9.

Beydoun, M.A., Weiss, J., Obhi, H.K., Beydoun, H.A., Dore, G.A., Liang, H., Evans, M.K., Zonderman, A.B., 2019. Cytokines are associated with longitudinal changes in cognitive performance among urban adults. Brain Behav. Immun. 80, 474–487.

Coperchini, F., Chiovato, L., Croce, L., Magri, F., Rotondi, M., 2020. The cytokine storm in COVID-19: an overview of the involvement of the chemokine/chemokine-receptor system. Cytokine Growth Factor Rev. 53, 25–32.

Creamer, M., Bell, R., Failla, S., 2003. Psychometric properties of the impact of event scale - revised. Behav. Res. Ther. 41, 1489–1496.

Dantzer, R., 2018. Neuroimmune interactions: from the brain to the immune system and vice versa. Physiol. Rev. 98, 477–504.

De Lorenzo, R., Conte, C., Lanzani, C., Benedetti, F., Roveri, L., Mazza, M.G., Brioni, E., Giacalone, G., Canti, V., Sofia, V., 2020. Residual clinical damage after COVID-19: a retrospective and prospective observational cohort study. PLoS ONE 15, e0239570.

Dietrich-Muszalska, A., Wachowicz, B., 2017. Platelet haemostatic function in psychiatric disorders: effects of antidepressants and antipsychotic drugs. World J. Biol. Psychiatry 18, 564–574.

Dobson, A.J., 1990. An Introduction to Generalized Linear Models. Chapman & Hall, New York.

Enache, D., Pariante, C.M., Mondelli, V., 2019. Markers of central inflammation in major depressive disorder: a systematic review and meta-analysis of studies examining cerebrospinal fluid, positron emission tomography and post-mortem brain tissue. Brain Behav. Immun. 81, 24–40.

Eyre, H.A., Air, T., Pradhan, A., Johnston, J., Lavretsky, H., Stuart, M.J., Baune, B.T., 2016. A meta-analysis of chemokines in major depression. Prog. Neuropsychopharmacol. Biol. Psychiatry 68, 1–8.

Foa, E.B., Huppert, J.D., Leiberg, S., Langner, R., Kichic, R., Hajcak, G., Salkovskis, P.M., 2002. The Obsessive-Compulsive Inventory: development and validation of a short version. Psychol. Assess 14, 485–496.

Gibney, S.M., Drexhage, H.A., 2013. Evidence for a dysregulated immune system in the etiology of psychiatric disorders. J. Neuroimmune Pharmacol. 8, 900–920.

Gibson, P.H., Croal, B.L., Cuthbertson, B.H., Small, G.R., Ifezulike, A.I., Gibson, G., Jeffrey, R.R., Buchan, K.G., El-Shafei, H., Hillis, G.S., 2007. Preoperative neutrophil-lymphocyte ratio and outcome from coronary artery bypass grafting. Am. Heart J. 154, 995–1002.

Gorelick, P.B., 2010. Role of inflammation in cognitive impairment: results of observational epidemiological studies and clinical trials. Ann. N Y Acad. Sci. 1207, 155–162.

Grosse, L., Carvalho, L.A., Wijkhuijs, A.J., Bellingrath, S., Ruland, T., Ambree, O., Alferink, J., Ehring, T., Drexhage, H.A., Arolt, V., 2015. Clinical characteristics of inflammation-associated depression: monocyte gene expression is age-related in major depressive disorder. Brain Behav. Immun. 44, 48–56.

Helms, J., Kremer, S., Merdji, H., Clere-Jehl, R., Schenck, M., Kummerlen, C., Collange, O., Boulay, C., Fafi-Kremer, S., Ohana, M., Anheim, M., Meziani, F., 2020. Neurologic features in severe SARS-CoV-2 infection. N. Engl. J. Med. 382, 2268–2270.

Hill, T., Lewicki, P., 2006. Statistics: methods and applications. A comprehensive reference for science, industry, and data mining. General Linear Models, StatSoft, Tulsa (OK) Chapter 18, 245–276.

Hopkins, R.O., Weaver, L.K., Pope, D., Orme, J.F., Bigler, E.D., Larson, L.V., 1999. Neuropsychological sequelae and impaired health status in survivors of severe acute respiratory distress syndrome. Am. J. Respir. Crit. Care Med. 160, 50–56.

Howren, M.B., Lamkin, D.M., Suls, J., 2009. Associations of depression with C-reactive protein, IL-1, and IL-6: a meta-analysis. Psychosom. Med. 71, 171–186.

Huang, H., Liu, Q., Zhu, L., Zhang, Y., Lu, X., Wu, Y., Liu, L., 2019. Prognostic value of preoperative systemic immune-inflammation index in patients with cervical cancer. Sci. Rep. 9, 3284.

Keefe, R.S., Goldberg, T.E., Harvey, P.D., Gold, J.M., Poe, M.P., Coughenour, L., 2004. The Brief Assessment of Cognition in Schizophrenia: reliability, sensitivity, and comparison with a standard neurocognitive battery. Schizophr. Res. 68, 283–297.

Kepinska, A.P., Iyegbe, C.O., Vernon, A.C., Yolken, R., Murray, R.M., Pollak, T.A., 2020. Schizophrenia and influenza at the centenary of the 1918–1919 Spanish Influenza Pandemic: mechanisms of psychosis risk. Front. Psychiatry 11, 72.

Kochunov, P., Thompson, P.M., Lancaster, J.L., Bartzokis, G., Smith, S., Coyle, T., Royall, D.R., Laird, A., Fox, P.T., 2007. Relationship between white matter fractional anisotropy and other indices of cerebral health in normal aging: tract-based spatial statistics study of aging. Neuroimage 35, 478–487.

Kohler, C.A., Freitas, T.H., Maes, M., de Andrade, N.Q., Liu, C.S., Fernandes, B.S., Stubbs, B., Solmi, M., Veronese, N., Herrmann, N., Raison, C.L., Miller, B.J., Lanctot, K.L., Carvalho, A.F., 2017. Peripheral cytokine and chemokine alterations in depression: a meta-analysis of 82 studies. Acta Psychiatr. Scand. 135, 373–387.

Korman, M., Tkachev, V., Reis, C., Komada, Y., Kitamura, S., Gubin, D., Kumar, V., Roenneberg, T., 2020. COVID-19-mandated social restrictions unveil the impact of social time pressure on sleep and body clock. Sci. Rep. 10, 22225.

Lam, M.H., Wing, Y.K., Yu, M.W., Leung, C.M., Ma, R.C., Kong, A.P., So, W.Y., Fong, S.Y., Lam, S.P., 2009. Mental morbidities and chronic fatigue in severe acute respiratory syndrome survivors: long-term follow-up. Arch. Intern. Med. 169, 2142–2147.

Levine, D.W., Kripke, D.F., Kaplan, R.M., Lewis, M.A., Naughton, M.J., Bowen, D.J., Shumaker, S.A., 2003. Reliability and validity of the Women's Health Initiative Insomnia Rating Scale. Psychol. Assess 15, 137–148.

Lu, P.H., Lee, G.J., Tishler, T.A., Meghpara, M., Thompson, P.M., Bartzokis, G., 2013. Myelin breakdown mediates age-related slowing in cognitive processing speed in healthy elderly men. Brain Cogn. 81, 131–138.

Ma, Y.F., Li, W., Deng, H.B., Wang, L., Wang, Y., Wang, P.H., Bo, H.X., Cao, J., Zhu, L.Y., Yang, Y., Cheung, T., Ng, C.H., Wu, X., Xiang, Y.T., 2020. Prevalence of depression and its association with quality of life in clinically stable patients with COVID-19. J. Affect Disord. 275, 145–148.

Mazza, M.G., De Lorenzo, R., Conte, C., Poletti, S., Vai, B., Bollettini, I., Melloni, E.M.T., Furlan, R., Ciceri, F., Rovere-Querini, P., Benedetti, F., 2020. Anxiety and depression in COVID-19 survivors: role of inflammatory and clinical predictors. Brain Behav. Immun. 89, 594–600.

Mazza, M.G., Lucchi, S., Tringali, A.G.M., Rossetti, A., Botti, E.R., Clerici, M., 2018. Neutrophil/lymphocyte ratio and platelet/lymphocyte ratio in mood disorders: a meta-analysis. Prog. Neuropsychopharmacol. Biol. Psychiatry 84, 229–236.

McAfoose, J., Baune, B.T., 2009. Evidence for a cytokine model of cognitive function. Neurosci. Biobehav. Rev. 33, 355–366.

McCullagh, P., Nelder, J.A., 1989. Generalized Linear Models, 2nd ed. Chapman & Hall, New York.

Mehta, P., McAuley, D.F., Brown, M., Sanchez, E., Tattersall, R.S., Manson, J.J., 2020. COVID-19: consider cytokine storm syndromes and immunosuppression. Lancet 395, 1033–1034.

Melloni, E.M., Poletti, S., Vai, B., Bollettini, I., Colombo, C., Benedetti, F., 2019. Effects of illness duration on cognitive performances in bipolar depression are mediated by white matter microstructure. J. Affect Disord. 249, 175–182.

Miller, A.H., Raison, C.L., 2016. The role of inflammation in depression: from evolutionary imperative to modern treatment target. Nat. Rev. Immunol. 16, 22–34.

Nathan, C., 2006. Neutrophils and immunity: challenges and opportunities. Nat. Rev. Immunol. 6, 173–182.

Pfefferbaum, B., North, C.S., 2020. Mental health and the Covid-19 pandemic. N. Engl. J. Med. 383, 510–512.

Poletti, S., Bollettini, I., Mazza, E., Locatelli, C., Radaelli, D., Vai, B., Smeraldi, E., Colombo, C., Benedetti, F., 2015. Cognitive performances associate with measures of white matter integrity in bipolar disorder. J. Affect Disord. 174, 342–352.

Poletti, S., Leone, G., Hoogenboezem, T.A., Ghiglino, D., Vai, B., de Wit, H., Wijkhuijs, A. J.M., Locatelli, C., Colombo, C., Drexhage, H.A., Benedetti, F., 2019. Markers of neuroinflammation influence measures of cortical thickness in bipolar depression. Psychiatry Res. Neuroimag. 285, 64–66.

Poletti, S., Mazza, M.G., Vai, B., Lorenzi, C., Colombo, C., Benedetti, F., 2020a. Pro-inflammatory cytokines predict brain metabolites concentrations in the anterior cingulate cortex of patients with bipolar disorder. Front. Psychiatry 11, 1364.

Poletti, S., Vai, B., Mazza, M.G., Zanardi, R., Lorenzi, C., Calesella, F., Cazzetta, S., Branchi, I., Colombo, C., Furlan, R., Benedetti, F., 2020b. A peripheral inflammatory signature discriminates bipolar from unipolar depression: a machine learning approach. Prog. Neuropsychopharmacol. Biol. Psychiatry 105, 110136.

Rogers, J.P., Chesney, E., Oliver, D., Pollak, T.A., McGuire, P., Fusar-Poli, P., Zandi, M.S., Lewis, G., David, A.S., 2020. Psychiatric and neuropsychiatric presentations associated with severe coronavirus infections: a systematic review and meta-analysis with comparison to the COVID-19 pandemic. Lancet Psychiatry 7, 611–627.

Shafer, A.B., 2006. Meta-analysis of the factor structures of four depression questionnaires: Beck, CES-D, Hamilton, and Zung. J. Clin. Psychol. 62, 123–146.

Sheng, B., Cheng, S.K., Lau, K.K., Li, H.L., Chan, E.L., 2005. The effects of disease severity, use of corticosteroids and social factors on neuropsychiatric complaints in severe acute respiratory syndrome (SARS) patients at acute and convalescent phases. Eur. Psychiatry 20, 236–242.

The Lancet, P., 2020. Send in the therapists? Lancet Psychiatry 7, 291.

Troyer, E.A., Kohn, J.N., Hong, S., 2020. Are we facing a crashing wave of neuropsychiatric sequelae of COVID-19? Neuropsychiatric symptoms and potential immunologic mechanisms. Brain Behav. Immun. 87, 34–39.

Vai, B., Cazzetta, S., Ghiglino, D., Parenti, L., Saibene, G., Toti, M., Verga, C., Wykowska, A., Benedetti, F., 2020. Risk perception and media in shaping protective behaviors: insights from the early phase of COVID-19 Italian outbreak. Front. Psychol. 11.

van der Willik, K.D., Fani, L., Rizopoulos, D., Licher, S., Fest, J., Schagen, S.B., Ikram, M. K., Ikram, M.A., 2019. Balance between innate versus adaptive immune system and the risk of dementia: a population-based cohort study. J. Neuroinflamm. 16, 68.

Varatharaj, A., Thomas, N., Ellul, M.A., Davies, N.W.S., Pollak, T.A., Tenorio, E.L., Sultan, M., Easton, A., Breen, G., Zandi, M., Coles, J.P., Manji, H., Al-Shahi Salman, R., Menon, D.K., Nicholson, T.R., Benjamin, L.A., Carson, A., Smith, C., Turner, M.R., Solomon, T., Kneen, R., Pett, S.L., Galea, I., Thomas, R.H., Michael, B. D., 2020. Neurological and neuropsychiatric complications of COVID-19 in 153 patients: a UK-wide surveillance study. Lancet Psychiatry 7, 875–882.

Vigneau, F., Cormier, S., 2008. The factor structure of the State-Trait Anxiety Inventory: an alternative view. J. Pers. Assess. 90, 280–285.

Wang, J., Zhou, D., Dai, Z., Li, X., 2021. Association between systemic immune-inflammation index and diabetic depression. Clin. Interv. Aging 16, 97–105.

WHO, 2020. WHO coronavirus disease (COVID-19) dashboard.

Xiang, Y.T., Yang, Y., Li, W., Zhang, L., Zhang, Q., Cheung, T., Ng, C.H., 2020. Timely mental health care for the 2019 novel coronavirus outbreak is urgently needed. Lancet Psychiatry 7, 228–229.



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 9 of 20 PageID #: 165

Ye, Q., Wang, B., Mao, J., 2020. The pathogenesis and treatment of the 'Cytokine Storm' in COVID-19. J. Infect. 80, 607–613.

Yuan, B., Li, W., Liu, H., Cai, X., Song, S., Zhao, J., Hu, X., Li, Z., Chen, Y., Zhang, K., Liu, Z., Peng, J., Wang, C., Wang, J., An, Y., 2020. Correlation between immune response and self-reported depression during convalescence from COVID-19. Brain Behav. Immun. 88, 39–43.

Zhou, H., Lu, S., Chen, J., Wei, N., Wang, D., Lyu, H., Shi, C., Hu, S., 2020a. The landscape of cognitive function in recovered COVID-19 patients. J. Psychiatr. Res. 129, 98–102.

Zhou, L., Ma, X., Wang, W., 2020b. Inflammation and coronary heart disease risk in patients with depression in China Mainland: a cross-sectional study. Neuropsychiatr. Dis. Treat. 16, 81–86.

Zung, W.W., 1965. A self-rating depression scale. Arch. Gen. Psychiatr. 12, 63–70.



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 10 of 20 PageID #: 166

medRxiv
THE PREPRINT SERVER FOR HEALTH SCIENCES
Cold Spring Harbor Laboratory BMJ Yale
HOME | ABOUT | SUBMIT | NEWS & NOTES | ALERTS / RSS
Search
Advanced Search

Comments (1)
Previous
Next

# SARS-CoV-2 infects brain astrocytes of COVID-19 patients and impairs neuronal viability

Posted July 07, 2021.

Download PDF
Author Declarations
Data/Code
XML
Email
Share
Citation Tools
Tweet
Like 126

Fernanda Crunfli, Victor Corasolla Carregari, Flavio Protasio Veras, Pedro Henrique Vendramini, Aline Gazzola Fragnani Valença, André Saraiva Leão Marcelo Antunes, Caroline Brandão-Teles, Giuliana da Silva Zuccoli, Guilherme Reis-de-Oliveira, Lícia C. Silva-Costa, Verônica Monteiro Saia-Cereda, Bradley Joseph Smith, Ana Campos Codo, Gabriela Fabiano de Souza, Stéfanie Primon Muraro, Pierina Lorencini Parise, Daniel A. Toledo-Teixeira, Ícaro Maia Santos de Castro, Bruno Marcel Silva Melo, Glaucia M. Almeida, Egidi Mayara Silva Firmino, Isadora Marques Paiva, Bruna Manuella Souza Silva, Rafaela Mano Guimarães, Niele D. Mendes, Raíssa Guimarães Ludwig, Gabriel Palermo Ruiz, Thiago Leite Knittel, Gustavo Gastão Davanzo, Jaqueline Aline Gerhardt, Patrícia Brito Rodrigues, Julia Forato, Mariene Ribeiro Amorim, Natália Brunetti Silva, Matheus Cavalheiro Martini, Maíra Nilson Benatti, Sabrina Batah, Li Siyuan, Rafael Batista João, Lucas Scardua Silva, Mateus Henrique Nogueira, Ítalo Karmann Aventurato, Mariana Rabelo de Brito, Marina Koutsodontis Machado Alvim, José Roberto da Silva Júnior, Lívia Liviane Damião, Maria Ercilia de Paula Castilho Stefano, Iêda Maria Pereira de Sousa, Elessandra Dias da Rocha, Solange Maria Gonçalves, Luiz Henrique Lopes da Silva, Vanessa Bettini, Brunno Machado de Campos, Guilherme Ludwig, Lucas Alves Tavares, Marjorie Cornejo Pontelli, Rosa Maria Mendes Viana, Ronaldo Martins, Andre S. Vieira, José Carlos Alves-Filho, Eurico Arruda, Guilherme Podolski-Gondim, Marcelo Volpon Santos, Luciano Neder, Fernando Cendes, Paulo Louzada-Junior, Renê Donizeti Oliveira, Fernando Queiroz Cunha, André Damásio, Marco Aurélio Ramirez Vinolo, Carolina Demarchi Munhoz, Stevens K. Rehen, Helder I Nakaya, Thais Mauad, Amaro Nunes Duarte-Neto, Luiz Fernando Ferraz da Silva, Marisa Dolhnikoff, Paulo Saldiva, Alessandro S. Farias, Pedro Manoel M. Moraes-Vieira, Alexandre Todorovic Fabro, Adriano S. Sebollela, José Luiz Proença Módena, Clarissa Lin Yasuda, Marcelo A. Mori, Thiago Mattar Cunha, Daniel Martins-de-Souza

doi: https://doi.org/10.1101/2020.10.09.20207464

**This article is a preprint and has not been peer-reviewed [what does this mean?]. It reports new medical research that has yet to be evaluated and so should *not* be used to guide clinical practice.**

Abstract | Full Text | Info/History | Metrics | Preview PDF

## Abstract

One increasingly documented tendency of COVID-19 patients is to exhibit neuropsychiatric and neurological symptoms. Here we found that anxiety and cognitive impairment are manifested by 28-56% of COVID-19 convalescent individuals with mild respiratory symptoms and are associated with altered cerebral cortical thickness. Using an independent cohort, we found histopathological signs of brain damage in 25% of individuals who died of COVID-19. All of the affected brain tissue studied exhibited foci of SARS-CoV-2 infection and replication, particularly astrocytes. We also found that neural stem cell-derived human astrocytes *in vitro* are susceptible to SARS-CoV-2 infection through a mechanism that involves spike-NRP1 interaction. SARS-CoV-2-infected astrocytes manifested changes in energy metabolism and in key proteins and metabolites used to fuel neurons, as well as in the biogenesis of neurotransmitters. Moreover, infection elicits a secretory phenotype that reduces neuronal viability. Our data support the model in which SARS-CoV-2 reaches the brain, infects astrocytes and consequently leads to neuronal death or dysfunction. These deregulated processes are also likely to contribute to the structural and functional alterations seen in the brains of COVID-19 patients.

## INTRODUCTION

COVID-19 is a disease caused by infection with the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). Although the hallmark symptoms of COVID-19 are respiratory in nature and related to pulmonary infection, a growing body of evidence has demonstrated that SARS-CoV-2 has extrapulmonary effects (Gupta et al., 2020; Yang et al., 2020b) including in the central nervous system (CNS)(Nalbandian et al., 2021). Notably, over 30% of hospitalized COVID-19 patients manifest neurological and even neuropsychiatric symptoms (Kotfis et al., 2020; Mao et al., 2020), and may eventually present some degree of encephalitis (Varatharaj et al., 2020). One study revealed that more than half of hospitalized patients continue to exhibit neurological symptoms as long as approximately three months after the acute stage (Lu et al., 2020). Impaired cognition was also confirmed in recovered patients after hospitalization (Batty et al., 2020; Mcloughlin et al., 2020; Pinna et al., 2020; Zhou et al., 2020) and neurological impairment is consistent with substantial damage to the nervous system (De Felice et al., 2020). Previous studies on Severe Acute Respiratory Syndrome (SARS) patients reported the presence of the SARS coronavirus in the brain tissue and cerebrospinal fluid of subjects who presented neurological symptoms (Hung et al., 2003; Lau et al., 2004; Xu et al., 2005). SARS-CoV-2 RNA was also detected in the cerebrospinal fluid of patients with meningitis (Bernard-Valnet et al.; Huang et al., 2020; Moriguchi et al., 2020). Moreover, alterations in the cerebral cortical region, compatible with viral infection (Politi et al., 2020), loss of white matter and axonal injury (Reichard et al., 2020), have all been reported in COVID-19 patients.

In line with the potential neurotropic properties of SARS-CoV-2, recent evidence demonstrated the presence of viral proteins in brain regions of COVID-19 patients and in the brains of K18-ACE2 transgenic mice infected with SARS-CoV-2 (Matschke et al., 2020; Song et al., 2020). The presence of SARS-CoV-2 in the human brain has been associated with significant astrogliosis, microgliosis and immune cell accumulation (Matschke et al., 2020). Further indicating the ability of SARS-CoV-2 to infect cells of the CNS, Song and colleagues showed that SARS-CoV-2 infects human brain organoid cells in culture (Song et al., 2020) Despite the accumulating evidence, little is known about the cellular and molecular mechanisms involved in SARS-CoV-2 infection of the brain and the consequent repercussions on brain structure and functionality. To gain further insight into the neuropathological and neurological consequences of COVID-19 and possible cellular and molecular mechanisms, we performed a broad translational investigation associating clinical and brain imaging features of COVID-19 patients with neuropathological and biochemical changes caused by SARS-CoV-2 infection in the CNS. We found that astrocytes are the main sites of viral infection and replication within the CNS. SARS-CoV-2-infected astrocytes exhibited marked metabolic changes resulting in a reduction of metabolites used to fuel neurons and build neurotransmitters. Infected astrocytes also secrete an unidentified factor, or combination of factors, that leads to neuronal death. These events might be responsible for the neuropathological alterations and neuropsychiatric symptoms observed in COVID-19 patients.

## RESULTS

### Neuropsychiatric symptoms in convalescent COVID-19 patients correlate with altered cerebral cortical thickness

To explore the occurrences of brain damage in COVID-19 patients and dissociate it from the indirect consequences of the severe stage of the disease, we performed cortical surface-based morphometry analysis using high-resolution 3T MRI on 81 subjects diagnosed with COVID-19 who had mild respiratory symptoms and did not require hospitalization or oxygen support. The analysis was performed within an average (SD) interval of 57 (26) days after SARS-CoV-2 detection by RT-qPCR and the subjects were compared to 145 healthy volunteers collected pre-covid period (Tables S1 and S2). The analysis revealed areas of reduced cortical thickness in the left lingual gyrus; calcarine sulcus, including the cuneus; and olfactory sulcus, including the rectus gyrus (Figure 1A). In contrast, increased thickness was detected in the central sulcus, including the precentral and postcentral gyrus, and superior occipital gyrus (Figure 1A), which can be associated with vasogenic edemas (Biega et al., 2006). A subgroup of these individuals (n = 61) were subjected to neuropsychological evaluation for anxiety (Beck Anxiety Inventory, BAI), depression (Beck Depression Inventory, BDI), logical memory (Wechsler Memory Scale), cognitive functions (TRAIL Making Test) and fatigue (Chalder Fatigue Questionnaire, CFQ). These tests were performed between 21 and 120 days after diagnosis (median of 59 days). Symptoms of anxiety were identified in approximately 28% of the subjects, and 20% of individuals presented symptoms of depression (Figure S1A). Nearly 28% of participants performed abnormally on the logical memory test and regarding cognitive function, approximately 34% and 56% performed abnormally with TRAIL A and B, respectively (Table S3 and Figure S1B).




Figure S1.

Download figure | Open in new tab

Frequency of neuropsychological impairment in individuals after mild infection.
The subgroup of individuals who underwent neuropsychological evaluation presented a median age of 37.8 years (range 21-63 years), 16 years of education (range 6-24 years) and 59 days after COVID-19 diagnosis (range 21-120 days). The median values of BDI (Beck Depression Inventory; scale 0-36), and also of BAI (Beck Anxiety Inventory; scale 0-45) were 6 points. The median score of CFQ-11 (Chalder Fatigue Questionnaire) was 16 (scale 0-32). (A) Severity of symptoms of anxiety (BAI) and depression (BDI). (B) Severity of impairments in logical memory (LM; Wechsler Memory Scale) and cognitive function (TRAIL Making Test A and B).

Table 1. View inline | View popup
Reduced cortical thickness in the left hemisphere

Table 2. View inline | View popup
Increased cortical thickness in the right hemisphere

Table 3. View inline | View popup
Results of Neuropsychological tests (in z-score)

(D) Percentage of living or nonliving NSC-derived neurons and (E) SH-SY5Y cells. Cells were classified as living (gray bars; double-negative), in early apoptosis (purple bars; apotracker+/FVS-) in late apoptosis (pink bars; double-positive) or necrotic (green bars apotracker-/FVS+).

(E) SARS-CoV-2 viral load detection in differentiated SH-SY5Y neurons using RT-PCR. Data are representative of two independent experiments performed in triplicate, and shown as mean ± SEM. P values were determined by one-way ANOVA followed by Tukey's post hoc test. ***P < 0.001; ****P < 0.0001 compared to the mock group.

## DISCUSSION

Our study evidences structural and functional alterations in the brain tissue of COVID-19 patients which correlate with neuropsychiatric and neurological dysfunctions. This study and other reports showing alterations in brain structure and the manifestation of neurological symptoms in COVID-19 patients (Rogers et al., 2020; Troyer et al., 2020) raise a debate on whether these clinical features are a consequence of peripheral changes or the potential ability of the virus to invade the CNS. Our findings support the latter, at least in part, as we detect SARS-CoV-2 in brain tissue collected from patients who died of COVID-19. The ability of SARS-CoV-2 to infect brain cells has been demonstrated using *in vitro* models such as stem cell-derived neural cells and cerebral organoids (Song et al., 2020). Viral particles have also been found in the brain (Matschke et al., 2020), localized to the microvasculature and neurons (Song et al., 2020), as well as in the choroid plexus (Jacob et al.) and meninges (Yavarpour-Bali and Ghasemi-Kasman, 2020). However, the magnitude of this infection and its distribution within brain tissue had not been demonstrated. Here we show that astrocytes are the main locus of infection - and possibly replication - of SARS-CoV-2 in COVID-19 patients' brains, as evidenced by the detection of the viral genome, the SARS-CoV-2 spike protein and dsRNA in both *postmortem* brain tissues and *in vitro* astrocytes. These findings are in line with recently published evidence showing that astrocytes from primary human cortical tissue and stem cell-derived cortical organoids are susceptible to SARS-CoV-2 infection (Andrews et al., 2021). Evidence was, however, insufficient to conclude if SARS-CoV-2 completes its replication cycle in astrocytes, warranting further experiments.

Recently, Meinhardt et al. 2021 described that SARS-CoV-2 could access the CNS through the neural–mucosal interface in olfactory mucosa, entering the primary respiratory and cardiovascular control centers in the medulla oblongata. Other proposed routes of SARS-CoV-2 neuro-invasion are through the infection of brain endothelial cells or the inflammatory response produced by SARS-CoV-2 infection, both causing dysfunctions in blood-brain barrier integrity (Alquisiras-Burgos et al., 2021; Meinhardt et al., 2021; Reynolds and Mahajan, 2021). At this point, there is much left to be learned about the routes of SARS-CoV-2 neuro-invasion and how the virus can navigate across those different brain cell types, producing manifestation of neurological symptoms in COVID-19 patients.

While ACE2 is the most well-characterized cellular receptor for the entry of SARS-CoV-2 into cells through the interaction with the viral spike protein, other receptors have also been identified as mediators of infection (Hoffmann et al., 2020). According to our data and others (Matschke et al., 2020), astrocytes do not express ACE2, whereas we found higher expression of NRP1. This receptor is abundantly expressed in the CNS (Cantuti-Castelvetri et al., 2020; Daly et al., 2020; Wang et al., 2021), particularly in astrocytes and neurons (Figures 5D and 5E), and blocking its availability using neutralizing antibodies reduced SARS-CoV-2 infection in these cells. These results indicate that SARS-CoV-2 infects *in vitro* astrocytes via the NRP1 receptor, though this is yet to be proven *in vivo*.

To understand the consequences of SARS-CoV-2 infection in NSC-derived astrocytes, we searched for changes in the proteome in a non-hypothesis-driven fashion. SARS-CoV-2 infection resulted in substantial proteomic changes in several biological processes, including those associated with energy metabolism, in line with previous reports in other cell types infected with SARS-CoV-2 (Bojkova et al., 2020; Grenga et al., 2020; Stukalov et al., 2020). Noteworthily, differentially expressed proteins in COVID-19 *postmortem* brains were enriched for astrocytic proteins, strengthening our own findings that these are the most affected cells by SARS-CoV-2 infection in the human brain. Differentially expressed proteins in COVID-19 *postmortem* brains were also enriched for oligodendrocyte, neuron and Schwann cell markers, although less significantly when compared to astrocytes. Our proteomic data also evidenced changes in components of carbon metabolism pathways in both *in vitro* infected astrocytes and *postmortem* brain tissue from COVID-19 patients. These pathways were particularly associated with glucose metabolism.

Since astrocyte metabolism is key to support neuronal function, changes in astrocyte metabolism could indirectly impact neurons. One way astrocytes support neurons metabolically is by exporting lactate (Turner and Adamson, 2011) and one of the most critical alterations seen here caused by SARS-CoV-2 infection in astrocytes was a decrease in pyruvate and lactate levels. Moreover, intermediates of glutamine metabolism such as glutamate and GABA were decreased in SARS-CoV-2-infected astrocytes. This said, there were no significant changes in any core intermediates of the TCA cycle. Together with the increased oxygen consumption rate of SARS-CoV-2-infected astrocytes, these results suggest that glycolysis and glutaminolysis are being used to fuel carbons into the TCA cycle to sustain the increased oxidative metabolism of infected astrocytes. Astrocyte-derived lactate and glutamine are required for neuronal metabolism (Gandhi et al., 2009; Suzuki et al., 2011) and synthesis of neurotransmitters such as glutamate and GABA, respectively (Walls et al., 2011). Astrocytes play a vital role in neurotransmitter recycling, a crucial process for the maintenance of synaptic transmission and neuronal excitability. This is especially important at glutamatergic synapses since proper glutamate uptake by astroglia prevents the occurrence of excitotoxicity (Bélanger et al., 2011). Upon this uptake, glutamine synthetase converts glutamate to glutamine, which can then be transferred back to neurons, thus closing the glutamate-glutamine cycle (Mergenthaler et al., 2013). This is also true for GABAergic synapses, where the neurotransmitter GABA is taken up by astrocytes and metabolized first to glutamate and then to glutamine (Bak et al., 2006). Moreover, astrocytes are responsible for maintaining glutamate levels in the brain (Bélanger and Magistretti, 2009; Magistretti, 2009). Hence, given the importance of the coupling between astrocytes and neurons, alterations in astrocytic glucose and glutamine metabolism are expected to compromise neuronal function, affecting neuronal metabolism and synaptic function and plasticity (Bonansco et al., 2011).

In addition to the metabolic changes observed in SARS-CoV-2-infected astrocytes that may impact neuronal dysfunction, we also found that SARS-CoV-2 infection elicits a secretory phenotype in astrocytes that results in increased neuronal death. Our data points to the release of one or more still unidentified neurotoxic factors by SARS-CoV-2-infected astrocytes. A similar phenomenon has been observed when astrocytes are activated by inflammatory factors (Guttenplan et al., 2020b; Liddelow et al., 2017). Neuronal death may explain, at least partially, the alterations in cortical thickness we found in COVID-19 patients. A recent study with 60 recovered patients and 39 healthy controls also identified gray matter abnormalities 97 days after the onset of the disease, with increased volume in some areas of the brain (Lu et al., 2020). While that study analyzed hospitalized patients, we evaluated individuals that did not have to be hospitalized (i.e., had mild respiratory symptoms), and nevertheless, we observed notable alterations in cortical thickness. Importantly, some of these alterations correlated with severity of symptoms of anxiety and impaired cognition, which is consistent with previous literature (Knutson et al., 2015; Milad and Rauch, 2007). Since one of the hypotheses for the neuroinvasive mechanism of SARS-CoV-2 is via the olfactory nerves (Mao and Jin, 2020), we speculate that the associations between BAI and TRAIL B scores and structural alterations in the orbitofrontal region may be a result of the action of the virus in this cortical area, closely related to the olfactory nerves.

It is also worth noting that these regions are anatomically close to the brain regions from which we obtained *postmortem* samples (through endonasal trans-ethmoidal access) and identified histopathological alterations associated with SARS-CoV-2 infection. Our findings are consistent with a model in which SARS-CoV-2 is able to reach the CNS of COVID-19 patients, infects astrocytes and secondarily impairs neuronal function and viability. These changes might contribute to the alterations of brain structure as observed here and elsewhere, thereby resulting in the neurological and neuropsychiatric symptoms manifested by some COVID-19 patients. Our study comes as a cautionary note that interventions directed to treat COVID-19 should also envision ways to prevent SARS-CoV-2 invasion of the CNS and/or replication in astrocytes.

## Materials and Methods

### Brain imaging and neuropsychological evaluation

*Participants*

Eighty-one patients (60 women, median 37 years of age) previously infected with SARS-CoV-2 were enrolled prospectively for this study after signing an informed consent form approved by the local ethics committee. These individuals presented mild symptoms during the acute phase and did not require hospitalization or oxygen therapy. They had a median interval of 54 days (range 16-120 days) between their RT-PCR exam and the day of MRI scanning and interview. For cortical thickness analysis, we included one hundred and forty-five controls (103 women, median 38 years of age) (Whelan et al., 2018) from our neuroimaging databank, given the difficulties and risk of recruiting healthy volunteers during the pandemic. The outpatients and healthy controls were balanced for age (p=0.45) and sex (p=0.65). The neuropsychological evaluations and neuroimaging analyses were approved by the Research Ethics Committee of the University of Campinas (CAAE: 31556920.0.0000.5404) and all subjects signed a consent form to participate.

*Neuropsychological evaluation*

We performed neuropsychological evaluations of sixty-one of these patients. They were tested for symptoms of anxiety using the Beck Anxiety Inventory (BAI) and symptoms of depression using the Beck Depression Inventory (BDI) (Garcia et al., 2019). Symptoms of anxiety were confirmed for those with a BAI higher than 10 points, and depression symptoms defined for those with a minimum of 14 points on the BDI. Anxiety symptoms were considered mild (BAI 11-19), moderate (20-30) or severe (31-63) and depression symptoms were considered mild (BDI 14-19), moderate (20-35) or severe (36-63). We evaluated verbal memory (immediate and delayed episodic memory) using the Logical Memory subtest from the Wechsler Memory Scale (WMS-R) (Bolognani et al., 2015), in which the examiner verbally presents two stories, each including 25 pertinent pieces of information. Subjects are required to recall details of each story immediately after its presentation and again after 20 minutes. To evaluate other cognitive functions, we applied the TRAIL Making Test (TMT) (Llinàs-Reglà et al., 2017), which is subdivided into two steps. *Step A* assesses processing speed and visual search in a task that requires connecting 25 randomly arranged numbers in ascending order. *Step B* evaluates alternating attention and cognitive flexibility in a task associated with shifting rules in an ascending sequence of 25 numbers. A training stage is applied to both steps. We calculated z-scores for the results of these tests based on Brazilian normative data (Bolognani et al., 2015; Campanholo et al., 2014). For each test, the function was categorized as preserved (z-score > - 0.99, including average, high average, above average and exceptionally high scores); low average score (z-score between –1 and –1.5); below-average score (z-score between –1.51 and - 2); and exceptionally low score (z-score < –2) (Beauchamp et al., 2015; Guilmette et al., 2020). The Chalder Fatigue Questionnaire (CFQ-11) (Jackson, 2015) was used to evaluate fatigue in these subjects in which they were instructed to answer 11 questions (measured on a Likert scale 0-3), which yields a global score out of 33.

*Neuroimaging analysis*

We obtained the structural, 3D, T1-weighted images from a 3T Achieva-Philips MRI scanner (voxel size: 1×1×1 mm, TE = 3.2 ms, TR = 7 ms, matrix = 240×240×180, flip angle = 8 and FOV = 240×240 $mm^2$) (Garcia et al., 2019; Whelan et al., 2018). We performed imaging analyses with the CAT12 toolbox (http://www.neuro.uni-jena.de/cat/, version r1711) within SPM12 (http://www.fil.ion.ucl.ac.uk/spm/, version 7487) using MATLAB 2017b to extract Cortical Thickness (CT) maps, according to the default parameters. The T1 images were first spatially registered and segmented into gray matter, white matter and cerebrospinal fluid before calculating cortical thickness using the projection method described by Dahnke et al. (Righart et al., 2017). For voxelwise analysis of extracted maps, we used CAT12/SPM12 tools for an independent t-test (comparing COVID-19 patients and healthy controls), including age and sex as covariates. The results displayed were corrected for multiple comparisons using false discovery rate (FDR) (Genovese et al., 2002) correction (p<0.05). For anatomical identification, we used the Destrieux Atlas (2009) (Destrieux et al., 2010). Cortical parcellation was performed with standard CAT12 tools to extract the cortical thickness of regions of interest for correlations with neuropsychological scores. We used SPSS 22 for statistical analysis of clinical and neuropsychological variables. The FDR procedure was applied to adjust p-values for multiple comparisons (when necessary) with R software (Team, 2017).

### Postmortem brain samples from COVID-19

Twenty-six individuals who died from complications related to COVID-19 were autopsied with an ultrasound-guided, minimally invasive approach using endonasal trans-ethmoidal access, performed within 1 hour of the patient's death. Brain tissue samples were collected and fixed using a 10% neutral buffered formalin solution. After fixation, the tissue was embedded in a paraffin block and sectioned into slices with a thickness of 3μm. The sections were stained by H&E and immunofluorescence was observed. For proteomic analysis, twelve COVID-19 patients were autopsied using the same approach and frozen at –80°C. Brain tissue samples were collected and macerated in a lysis buffer (100mM Tris-HCl, pH 8.0, 150mM NaCl, mM EDTA, 0.5% Triton X-100) prior to trypsin digestion. The autopsy studies were approved by the National Commission for Research Ethics (CAAE: 32475220.5.0000.5440 and CAAE: 38071420.0.1001.5404).

### Generation of human astrocytes (hES-derived)

Differentiation of glial progenitor cells was performed from neural stem cells (NSC) derived from pluripotent human embryonic stem cells (hES, BR-1 cell line) (Fraga et al., 2011), according to the method published by Trindade, 2020 (Trindade et al., 2020). NSCs were cultured in plates coated with Geltrex Matrix (Thermo Fisher Scientific, MA, USA) using 1:1 Neurobasal™/Advanced DMEM/F12 medium and 2% neural induction supplement. Upon reaching 50% confluence, the medium was changed to DMEM/F12 (Dulbecco's Modified Eagle Medium/F12), 1% N2 supplement, 1% fetal bovine serum (FBS), and 1% penicillin-streptomycin and maintained at 37°C in humidified air with 5% $CO_2$ for 21 days. At this stage, cells were considered glial progenitor cells (GPCs). Subsequently, GPCs were plated at low density (30-40% confluence) on Geltrex-coated plates and treated with DMEM/F12 medium, 1% GlutaMAX Supplement, 10% FBS and 1% penicillin-streptomycin. The differentiation medium was replaced every 2-3 days. After 4 weeks of differentiation, the cells were considered mature astrocytes. The cells were plated on Geltrex-coated coverslips at a density of $4\times10^4$ cells for immunostaining assays (24-well plates) and $2.5\times10^5$ cells for viral load, proteomic and metabolomic analysis (6-well plates). All products used for cell culture are from Thermo Fisher Scientific, MA, USA. The characterization of the BR-1 lineage as astrocyte cells has been previously described elsewhere (Fraga et al., 2011; Ledur et al., 2020; Trindade et al., 2020; Yan et al., 2013). We generated eight batches of human astrocytes from BR-1-derived NSCs. The NSCs were of different passages and were used as biological replicates in independent experiments. Our internal control showed that about 97% of the neural stem cell-derived astrocytes in culture expressed GFAP, 80.4% expressed vimentin and 12.9% expressed SOX-2 (markers of progenitor cells). The neural stem cell-derived astrocyte culture expressed more astrocyte markers than progenitor cell markers, showing an excellent effectiveness of human astrocyte generation (hES-derived; Figure S12).

**Figure S12.** Download figure | Open in new tab

**Characterization of human astrocyte cultures.**
Cells were trypsinized for FACS analysis and incubated with antibodies against GFAP, vimentin and SOX-2.

(A) Cells were analyzed and the results were plotted as SSC-A *vs.* GFAP (APC). The percentage of positive cells is indicated in the representative contour plot.

(B) Cells were analyzed and the results were plotted as SSC-A *vs.* SOX-2 (APC) and SSC-A *vs.* vimentin (BB515). The percentage of positive cells is indicated in the representative contour plot.

(C) Staining for GFAP, vimentin, SOX-2 (red) and nuclei (DAPI, blue). Images were acquired with 630x magnification. Scale bar indicates 50μm.

### Virus strain



The HIAE-02 SARS-CoV-2/SP02/human/2020/BRA (GenBank accession number

The HIAE-02-SARS-CoV-2/SP02/human/2020/BRA (GenBank accession number MT126808.1) virus strain was used for all *in vitro* experiments. The virus was isolated from the first confirmed case of COVID-19 in Brazil and kindly donated by Prof. Dr. Edison Durigon (ICB-USP). VSV-eGFP-SARS-CoV-2 was engineered and donated by Prof. Dr. Sean P.J. Whelan (Department of Medicine, Washington University School of Medicine, St. Louis, MO, USA) for SARS-CoV-2 entry experiments (Case et al., 2020). Viral stock was propagated in Vero CCL-81 cells (ATCC), cultivated in DMEM supplemented with 10% heat-inactivated FBS and 1% penicillin and streptomycin (Gibco, Walthmam, MA, USA) and incubated at 37°C with 5% $CO_2$ atmosphere. Viral titer was determined by the plaque-forming assay using Vero cells. The Brazilian ZIKV strain (BeH823339, 589; GenBank accession number KU729217) was used for proteomic experiments.

#### *In vitro* infection

Astrocytes were infected with SARS-CoV-2 for 1h using an MOI of 0.1 (proteomics; metabolomics; gene expression, viral load and bioenergetics assays; and flow cytometry analysis) or 1.0 (proteomics and immunostaining) under gentle agitation at room temperature. After viral adsorption, cells were washed twice with phosphate-buffered saline (PBS) and incubated with DMEM/F12 supplemented with 10% FBS, 1% GlutaMAX and 1% penicillin and streptomycin for 24h at standard culture conditions (37°C and 5% $CO_2$ atmosphere). SARS-CoV-2 entry experiments were performed using SARS-CoV-2 (MOI 1.0) and VSV-eGFP-SARS-CoV-2 pseudotyped particles (MOI 1.0) in presence of a NRP1-neutralizing antibody (BD Bioscience, Cat. 743129, Clone U21-1283). We used anti-IgG2b as an antibody control (Biolegend, Cat. 406703, Clone RMG2b-1). Astrocytes were also infected with ZIKV for 1h using an MOI of 1.0 for proteomic experiments under gentle agitation at room temperature. We performed a comparison between SARS-CoV-2-infected astrocytes against ZIKV-infected astrocytes, using non-infected cells as controls. We chose ZIKV for the virus infection comparison due to the already well-described capability of ZIKV to infect the CNS and provoke several changes at a molecular level (Garcez et al., 2016).

#### Immunostaining and confocal microscopy

Brain sections from autopsies and astrocyte cell cultures were fixed with 10% neutral buffered formalin solution or 4% paraformaldehyde (PFA), respectively. Subsequently, the samples were incubated with primary antibodies: mouse monoclonal anti-GFAP Alexa Fluor 488 (EMD Millipore, clone GA5, Cat. MAB3402X, 1:400), human chimeric monoclonal anti-SARS-CoV-2 spike S1 (GeneScript, clone HC2001, Cat. A02038, 1:500), rabbit polyclonal anti-SARS-CoV-2 spike (Rhea Biotech, Cat. IM-0828, 1:200), rabbit monoclonal anti-SARS-CoV-2 Spike (Invitrogen, clone T01KHuRb, Cat. 703959, 1:500), mouse monoclonal anti-double stranded RNA J2 (dsRNA, SCICONS English & Scientific Consulting Kft., clone J2-1909, Cat. 10010200; 1:1,000), rabbit polyclonal anti-IBA1 (FUJIFILM Wako Pure Chemical Corporation, Cat. 019-19741, 1:1,000) and rabbit monoclonal anti-NeuN (Abcam, clone EPR12763, Cat. Ab128886, 1:1,000). The slides were washed twice with TBS-T (Tris-Buffered Saline with Tween 20) and incubated with secondary antibodies donkey anti-mouse IgG AlexaFluor 647 (Thermo Fisher Scientific; Cat. A32787; 1:800) or AlexaFluor 488 (Abcam; Cat. ab150061; 1:800), donkey anti-rabbit IgG AlexaFluor 488 (Abcam; Cat. ab150065; 1:800) or AlexaFluor 594 (Abcam; Cat. ab150076; 1:800) and goat anti-human IgG FITC (Rhea Biotech, Cat. IC-3H04, 1:400). Controls were performed for secondary antibody fluorescence. Antibodies for detecting SARS-CoV-2 in human brain tissue and human astrocytes *in vitro* were first validated with SARS-CoV-2-infected and non-infected Vero cells. In addition, we validated the antibodies in brain sections from controls.

Nuclei were stained with DAPI (Life Technologies; Cat. D1306; 1:1,000). Images were acquired by an Axio Observer combined with an LSM 780 confocal device (Carl Zeiss) with 630x magnification and Z-stack (0.15µm) for brain sections. Colocalization analyses between GFAP and SARS-CoV-2 S1 or GFAP and dsRNA were quantified using the Fiji/ImageJ software. To determine colocalization, we used a ratio of GFAP:SARS-CoV-2 and GFAP:dsRNA in each sample by analyzing Pearson's correlation coefficients.

#### Western blots

Astrocytic cell culture samples were collected in RIPA Buffer (Sigma Aldrich, Cat. R0278) with protease and phosphatase inhibitors (Cell Signaling, Cat. 5872S). Protein content was quantified using a BCA protein assay kit (Sigma Aldrich, Cat. BCA1). Extracts were separated by 10% SDS-PAGE and transferred to nitrocellulose membranes. After transfering, the membranes were incubated at 4°C with blocking buffer for 2h. The membranes were incubated in 5% BSA solution (Sigma Aldrich, Cat. A7906) and 0.1% Tween 20 (Sigma Aldrich, Cat. P2287) containing rabbit anti-ACE2 polyclonal antibody (Abcam; Cat. ab15348; 1:2,000) or rabbit anti-NRP1 monoclonal antibody (Abcam; clone EPR3113 Cat. ab81321; 1:1,000) overnight at 4°C. Next, the membranes were incubated with anti-rabbit polyclonal antibody (Invitrogen; Cat. 31460; 1:5,000) for 1h. Finally, membranes were incubated with anti-beta-actin (Cell Signaling; clone 8H10D10; Cat. 3700) for 2h at room temperature. Beta-

37°C in humidified air with 5% $CO_2$. The SH-SY5Y cells were plated and, upon reaching 25-30% confluency, the medium was changed to neuronal differentiation medium consisting of DMEM/F12 with 1% FBS and 10μM retinoic acid (Sigma Aldrich). The differentiation medium was replaced every 2-3 days during 2 weeks. These differentiated SH-SY5Y cells are more closely related to adrenergic neurons, but they also express dopaminergic markers(Kovalevich and Langford, 2013). The SH-SY5Y cell line was kindly donated by Prof. Dr. Gustavo J. S. Pereira (Unifesp).

#### NSC differentiation into neurons

The human NSC-derived neurons were cultivated following the protocol described by Thermo Fisher Scientific (Brewer, 1995; Elkabetz and Studer, 2008; Trujillo et al., 2009). NSCs were plated on geltrex-coated plates and maintained with NEM medium at 37°C in humidified air with 5% $CO_2$. Upon reaching 40% confluency, the medium was changed to neuronal differentiation medium consisting of DMEM/F12 and Neurobasal medium (1:1) with 1% B27 supplement (Thermo Fisher Scientific, Carlsbad, CA, USA) and 1% Glutamax (Thermo Fisher Scientific, Carlsbad, CA, USA). The medium was renewed every four days for 20 days by removing half of the volume and adding the same volume of fresh medium. Medium renewal was performed in this manner since factors secreted by the differentiating cells are important for successful differentiation. Two control cell lines were used: GM23279A, obtained from a female subject (available at Coriell) and BR-1 (Fraga et al., 2011). Both cell lines were cultivated following the protocol described by Thermo Fisher Scientific (Casas et al., 2018; Goto-Silva et al., 2019; Ledur et al., 2020; White et al., 2020).

These cells and protocols have been extensively characterized elsewhere (Brewer, 1995; Elkabetz and Studer, 2008; Trujillo et al., 2009). We also used FACS analysis for cellular markers and found a bonafide neuronal phenotype due to the expression of the neuronal markers synaptophysin (75.9% of cells), MAP2 (99.9%) and β-tubulin (99%) and astrocytic marker GFAP (8.1%) (Figure S13).

Figure S13. Download figure | Open in new tab

Characterization of human neural stem cell-derived neurons.

The cells were trypsinized for FACS analysis and incubated with antibodies against synaptophysin, MAP2, GFAP and β-tubulin. Cells were analyzed and the results were plotted as SSC-A *vs.* synaptophysin, MAP2, GFAP or β-tubulin. The percentage of positive cells is indicated in the representative contour plot.

#### CellTiter-Glo luminescent cell viability assay

Astrocyte and NSC-derived neuron death caused by SARS-CoV-2 infection was measured using ATP quantification by a luminescence assay (Promega, Madison, WI, USA; G7572). The CellTiter-Glo luminescent cell viability assay determines the number of viable cells in culture through quantitation of ATP levels, which reflect the presence of metabolically active cells. Astrocytes and NSC-derived neurons were infected with SARS-CoV-2 and harvested after 24, 48 or 72h. Astrocytes and NSC-derived neurons were then washed and the CellTiter-Glo reagent was added to the cells, following the manufacturer's instructions (Promega; G7572). The luminescent signals were obtained using a FlexStation 3 (Molecular Devices, CA, USA).

#### Calcein AM cell viability assay

SH-SY5Y death caused by SARS-CoV-2 infection was measured using Calcein AM, a cell-permeant dye that can be used to determine cell viability in most eukaryotic cells. In live cells, the non-fluorescent calcein AM is converted to green, fluorescent calcein, after acetoxymethyl ester hydrolysis by intracellular esterases (Invitrogen, Cat. No. C3100). The SH-SY5Y cell line was infected with SARS-CoV-2 and harvested after 24, 48 or 72h. SH-SY5Y cells were then washed and the approximately 2μM serum-free calcein AM working solution (FluoroBrite™ DMEM, ThermoFisher Scientific) was added to the cells and incubated for 30 minutes at room temperature, according to the manufacturer's protocol. The working solution was removed and replaced with normal growth medium. The fluorescence signals were obtained using a GloMax® Discover microplate reader (Promega, Madison, WI, USA).

#### Exposure of neurons to astrocyte-conditioned media

Astrocytes, human NSC-derived neurons and SH-SY5Y cells were cultured separately in standard conditions until complete differentiation. First, astrocytes were infected with SARS-CoV-2 (MOI 0.1 and MOI 1.0) or mock condition (MOCK), and after 24 hours, the medium was removed and cells were washed with PBS and cultured for 24 hours. The media of NSC-derived or SH-SY5Y neurons were removed and replaced by the conditioned media from SARS-CoV-2-infected astrocytes or control medium for 24 hours. After incubation, cells and their medium were collected for flow cytometry analysis, following the procedure described below.

#### Flow cytometry analyses

The expression of GFAP, synaptophysin, MAP2 and β-tubulin was evaluated through FACS analysis. Astrocytes and NSC-derived neurons were collected and stained with BD Horizon fixable viability stain 510 for 30min at 4°C. Primary antibodies anti-GFAP (Abcam; Cat. Ab7260); anti-synaptophysin D35E4 (Cell Signaling; Cat.#5461); XP Rabbit mAb (Cell Signaling; Cat. #5461); anti-MAP2 (Abcam; Cat. ab32454); and anti-tubulin, beta III isoform, C-terminus (Milipore; Cat. #MAB1637) all diluted in BD Perm/Wash buffer, were added to the cells and incubated for 1h at 4°C (1:500). Secondary antibodies donkey anti-mouse IgG AlexaFluor 594 (Cell Signalling; Cat. 8890S), donkey anti-rabbit IgG AlexaFluor 647 (Abcam; Cat. ab15006) and donkey anti-goat IgG AlexaFluor 488 (Abcam; Cat. ab150129), all diluted in BD Perm/Wash buffer, were added and incubated for 30min at 4°C (1:250). Cells were washed with BD Perm/Wash buffer and then transferred to polypropylene FACS tubes. Analyses were carried out on a FACSymphony (Becton & Dickinson, San Diego, CA, USA)

The viability of human NSC-derived and SH-SY5Y neurons was determined 24h after incubation with the conditioned medium of SARS-CoV-2-infected astrocytes or control medium. The percentage of live (Apotracker-/FVS510-), necrotic (Apotracker-/FVS510+), early apoptotic (Apotracker+/FVS510-) and late apoptotic (Apotracker+/FVS510+) cells was determined by flow cytometry (FACSymphony, Becton & Dickinson, San Diego, CA, USA), after labeling with fixable viability stain (FVS510, BD Biosciences, #564406) and Apotracker Green (BioLegend, #427403). Data were analyzed using FlowJo software (BD Biosciences). Data are representative of at least two independent experiments performed in triplicate and are shown as mean ± SEM. P values were determined by one-way ANOVA followed by Tukey's post hoc test.

#### Data availability

The mass spectrometry proteomic data have been deposited to the ProteomeXchange Consortium via the PRIDE (Perez-Riverol et al., 2019) partner repository with the dataset identifiers PXD023781 and 10.6019/PXD023781.

## AUTHOR CONTRIBUTIONS

**F.C., V.C.C. and F.P.V.** designed the majority of the experiments, performed the experiments, analyzed data and contributed to writing the manuscript. **P.H.V.** performed metabolomic analyses. **A.G.F.V., A.S.L.M.A., C.B-T., G.S.Z., G.R.-O., L.C.a, V.M.S-C., A.C.C.** contributed to the study design and performed experiments and data interpretation. **F.C., A.C.C., A.G.F.V., A.S.L.M.A., C.B-T., G.S.Z., V.M.S-C.** performed cell culture and cell differentiation, flow cytometry and RT-PCRs analyses. **A.S.L.M.A., A.C.C., P.L.P., D.A.T.T., G.F.S., S.P.M., R.G.L., J.F., M.R., N.B.S., M. C.M., R.E.M.P.S.** performed SARS-CoV-2 *in vitro* infections and BSL-3 work. **R.G.L., G.P.R., T.L.K., G.G.D., J.A.G., P.B.R., N.B.S.** performed experiments and discussed the data. **V.C.C., G.R.O., L.C.** performed all proteomic experiments and *in silico* systems biology analyses. **R.B.J., L.S.S., M.H.N., I.K.A., M.R.B., M.K.M.A., J.R.S.J., L.L.D., M.E.P.C.S., I.M.P.S., E.D.R., S.M.G., L.H.L.S., V.B., B.M.C., F.C., C.L.Y.** recruited patients and performed brain imaging and clinical assessments. **G.L.** performed statistical analyses. **T.M., A.D-N., L.F.F.S., M.D., P.S.** collected human *postmortem* brain samples, assessed clinical files and discussed the data. **M.N.B., S.B., L.S., A.F.** collected human *postmortem* brain samples and performed histological analyses. **F.P.V., B.M.S.M., G.M.A., E.M.S.F., I.M.P., B.M.S.S., R.M.G., M.N.B., S.B., L.S., R.M.M.V., R.M., J.C.A-F., E.A., A.S., F.Q.C., T.M.C.** performed immunofluorescence, RT-PCR, histological and morphological analyses. **N.D.M., M.V.S., L.N.**, prepared and analysed the human brain slices. **I.M.S.C., H.I.N.** performed single-cell RNAseq bioinformatic analysis. **A.S.V., A.D., M.A.R.V., C.D.M., S.K.R., A.S.F., P.M.M.M-V., J.L.P.M.** conceived experiments, performed data interpretation, provided material and revised the paper. **M.A.M., T.M.C., D.M.S.** provided the funding for the study, formulated the hypothesis, designed experiments, analyzed data and wrote the manuscript with input from all authors. **D.M.S., T.M.C.** conceived and supervised the study.

## DECLARATION OF INTERESTS

Authors declare no competing interests.

## ACKNOWLEDGMENTS

We thank Edison Durigon for providing the SARS-CoV-2 virus. We thank Gabriela Lopes Vitória, Elzira E. Saviani and Paulo Baldasso for technical support. The authors would like to thank FAPESP (São Paulo Research Foundation; grants 2020/04746-0; 2020/04860-8; 2017/25588-1; 2019/00098-7; 2014/10068-4; 2020/04919-2; 2013/08216-2; 2020/05601-6; 2020/04860-8; 2019/11457-8; 2013/07559-3; 2013/07607-8), FAEPEX (Fundo de Apoio ao Ensino, Pesquisa e Extensão, Unicamp; grant number 2274/20), CNPq (The Brazilian National Council for Scientific and Technological Development) and CAPES (Coordenação de Aperfeiçoamento de Pessoal de Nível Superior, Brazil). We dedicate this work to Dr. Nilton Barretos dos Santos, a brilliant scientist who was one of the many young victims of COVID-19.

## REFERENCES

↵Alquisiras-Burgos, I., Peralta-Arrieta, I., Alonso-Palomares, L.A., Zacapala-Gómez, A.E., Salmerón-Bárcenas, E.G., and Aguilera, P. (2021). Neurological Complications Associated with the Blood-Brain Barrier Damage Induced by the Inflammatory Response During SARS-CoV-2 Infection. *Mol. Neurobiol*. **58**, 520–535. Google Scholar

↵Andrews, M.G., Mukhtar, T., Eze, U.C., Simoneau, C.R., Perez, Y., Mostajo-Radji, M.A., Wang, S., Velmeshev, D., Salma, J., Kumar, G.R., et al. (2021). Tropism of SARS-CoV-2 for Developing Human Cortical Astrocytes. *bioRxiv*. Google Scholar

↵Bak, L.K., Schousboe, A., and Waagepetersen, H.S. (2006). The glutamate/GABA-glutamine cycle: aspects of transport, neurotransmitter homeostasis and ammonia transfer. *Journal of Neurochemistry* **98**, 641–653. CrossRef PubMed Web of Science Google Scholar

↵Batty, G.D., Deary, I.J., Luciano, M., Altschul, D.M., Kivimäki, M., and Gale, C.R. (2020). Psychosocial factors and hospitalisations for COVID-19: Prospective cohort study based on a community sample. *Brain Behav. Immun*. **89**, 569–578. PubMed Google Scholar

↵Beauchamp, M.H., Brooks, B.L., Barrowman, N., Aglipay, M., Keightley, M., Anderson, P., Yeates, K.O., Osmond, M.H., and Zemek, R. (2015). Empirical Derivation and Validation of a Clinical Case Definition for Neuropsychological Impairment in Children and Adolescents. *J. Int. Neuropsychol. Soc*. **21**, 596–609. CrossRef PubMed Google Scholar

↵Bélanger, M., and Magistretti, P.J. (2009). The role of astroglia in neuroprotection. *Dialogues Clin. Neurosci*. **11**, 281–295. PubMed Google Scholar

↵Bélanger, M., Allaman, I., and Magistretti, P.J. (2011). Brain energy metabolism: focus on astrocyte-neuron metabolic cooperation. *Cell Metab*. **14**, 724–738. CrossRef PubMed Web of Science Google Scholar

Bernard-Valnet, R., Pizzarotti, B., Anichini, A., Demars, Y., Russo, E., Schmidhauser, M., Cerruti-Sola, J., Rossetti, A.O., and Du Pasquier, R. Two patients with acute meningo-encephalitis concomitant to SARS-CoV-2 infection. Google Scholar

↵Biega, T.J., Lonser, R.R., and Butman, J.A. (2006). Differential cortical thickness across the central sulcus: a method for identifying the central sulcus in the presence of mass effect and vasogenic edema. *AJNR Am. J. Neuroradiol*. **27**, 1450–1453. PubMed Google Scholar

↵Bojkova, D., Klann, K., Koch, B., Widera, M., Krause, D., Ciesek, S., Cinatl, J., and Münch, C. (2020). Proteomics of SARS-CoV-2-infected host cells reveals therapy targets. *Nature* **583**, 469–472. Google Scholar

↵Bolognani, S.A.P., Miranda, M.C., Martins, M., Rzezak, P., Bueno, O.F.A., Camargo, C.H.P. de, and Pompeia, S. (2015). Development of alternative versions of the Logical Memory subtest of the WMS-R for use in Brazil. *Dement. Neuropsychol*. **9**, 136–148. CrossRef Google Scholar

↵Bonansco, C., Couve, A., Perea, G., Ferradas, C.Á., Roncagliolo, M., and Fuenzalida, M. (2011). Glutamate released spontaneously from astrocytes sets the threshold for synaptic plasticity. *European Journal of Neuroscience* **33**, 1483–1492. CrossRef PubMed Google Scholar

↵Brewer, G.J. (1995). Serum-free B27/neurobasal medium supports differentiated growth of neurons from the striatum, substantia nigra, septum, cerebral cortex, cerebellum, and dentate gyrus. *Journal of Neuroscience Research* **42**, 674–683. CrossRef PubMed Web of Science Google Scholar

↵Campanholo, K.R., Romão, M.A., Machado, M. de A.R., Serrao, V.T., Coutinho, D.G.C., Benute, G.R.G., Miotto, E.C., and de Lucia, M.C.S. (2014). Performance of an adult Brazilian sample on the Trail Making Test and Stroop Test. *Dement Neuropsychol* **8**, 26–31. CrossRef Google Scholar

↵Cantuti-Castelvetri, L., Ojha, R., Pedro, L.D., Djannatian, M., Franz, J., Kuivanen, S., van der Meer, F., Kallio, K., Kaya, T., Anastasina, M., et al. (2020). Neuropilin-1 facilitates SARS-CoV-2 cell entry and infectivity. *Science* **370**, 856–860. Abstract/FREE Full Text Google Scholar

↵Casas, B.S., Vitória, G., do Costa, M.N., Madeiro da Costa, R., Trindade, P., Maciel, R., Navarrete, N., Rehen, S.K., and Palma, V. (2018). hiPSC-derived neural stem cells from patients with schizophrenia induce an impaired angiogenesis. *Transl. Psychiatry* **8**, 48. Google Scholar

↵Case, J.B., Rothlauf, P.W., Chen, R.E., Liu, Z., Zhao, H., Kim, A.S., Bloyet, L.-M., Zeng, Q., Tahan, S., Droit, L., et al. (2020). Neutralizing Antibody and Soluble ACE2 Inhibition of a Replication-Competent VSV-SARS-CoV-2 and a Clinical Isolate of SARS-CoV-2. *Cell Host Microbe* **28**, 475–485.e5. Google Scholar

↵Codo, A.C., Davanzo, G.G., Monteiro, L. de B., de Souza, G.F., Muraro, S.P., Virgilio-da-Silva, J.V., Prodonoff, J.S., Carregari, V.C., de Biagi Junior, C.A.O., Crunfli, F., et al. (2020). Elevated Glucose Levels Favor SARS-CoV-2 Infection and Monocyte Response through a HIF-1α/Glycolysis-Dependent Axis. *Cell Metab*. Google Scholar

↵Daly, J.L., Simonetti, B., Klein, K., Chen, K.-E., Williamson, M.K., Antón-Plágaro, C., Shoemark, D.K., Simón-Gracia, L., Bauer, M., Hollandi, R., et al. (2020). Neuropilin-1 is a host factor for SARS-CoV-2 infection. *Science* **370**, 861–865. Abstract/FREE Full Text Google Scholar

↵De Felice, F.G., Tovar-Moll, F., Moll, J., Munoz, D.P., and Ferreira, S.T. (2020). Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) and the Central Nervous System. *Trends Neurosci*. **43**, 355–357. CrossRef PubMed Google Scholar

↵Destrieux, C., Fischl, B., Dale, A., and Halgren, E. (2010). Automatic parcellation of human cortical gyri and sulci using standard anatomical nomenclature. *Neuroimage* **53**, 1–15. CrossRef PubMed Web of Science Google Scholar

↵Distler, U., Kuharev, J., Navarro, P., and Tenzer, S. (2016). Label-free quantification in ion mobility–enhanced data-independent acquisition proteomics. *Nat. Protoc*. **11**, 795–812. CrossRef PubMed Google Scholar

↵Elkabetz, Y., and Studer, L. (2008). Human ESC-derived neural rosettes and neural stem cell progression. *Cold Spring Harb. Symp. Quant. Biol*. **73**, 377–387. Abstract/FREE Full Text Google Scholar

↵Fernandes, A., Mendes, N.D., Almeida, G.M., Nogueira, G.O., Machado, C. de M., Horta-Junior, J. de A. de C., Assirati Junior, J.A., Garcia-Cairasco, N., Neder, L., and Sebollela, A. (2019). Short-Term Free-Floating Slice Cultures from the Adult Human Brain. *J. Vis. Exp*. Google Scholar

↵Fraga, A.M., Sukoyan, M., Rajan, P., De Almeida Ferreira Braga, D.P., Iaconelli, A., Jr.., Franco, J.G., Jr.., Borges, E., Jr.., and Pereira, L.V. (2011). Establishment of a Brazilian Line of Human Embryonic Stem Cells in Defined Medium: Implications for Cell Therapy in an Ethnically Diverse Population. *Cell Transplant*. **20**, 431–440. CrossRef PubMed Web of Science Google Scholar

↵Gandhi, G.K., Cruz, N.F., Ball, K.K., and Dienel, G.A. (2009). Astrocytes are poised for lactate trafficking and release from activated brain and for supply of glucose to neurons. *J. Neurochem*. **111**, 522–536. CrossRef PubMed Web of Science Google Scholar

↵Garcez, P.P., Loiola, E.C., Madeiro da Costa, R., Higa, L.M., Trindade, P., Delvecchio, R., Nascimento, J.M., Brindeiro, R., Tanuri, A., and Rehen, S.K. (2016). Zika virus impairs growth in human neurospheres and brain organoids. *Science* **352**, 816–818. Abstract/FREE Full Text Google Scholar

↵Garcia, D.D.S., Polydoro, M.S., Alvim, M.K.M., Ishikawa, A., Moreira, J.C.V., Nogueira, M.H., Zanão, T.A., de Campos, B.M., Betting, L.E.G.G., Cendes, F., et al. (2019). Anxiety and depression symptoms disrupt resting state connectivity in patients with genetic generalized epilepsies. *Epilepsia* **60**, 679–688. CrossRef Google Scholar

↵Genovese, C.R., Lazar, N.A., and Nichols, T. (2002). Thresholding of statistical maps in functional neuroimaging using the false discovery rate. *Neuroimage* **15**, 870–878. CrossRef PubMed Web of Science Google Scholar

↵Goto-Silva, L., Ayad, N.M.E., Herzog, I.L., Silva, N.P., Lamien, B., Orlande, H.R.B., da Costa Souza, A., Ribeiro, S., Martins, M., Domont, G.B., et al. (2019). Computational fluid dynamic analysis of physical forces playing a role in brain organoid cultures in two different multiplex platforms. *BMC Dev. Biol*. **19**, 3. Google Scholar

↵Grenga, L., Gallais, F., Pible, O., Gaillard, J.-C., Gouveia, D., Batina, H., Bazaline, N., Ruat, S., Culotta, K., Miotello, G., et al. (2020). Shotgun proteomics analysis of SARS-CoV-2-infected cells and how it can optimize whole viral particle antigen production for vaccines. *Emerg. Microbes Infect*. **9**, 1712–1721. Google Scholar

↵Guilmette, T.J., Sweet, J.J., Hebben, N., Koltai, D., Mahone, E.M., Spiegler, B.J., Stucky, K., Westerveld, M., and Conference Participants (2020). American Academy of Clinical Neuropsychology consensus conference statement on uniform labeling of performance test scores. *Clin. Neuropsychol*. **34**, 437–453. CrossRef Google Scholar

↵Gupta, A., Madhavan, M.V., Sehgal, K., Nair, N., Mahajan, S., Sehrawat, T.S., Bikdeli, B., Ahluwalia, N., Ausiello, J.C., Wan, E.Y., et al. (2020). Extrapulmonary manifestations of COVID-19. *Nat. Med*. **26**, 1017–1032. CrossRef PubMed Google Scholar

↵Guttenplan, K.A., Weigel, M.K., Adler, D.I., Couthouis, J., Liddelow, S.A., Gitler, A.D., and Barres, B.A. (2020a). Knockout of reactive astrocyte activating factors slows disease progression in an ALS mouse model. *Nat. Commun*. **11**, 3753. CrossRef Google Scholar

↵Guttenplan, K.A., Stafford, B.K., El-Danaf, R.N., Adler, D.I., Münch, A.E., Weigel, M.K., Huberman, A.D., and Liddelow, S.A. (2020b). Neurotoxic Reactive Astrocytes Drive Neuronal Death after Retinal Injury. *Cell Rep*. **31**, 107776. Google Scholar

↵Hoffmann, M., Kleine-Weber, H., Schroeder, S., Krüger, N., Herrler, T., Erichsen, S., Schiergens, T.S., Herrler, G., Wu, N.-H., Nitsche, A., et al. (2020). SARS-CoV-2 Cell Entry Depends on ACE2 and TMPRSS2 and Is Blocked by a Clinically Proven Protease Inhibitor. *Cell*. Google Scholar

↵Huang, Y.H., Hanna Huang, Y., Jiang, D., and Huang, J.T. (2020). SARS-CoV-2 Detected in Cerebrospinal Fluid by PCR in a Case of COVID-19 Encephalitis. *Brain, Behavior, and Immunity* **87**, 149. CrossRef Google Scholar

↵Hung, E.C.W., Chim, S.S.C., Chan, P.K.S., Tong, Y.K., Ng, E.K.O., Chiu, R.W.K., Leung, C.-B., Sung, J.J.Y., Tam, J.S., and Dennis Lo, Y.M. (2003). Detection of SARS Coronavirus RNA in the Cerebrospinal Fluid of a Patient with Severe Acute Respiratory Syndrome. *Clinical Chemistry* **49**, 2108–2109. FREE Full Text Google Scholar

↵Jackson, C. (2015). The Chalder Fatigue Scale (CFQ 11). *Occup. Med*. **65**, 86. CrossRef PubMed Google Scholar

Jacob, F., Pather, S.R., Huang, W.-K., Wong, S.Z.H., Zhou, H., Zhang, F., Cubitt, B., Chen, C.Z., Xu, M., Pradhan, M., et al. Human Pluripotent Stem Cell-Derived Neural Cells and Brain Organoids Reveal SARS-CoV-2 Neurotropism. Google Scholar

↵Kanehisa, M., and Goto, S. (2000). KEGG: kyoto encyclopedia of genes and genomes. *Nucleic Acids Res*. **28**, 27–30. CrossRef PubMed Web of Science Google Scholar

↵Knutson, K.M., Dal Monte, O., Schintu, S., Wassermann, E.M., Raymont, V., Grafman, J., and Krueger, F. (2015). Areas of Brain Damage Underlying Increased Reports of Behavioral Disinhibition. *J. Neuropsychiatry Clin. Neurosci*. **27**, 193–198. CrossRef Google Scholar

↵Kotfis, K., Williams Roberson, S., Wilson, J.E., Dabrowski, W., Pun, B.T., and Ely, E.W. (2020). COVID-19: ICU delirium management during SARS-CoV-2 pandemic. *Crit. Care* **24**, 176. PubMed Google Scholar

↵Meinhardt, J., Radke, J., Dittmayer, C., Franz, J., Thomas, C., Mothes, R., Laue, M., Schneider, J., Brünink, S., Greuel, S., et al. (2021). Olfactory transmucosal SARS-CoV-2 invasion as a port of central nervous system entry in individuals with COVID-19. *Nat. Neurosci*. **24**, 168–175. Google Scholar

↵Mendes, N.D., Fernandes, A., Almeida, G.M., Santos, L.E., Selles, M.C., Lyra E Silva, N.M., Machado, C.M., Horta-Júnior, J.A.C., Louzada, P.R., De Felice, F.G., et al. (2018). Free-floating adult human brain-derived slice cultures as a model to study the neuronal impact of Alzheimer's disease-associated Aβ oligomers. *J. Neurosci. Methods* **307**, 203–209. Google Scholar

↵Mergenthaler, P., Lindauer, U., Dienel, G.A., and Meisel, A. (2013). Sugar for the brain: the role of glucose in physiological and pathological brain function. *Trends Neurosci*. **36**, 587–597. CrossRef PubMed Google Scholar

↵Milad, M.R., and Rauch, S.L. (2007). The role of the orbitofrontal cortex in anxiety disorders. *Ann. N. Y. Acad. Sci*. **1121**, 546–561. CrossRef PubMed Web of Science Google Scholar

↵Moriguchi, T., Harii, N., Goto, J., Harada, D., Sugawara, H., Takamino, J., Ueno, M., Sakata, H., Kondo, K., Myose, N., et al. (2020). A first case of meningitis/encephalitis associated with SARS-Coronavirus-2. *Int. J. Infect. Dis*. **94**, 55–58. CrossRef PubMed Google Scholar

↵Nalbandian, A., Sehgal, K., Gupta, A., Madhavan, M.V., McGroder, C., Stevens, J.S., Cook, J.R., Nordvig, A.S., Shalev, D., Sehrawat, T.S., et al. (2021). Post-acute COVID-19 syndrome. *Nat. Med*. **27**, 601–615. CrossRef PubMed Google Scholar

↵Perez-Riverol, Y., Csordas, A., Bai, J., Bernal-Llinares, M., Hewapathirana, S., Kundu, D.J., Inuganti, A., Griss, J., Mayer, G., Eisenacher, M., et al. (2019). The PRIDE database and related tools and resources in 2019: improving support for quantification data. *Nucleic Acids Research* **47**, D442–D450. CrossRef PubMed Google Scholar

↵Pinna, P., Grewal, P., Hall, J.P., Tavarez, T., Dafer, R.M., Garg, R., Osteraas, N.D., Pellack, D.R., Asthana, A., Fegan, K., et al. (2020). Neurological manifestations and COVID-19: Experiences from a tertiary care center at the Frontline. *J. Neurol. Sci*. **415**, 116969. CrossRef PubMed Google Scholar

↵Politi, L.S., Salsano, E., and Grimaldi, M. (2020). Magnetic Resonance Imaging Alteration of the Brain in a Patient With Coronavirus Disease 2019 (COVID-19) and Anosmia. *JAMA Neurol*. **77**, 1028–1029. Google Scholar

↵Reichard, R.R., Ross Reichard, R., Kashani, K.B., Boire, N.A., Constantopoulos, E., Guo, Y., and Lucchinetti, C.F. (2020). Neuropathology of COVID-19: a spectrum of vascular and acute disseminated encephalomyelitis (ADEM)-like pathology. *Acta Neuropathologica* **140**, 1–6. CrossRef PubMed Google Scholar

↵Reynolds, J.L., and Mahajan, S.D. (2021). SARS-COV2 Alters Blood Brain Barrier Integrity Contributing to Neuro-Inflammation. *J. Neuroimmune Pharmacol*. **16**, 4–6. Google Scholar

↵Righart, R., Schmidt, P., Dahnke, R., Biberacher, V., Beer, A., Buck, D., Hemmer, B., Kirschke, J.S., Zimmer, C., Gaser, C., et al. (2017). Volume versus surface-based cortical thickness measurements: A comparative study with healthy controls and multiple sclerosis patients. *PLoS One* **12**, e0179590. Google Scholar

↵Rogers, J.P., Chesney, E., Oliver, D., Pollak, T.A., McGuire, P., Fusar-Poli, P., Zandi, M.S., Lewis, G., and David, A.S. (2020). Psychiatric and neuropsychiatric presentations associated with severe coronavirus infections: a systematic review and meta-analysis with comparison to the COVID-19 pandemic. *Lancet Psychiatry* **7**, 611–627. CrossRef PubMed Google Scholar

↵Rouach, N., Koulakoff, A., Abudara, V., Willecke, K., and Giaume, C. (2008). Astroglial Metabolic Networks Sustain Hippocampal Synaptic Transmission. *Science* **322**, 1551–1555. Abstract/FREE Full Text Google Scholar

↵Schmittgen, T.D., and Livak, K.J. (2008). Analyzing real-time PCR data by the comparative C(T) method. *Nat. Protoc*. **3**, 1101–1108. CrossRef PubMed Web of Science Google Scholar

↵Schrimpe-Rutledge, A.C., Codreanu, S.G., Sherrod, S.D., and McLean, J.A. (2016). Untargeted Metabolomics Strategies-Challenges and Emerging Directions. *J. Am. Soc. Mass Spectrom*. **27**, 1897–1905. CrossRef Google Scholar

↵Shannon, P., Markiel, A., Ozier, O., Baliga, N.S., Wang, J.T., Ramage, D., Amin, N., Schwikowski, B., and Ideker, T. (2003). Cytoscape: a software environment for integrated models of biomolecular interaction networks. *Genome Res*. **13**, 2498–2504. Abstract/FREE Full Text Google Scholar

↵Shilts, J., and Wright, G.J. (2020). No evidence for basigin/CD147 as a direct SARS-CoV-2 spike binding receptor. Google Scholar

↵Shipley, M.M., Mangold, C.A., and Szpara, M.L. (2016). Differentiation of the SH-SY5Y Human Neuroblastoma Cell Line. *J. Vis. Exp*. **53193**. Google Scholar

↵Simpson, I.A., Carruthers, A., and Vannucci, S.J. (2007). Supply and demand in cerebral energy metabolism: The role of nutrient transporters. *J. Cereb. Blood Flow Metab*. **27**, 1766–1791. CrossRef PubMed Web of Science Google Scholar

↵Song, E., Zhang, C., Israelow, B., Lu-Culligan, A., Prado, A.V., Skriabine, S., Lu, P., Weizman, O.-E., Liu, F., Dai, Y., et al. (2020). Neuroinvasion of SARS-CoV-2 in human and mouse brain. *bioRxiv*. Google Scholar

↵Stukalov, A., Girault, V., Grass, V., Bergant, V., Karayel, O., Urban, C., Haas, D.A., Huang, Y., Oubraham, L., Wang, A., et al. (2020). Multi-level proteomics reveals host-perturbation strategies of SARS-CoV-2 and SARS-CoV. Google Scholar

↵Suzuki, A., Stern, S.A., Bozdagi, O., Huntley, G.W., Walker, R.H., Magistretti, P.J., and Alberini, C.M. (2011). Astrocyte-neuron lactate transport is required for long-term memory formation. *Cell* **144**, 810–823. CrossRef PubMed Web of Science Google Scholar

↵Team, R.C. (2017). *RA language and environment for statistical computing. Versión 3.4. 3*, Vienna, Austria, R Foundation for Statistical Computing. Google Scholar

↵Trindade, P., Loiola, E.C., Gasparotto, J., Ribeiro, C.T., Cardozo, P.L., Devalle, S., Salerno, J.A., Ornelas, I.M., Ledur, P.F., Ribeiro, F.M., et al. (2020). Short and long TNF-alpha exposure recapitulates canonical astrogliosis events in human-induced pluripotent stem cells-derived astrocytes. *Glia* **68**, 1396–1409. CrossRef Google Scholar

↵Troyer, E.A., Kohn, J.N., and Hong, S. (2020). Are we facing a crashing wave of neuropsychiatric sequelae of COVID-19? Neuropsychiatric symptoms and potential immunologic mechanisms. *Brain Behav. Immun*. **87**, 34–39. CrossRef PubMed Google Scholar

↵Trujillo, C.A., Schwindt, T.T., Martins, A.H., Alves, J.M., Mello, L.E., and Ulrich, H. (2009). Novel perspectives of neural stem cell differentiation: from neurotransmitters to therapeutics. *Cytometry A* **75**, 38–53. CrossRef PubMed Google Scholar

↵Turner, D.A., and Adamson, D.C. (2011). Neuronal-astrocyte metabolic interactions: understanding the transition into abnormal astrocytoma metabolism. *J. Neuropathol. Exp. Neurol*. **70**, 167–176. Google Scholar

↵Varatharaj, A., Thomas, N., Ellul, M.A., Davies, N.W.S., Pollak, T.A., Tenorio, E.L., Sultan, M., Easton, A., Breen, G., Zandi, M., et al. (2020). Neurological and neuropsychiatric complications of COVID-19 in 153 patients: a UK-wide surveillance study. *Lancet Psychiatry* **7**, 875–882. CrossRef PubMed Google Scholar

↵Walls, A.B., Eyjolfsson, E.M., Smeland, O.B., Nilsen, L.H., Schousboe, I., Schousboe, A., Sonnewald, U., and Waagepetersen, H.S. (2011). Knockout of GAD65 has major impact on synaptic GABA synthesized from astrocyte-derived glutamine. *J. Cereb. Blood Flow Metab*. **31**, 494–503. CrossRef PubMed Google Scholar

↵Wang, C., Zhang, M., Garcia, G., Jr., Tian, E., Cui, Q., Chen, X., Sun, G., Wang, J., Arumugaswami, V., and Shi, Y. (2021). ApoE-isoform-dependent SARS-CoV-2 neurotropism and cellular response. *Cell Stem Cell*. Google Scholar

↵Wang, K., Chen, W., Zhou, Y.-S., Lian, J.-Q., Zhang, Z., Du, P., Gong, L., Zhang, Y., Cui, H.-Y., Geng, J.-J., et al. (2020). SARS-CoV-2 invades host cells via a novel route: CD147-spike protein. Google Scholar

↵Weber, F., Wagner, V., Rasmussen, S.B., Hartmann, R., and Paludan, S.R. (2006). Double-stranded RNA is produced by positive-strand RNA viruses and DNA viruses but not in detectable amounts by negative-strand RNA viruses. *J. Virol*. **80**, 5059–5064. Abstract/FREE Full Text Google Scholar

↵Whelan, C.D., Altmann, A., Botía, J.A., Jahanshad, N., Hibar, D.P., Absil, J., Alhusaini, S., Alvim, M.K.M., Auvinen, P., Bartolini, E., et al. (2018). Structural brain abnormalities in the common epilepsies assessed in a worldwide ENIGMA study. *Brain* **141**, 391–408. Google Scholar

↵White, J.A., 2nd., Krzystek, T.J., Hoffmar-Glennon, H., Thant, C., Zimmerman, K., Iacobucci, G., Vail, J., Thurston, L., Rahman, S., and Gunawardena, S. (2020). Excess Rab4 rescues synaptic and behavioral dysfunction caused by defective HTT-Rab4 axonal transport in Huntington's disease. *Acta Neuropathol Commun* **8**, 97. Google Scholar

↵Won, J., Lee, S., Park, M., Kim, T.Y., Park, M.G., Choi, B.Y., Kim, D., Chang, H., Kim, V.N., and Lee, C.J. (2020). Development of a Laboratory-safe and Low-cost Detection Protocol for SARS-CoV-2 of the Coronavirus Disease 2019 (COVID-19). *Exp. Neurobiol*. **29**, 107–119. Google Scholar

↵Wu, G., Feng, X., and Stein, L. (2010). A human functional protein interaction network and its application to cancer data analysis. *Genome Biol*. **11**, R53. CrossRef PubMed Google Scholar

↵Xicoy, H., Wieringa, B., and Martens, G.J.M. (2017). The SH-SY5Y cell line in Parkinson's disease research: a systematic review. *Molecular Neurodegeneration* **12**. Google Scholar

↵Xu, J., Zhong, S., Liu, J., Li, L., Li, Y., Wu, X., Li, Z., Deng, P., Zhang, J., Zhong, N., et al. (2005). Detection of Severe Acute Respiratory Syndrome Coronavirus in the Brain: Potential Role of the Chemokine Mig in Pathogenesis. *Clinical Infectious Diseases* **41**, 1089–1096. CrossRef PubMed Web of Science Google Scholar

↵Yan, Y., Shin, S., Jha, B.S., Liu, Q., Sheng, J., Li, F., Zhan, M., Davis, J., Bharti, K., Zeng, X., et al. (2013). Efficient and rapid derivation of primitive neural stem cells and generation of brain subtype neurons from human pluripotent stem cells. *Stem Cells Transl. Med*. **2**, 862–870. CrossRef PubMed Google Scholar

↵Yang, A.C., Kern, F., Losada, P.M., Maat, C.A., Schmartz, G., Fehlmann, T., Schaum, N., Lee, D.P., Calcuttawala, K., Vest, R.T., et al. (2020a). Broad transcriptional dysregulation of brain and choroid plexus cell types with COVID-19. Google Scholar

↵Yang, X., Yu, Y., Xu, J., Shu, H., Xia, J. 'an, Liu, H., Wu, Y., Zhang, L., Yu, Z., Fang, M., et al. (2020b). Clinical course and outcomes of critically ill patients with SARS-CoV-2 pneumonia in Wuhan, China: a single-centered, retrospective, observational study. *Lancet Respir Med* **8**, 475–481. Google Scholar

↵Yavarpour-Bali, H., and Ghasemi-Kasman, M. (2020). Update on neurological manifestations of COVID-19. *Life Sci*. **257**, 118063. Google Scholar

↵Yu, G., Wang, L.-G., Han, Y., and He, Q.-Y. (2012). clusterProfiler: an R package for comparing biological themes among gene clusters. *OMICS* **16**, 284–287. CrossRef PubMed Web of Science Google Scholar

↵Yun, S.P., Kam, T.-I., Panicker, N., Kim, S., Oh, Y., Park, J.-S., Kwon, S.-H., Park, Y.J., Karuppagounder, S.S., Park, H., et al. (2018). Block of A1 astrocyte conversion by microglia is neuroprotective in models of Parkinson's disease. *Nat. Med*. **24**, 931–938. CrossRef PubMed Google Scholar

↵Zhang, X., Lan, Y., Xu, J., Quan, F., Zhao, E., Deng, C., Luo, T., Xu, L., Liao, G., Yan, M., et al. (2019). CellMarker: a manually curated resource of cell markers in human and mouse. *Nucleic Acids Res*. **47**, D721–D728. CrossRef Google Scholar

↵Zhou, F., Yu, T., Du, R., Fan, G., Liu, Y., Liu, Z., Xiang, J., Wang, Y., Song, B., Gu, X., et al. (2020). Clinical course and risk factors for mortality of adult inpatients with COVID-19 in Wuhan, China: a retrospective cohort study. *Lancet* **395**, 1054–1062. CrossRef PubMed Google Scholar

Blog posts linking to this article:

TekCrispy, 10 Feb 2021
Un nuevo estudio reveló que el coronavirus puede infectar las células de apoyo en el cerebro y provocar la muerte de las…

N+1: научные статьи, новости, открытия, 17 Nov 2020
Что прямо сейчас известно о главной болезни 2020 года и ее лечении

N+1: научные статьи, новости, открытия, 27 Oct 2020
Что мы знаем о больных «долгим ковидом»

spd fmusp, 15 Oct 2020
Foto por Chokniti Khongchum em Pexels.com Karina Toledo | Agência FAPESP – Estudo brasileiro divulgado em 13/10 na…

Tweets referencing this article:

**Laura Henderson**
@SixandLaura
#astrocytes #SARSCov2_pathology #brain #neurological #CNS
08:23AM

**Laura Henderson**
@SixandLaura
RT @VioletaQSmith: Supplying adequate metabolites to astrocytes protects the central nervous system during COVID. https://t.co/hPKyNOF2aA
03 Jan 2022

**Katheleen Mitro Artist**
@KatheleenMitro

**View comments on earlier versions of this paper**

**medRxiv Comment Policy**
Comments are moderated for offensive or irrelevant content (can take ~24 hours).
Duplicated submission is unnecessary.
Please read our Comment Policy before commenting.

0 Comments medRxiv Disqus' Privacy Policy 1 Login
Favorite Tweet Share Sort by Newest

Start the discussion…

LOG IN WITH
OR SIGN UP WITH DISQUS ?
Name

Be the first to comment.

Subscribe Add Disqus to your site Do Not Sell My Data DISQUS

Back to top

Neuroscience and Psychiatry

# How COVID-19 Affects the Brain

Maura Boldrini, MD, PhD; Peter D. Canoll, MD, PhD; Robyn S. Klein, MD, PhD

**COVID-19** has resulted in more than 120 million cases and 2.6 million deaths to date. Respiratory and gastrointestinal symptoms are accompanied by short- and long-term neuropsychiatric symptoms (NPs) and long-term brain sequelae.

Some patients present with anosmia, cognitive and attention deficits (ie, brain fog), new-onset anxiety, depression, psychosis, seizures, and even suicidal behavior.[1,2] These present before, during, and after respiratory symptoms and are unrelated to respiratory insufficiency,[1] suggesting independent brain damage. Follow-ups conducted in Germany and the United Kingdom found post–COVID-19 NPs in 20% to 70% of patients, even in young adults, and lasting months after respiratory symptoms resolved,[1] suggesting brain involvement persists.

Entering through angiotensin-converting enzyme 2 receptors,[2] SARS-CoV-2 can damage endothelial cells leading to inflammation, thrombi, and brain damage. Moreover, systemic inflammation leads to decreased monoamines and trophic factors and activation of microglia, resulting in increased glutamate and *N*-methyl-D-aspartate (NMDA)[3] and excitotoxicity (**Figure**). These insults induce new-onset or re-exacerbation of preexisting NPs.

## Does the Virus Invade the Brain?

SARS-CoV-2 is known to penetrate the olfactory mucosa, causing loss of smell, and may enter the brain, migrating from the cribriform plate along the olfactory tract[2] or through vagal or trigeminal pathways; however, definitive evidence for this is lacking. SARS-CoV-2 could pass the blood-brain barrier (BBB) because inflammatory cytokines induce BBB instability or via monocytes.[4] It could reach brain tissue via circumventricular organs (CVOs), midline structures around the third and fourth ventricles, that monitor blood and cerebral spinal fluid content via fenestrated capillaries lacking the junctional proteins expressed in the BBB. Viral RNA was detected by reverse transcription–quantitative real-time polymerase chain reaction but not by in situ hybridization in medulla and cerebellum,[2] located next to the area postrema, a CVO that controls emetic responses to toxins. SARS-CoV-2 protein has been found in brain vascular endothelium but not in neurons or glia.[2] Thus, detected viral RNA may represent contamination by vasculature in leptomeninges and Virchow-Robin spaces. Histopathologic analysis of whole human brain showed microglial nodules and phagocytosis of neurons (neuronophagia) in brain stem and less frequently in cortex and limbic structures, associated with sparse lymphocytic infiltration, and no correlations between histopathologic findings and levels of viral messenger RNA in the same brain.[5] While ageusia, nausea, and vomiting may be related to CVO and brain stem viral invasion, other short-term and long-lasting NPs are more likely due to neuroinflammation and hypoxic injury. Brain stem involvement may explain persistent autonomic abnormalities and anxiety.

Figure. Brain Vascular Injury, Neurotransmitter System Dysfunction, Thrombotic Events, Neuronal Damage, and Neuropsychiatric Symptoms




A, SARS-CoV-2 invades endothelial cells via transmembrane angiotensin-converting enzyme 2 (ACE2) receptor, enabled by transmembrane protease, serine 2 (TMPRSS2). B, Cytokine elevation and microglia activation result in increased kynurenine, quinolinic acid, and glutamate, and neurotransmitter depletion. C, Coagulation cascade and elevation of von Willebrand factor (vWF) lead to thrombotic events. D, Altered neurotransmission, excitotoxicity by increased glutamate, and hypoxic injury contribute to neuronal dysfunction and loss. E, Neuropsychiatric symptoms differ depending on the Brodmann area involved. IL indicates interleukin; NMDA, *N*-methyl-D-aspartate; TNF, tumor necrosis factor.



Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 15 of 20 PageID #: 171
© 2021 American Medical Association. All rights reserved.
Downloaded From: https://jamanetwork.com/ on 01/06/2022

## Cytokines and Microglia Activation Lead to Neurotoxicity

Patients with severe COVID-19 infection have been reported to experience a severe cytokine storm, with increased serum levels of proinflammatory cytokines including interleukin (IL) 1, IL-6, IL-10, and tumor necrosis factor (TNF)-α. TNF-α can directly cross the BBB by transport (increased BBB permeability due to cytokine-induced damage)[4] or CVOs. Once across the BBB, cytokines activate microglia and astrocytes.[6] In addition to phagocytosing damaged cells, activated microglia secrete inflammatory mediators, including glutamate, quinolinic acid, ILs, complement proteins, and TNF-α.[7] Increased quinolinic acid results in higher glutamate and upregulation of NMDA receptors, possibly inducing altered learning, memory, neuroplasticity, hallucinations, and nightmares. Excitotoxicity and neuronal loss result in region- and neurotransmitter-specific NPs.

## Inflammation and NPs

Increased inflammation activates the enzyme indoleamine dioxygenase, which metabolizes tryptophan to kynurenine rather than serotonin.[3] Reduced neurotransmitter release was demonstrated in patients treated with interferon alfa who exhibited increased positron emission tomography fluorodopa $^{18}$F uptake and decreased turnover in caudate and putamen, which correlated with depression and fatigue severity. Similarly, interferon- or IL-based immunotherapy can induce depression. Inflammation leads to blunted monoamine neurotransmission, anhedonia, negative cognitive, psychomotor and neurovegetative symptoms, depression, and suicidal behavior, which poorly respond to conventional antidepressants.[3] In individuals who attempt suicide and have major depressive disorder, studies found elevated plasma kynurenine, high IL-1 and IL-6 levels in blood, cerebral spinal fluid, and brain, and increased serum C-reactive protein correlating with brain glutamate levels. TNF-α and IL-6 levels may predict negative and depressive symptoms in people at risk of psychosis, and higher IL-6 correlates with smaller hippocampus volume. Elevated IL-1β signaling decreases hippocampal neurogenesis and increases apoptosis in mammals. Suicide decedents with major depressive disorder have increased proinflammatory and decreased neurogenesis markers in postmortem hippocampus,[8] together with smaller dentate gyrus, fewer granule neurons, and neural progenitor cells.[9] Therefore, neuroinflammation may contribute to the pathogenesis of NPs reducing neurotransmitters and neurotrophins and increasing excitotoxicity.[3]

## Interplay of Inflammation and Coagulation

Virus entrance into endothelial cells of brain vasculature activates neutrophils, macrophages, thrombin production, and complement pathways, promoting microthrombi deposition.[2] COVID-19 brain damage shows macro– and micro–hypoxic/ischemic injury and infarcts at autopsy.[5] Moreover, the complement cascade mediates synaptic pruning by microglia following viral infections.[7] Therefore, NPs of COVID-19 could result from microstrokes and neuronal damage, and symptoms consequently differ depending on the brain region involved. Mechanisms of COVID-19 brain damage may resemble those involved in traumatic brain injury, where a combination of proinflammatory status and microvascular injury resulting in neuronal loss have been implicated in the pathogenesis of suicidal behavior.[10] Conversely, a successful clinical outcome would result from an initial immune response involving toll receptors and blunted nonpriming or low-priming delayed inflammation.

Understanding cellular and molecular aspects of COVID-19 brain damage could direct interventions to reduce long-term NPs. Interventions may involve antagonists of cytokines (etanercept, infliximab), NMDA receptor (ketamine), TNF-α and anti-inflammatory pathways (aspirin, celecoxib), and kynurenine pathway modulators (minocycline).[3] Mitigating long-term post–COVID-19 cognitive, emotional, and behavioral sequelae would decrease disease burden. COVID-19 neuropathology may serve as a model for deciphering neurodegenerative processes related to neuroinflammation in other brain diseases and developing new treatment strategies.

### ARTICLE INFORMATION

**Author Affiliations:** Division of Molecular Imaging and Neuropathology, New York State Psychiatric Institute, New York (Boldrini); Department of Psychiatry, Columbia University, New York, New York (Boldrini); Department of Pathology and Cell Biology, Columbia University, New York, New York (Canoll); Department of Medicine, Washington University School of Medicine in St Louis, St Louis, Missouri (Klein); Department of Neuroscience, Washington University School of Medicine in St Louis, St Louis, Missouri (Klein); Department of Pathology & Immunology, Washington University School of Medicine in St Louis, St Louis, Missouri (Klein).

**Corresponding Author:** Maura Boldrini, MD, PhD, Department of Psychiatry, New York State Psychiatric Institute, Columbia University Irving Medical Center, 1051 Riverside Dr, Unit 42, New York, NY 10032 (mb928@cumc.columbia.edu).

**Published Online:** March 26, 2021. doi:10.1001/jamapsychiatry.2021.0500

**Conflict of Interest Disclosures:** Dr Boldrini is supported by the National Institutes of Health, the American Foundation for Suicide Prevention, Dr Brigitt Rok Foundation, and the Morris Stroud III Center for Study of Quality of Life in Health and Aging at Columbia University. Drs Canoll and Klein are supported by the National Institutes of Health.

**Additional Contributions:** We thank Helen Blair Simpson, MD, PhD (New York State Psychiatric Institute and Columbia University), for reviewing a draft of this work. Dr Simpson was not compensated.

### REFERENCES

1. Woo MS, Malsy J, Pöttgen J, et al. Frequent neurocognitive deficits after recovery from mild COVID-19. *Brain Commun*. 2020;2(2):fcaa205. doi:10.1093/braincomms/fcaa205

2. Meinhardt J, Radke J, Dittmayer C, et al. Olfactory transmucosal SARS-CoV-2 invasion as a port of central nervous system entry in individuals with COVID-19. *Nat Neurosci*. 2021;24(2):168-175.

3. Roman M, Irwin MR. Novel neuroimmunologic therapeutics in depression. *Brain Behav Immun*. 2020;83:7-21. doi:10.1016/j.bbi.2019.09.016

4. Daniels BP, Holman DW, Cruz-Orengo L, Jujjavarapu H, Durrant DM, Klein RS. Viral pathogen-associated molecular patterns regulate blood-brain barrier integrity via competing innate cytokine signals. *mBio*. 2014;5(5):e01476-e14. doi:10.1128/mBio.01476-14

5. Al-Dalahmah O, Thakur KT, Nordvig AS, et al. Neuronophagia and microglial nodules in a SARS-CoV-2 patient with cerebellar hemorrhage. *Acta Neuropathol Commun*. 2020;8(1):147. doi:10.1186/s40478-020-01024-2

6. Liddelow SA, Guttenplan KA, Clarke LE, et al. Neurotoxic reactive astrocytes are induced by activated microglia. *Nature*. 2017;541(7638):481-487. doi:10.1038/nature21029

7. Vasek MJ, Garber C, Dorsey D, et al. A complement-microglial axis drives synapse loss during virus-induced memory impairment. *Nature*. 2016;534(7608):538-543. doi:10.1038/nature18283

8. Mahajan GJ, Vallender EJ, Garrett MR, et al. Altered neuro-inflammatory gene expression in hippocampus in major depressive disorder. *Prog Neuropsychopharmacol Biol Psychiatry*. 2018;82:177-186. doi:10.1016/j.pnpbp.2017.11.017

9. Boldrini M, Galfalvy H, Dwork AJ, et al. Resilience is associated with larger dentate gyrus, while suicide decedents with major depressive disorder have fewer granule neurons. *Biol Psychiatry*. 2019;85(10):850-862. doi:10.1016/j.biopsych.2018.12.022

10. Wadhawan A, Stiller JW, Potocki E, et al. Traumatic brain injury and suicidal behavior. *J Alzheimers Dis*. 2019;68(4):1339-1370. doi:10.3233/JAD-181055





© 2021 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 01/06/2022

MEDICAL SCIENCE MONITOR

EDITORIAL

e-ISSN 1643-3750
© Med Sci Monit, 2021; 27: e930886
DOI: 10.12659/MSM.930886

Received: 2021.01.04
Accepted: 2021.01.04
Available online: 2021.01.12
Published: 2021.01.25

# Selective Neuronal Mitochondrial Targeting in SARS-CoV-2 Infection Affects Cognitive Processes to Induce 'Brain Fog' and Results in Behavioral Changes that Favor Viral Survival

Authors' Contribution:
Study Design A
Data Collection B
Statistical Analysis C
Data Interpretation D
Manuscript Preparation E
Literature Search F
Funds Collection G

ABCDEF **George B. Stefano**
ABCDEF **Radek Ptacek**
ABCDEF **Hana Ptackova**
ABCDEF **Anders Martin**
ABCDEF **Richard M. Kream**

Center for Cognitive and Molecular Neuroscience, First Faculty of Medicine, Charles University in Prague, Prague, Czech Republic

**Corresponding Author:** George B. Stefano, e-mail: gstefano@sunynri.org
**Source of support:** Progress psychologie 1. LF UK

Alterations in brain functioning, especially in regions associated with cognition, can result from infection with severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) and are predicted to result in various psychiatric diseases. Recent studies have shown that SARS-CoV-2 infection and coronavirus disease 2019 (COVID-19) can directly or indirectly affect the central nervous system (CNS). Therefore, diseases associated with sequelae of COVID-19, or 'long COVID', also include serious long-term mental and cognitive changes, including the condition recently termed 'brain fog'. Hypoxia in the microenvironment of select brain areas may benefit the reproductive capacity of the virus. It is possible that in areas of cerebral hypoxia, neuronal cell energy metabolism may become compromised after integration of the viral genome, resulting in mitochondrial dysfunction. Because of their need for constant high metabolism, cerebral tissues require an immediate and constant supply of oxygen. In hypoxic conditions, neurons with the highest oxygen demand become dysfunctional. The resulting cognitive impairment benefits viral spread, as infected individuals exhibit behaviors that reduce protection against infection. The effects of compromised mitochondrial function may also be an evolutionary advantage for SARS-CoV-2 in terms of host interaction. A high viral load in patients with COVID-19 that involves the CNS results in the compromise of neurons with high-level energy metabolism. Therefore, we propose that selective neuronal mitochondrial targeting in SARS-CoV-2 infection affects cognitive processes to induce 'brain fog' and results in behavioral changes that favor viral propagation. Cognitive changes associated with COVID-19 will have increasing significance for patient diagnosis, prognosis, and long-term care.

**MeSH Keywords:** **Coronavirus • COVID-19 • Hypoxia, Brain • Mitochondria**

**Full-text PDF:** https://www.medscimonit.com/abstract/index/idArt/930886

849 — 1 30

Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 17 of 20 PageID #: 173

This work is licensed under Creative Common Attribution-NonCommercial-NoDerivatives 4.0 International (CC BY-NC-ND 4.0)



Indexed in: [Current Contents/Clinical Medicine] [SCI Expanded] [ISI Alerting System] [ISI Journals Master List] [Index Medicus/MEDLINE] [EMBASE/Excerpta Medica] [Chemical Abstracts/CAS]

Cerebral infection with SARS-CoV-2 results in acute and chronic pathologic changes [1–3]. Because this new pandemic infection has been studied clinically for less than a year, the long-term effects on the CNS, including whether SARS-CoV-2 causes or accelerates the clinical course of neurodegenerative diseases, such as Parkinson disease and Alzheimer disease, remain unknown [1]. Interestingly, there have now been several studies that have shown that infection with SARS-CoV-2 affects cognitive function and is associated with mental illness, including depression, and developmental or functional CNS changes, including autism [4–13]. Recently, patients with COVID-19 and CNS involvement have shown psychological symptoms, behavioral changes, cognitive impairment, confusion, and poor concentration; collectively termed 'brain fog' [14].

It is now known that the initial pulmonary infection with SARS-CoV-2 damages the alveoli and impairs alveolar oxygenation. COVID-19 pneumonia can result in acute respiratory distress syndrome, hypoxemia, and acidosis [15–17]. The degree of initial lung damage can determine the long-term effects of infection and may be associated with acute and chronic changes in the heart and CNS [15–17]. Recent modeling data have shown that the genomic and subgenomic RNA (sgRNA) transcripts of SARS-CoV-2 can take over the host cell by involving the mitochondrial matrix and nucleolus [18]. It is possible that SARS-CoV-2 can directly impair mitochondrial energy metabolism via targeted action on oxygen availability and utilization [18–20]. Importantly, these effects may result from the integration of the viral genome into the host cell mitochondrial matrix, resulting in a viral-mitochondrial interaction or viral 'hijacking' of the mitochondrial genome [18–20]. This viral-mitochondrial interaction depends on enhanced energy and reduced host immune responsiveness, promoting viral replication and survival [19–21]. Therefore, these pathological effects of SARS-CoV-2 infection may explain the long-term psychiatric, cognitive, and neurodegenerative sequelae of CNS infection (**Figure 1**) [13]. Also, the generation of an effective host immune response will be impaired when the available mitochondrial energy is reduced [13].

The role of impaired mitochondrial function and energy metabolism in SARS-CoV-2 infection may also explain the development of impaired cognitive function in CNS infection. Mitochondria evolved from bacteria, and retain the ability to move between cells and toward hypoxic microenvironments, as well as to exist in extracellular environments such as cerebrospinal fluid [21–24]. We previously speculated that mitochondria represent the initial step in the cellular stress response [25]. Their unique oxygen-sensitive functions highlight the significance of mitochondria in initiating pro-inflammatory reactions [25].




**Figure 1.** 'Brain fog' and COVID-19 targeting for long-term rehabilitation. SARS-CoV-2, which causes COVID-19, can infect the lungs, CNS, gastrointestinal system, and cardiovascular system. With time, widespread infection increases the total viral load in the infected individual. SARS-CoV-2 can integrate its genome into mitochondria to reduce energy metabolism. The brain is especially vulnerable to hypoxia because cognitive neural processes adjust poorly to hypoxic conditions. Hypoxia is also pro-inflammatory. Therefore, as the viral load increases, cognitive impairment and confusion increase, a condition known as 'brain fog'. This ongoing cascade of neuronal dysfunction is an important factor in understanding the long-term pathogenesis of CNS infection with SARS-CoV-2. Importantly, the behaviors resulting from 'brain fog' may increase the spread of SARS-CoV-2. COVID-19 – coronavirus disease 2019; SARS-CoV-2 – severe acute respiratory syndrome coronavirus 2; CNS – central nervous system.



This work is licensed under Creative Common Attribution-NonCommercial-NoDerivatives 4.0 International (CC BY-NC-ND 4.0)



Indexed in: [Current Contents/Clinical Medicine] [SCI Expanded] [ISI Alerting System] [ISI Journals Master List] [Index Medicus/MEDLINE] [EMBASE/Excerpta Medica] [Chemical Abstracts/CAS]

It has previously been reported that several neurological disorders can be initiated by chronic inflammation [26,27]. Physiological stress caused by inflammation can increase susceptibility to viral infection [26,27]. Given the dependence of neural tissue on high oxygen levels, the effects of mitochondrial dysfunction associated with SARS-CoV-2 infection may underlie the observed COVID-19-associated neurological effects [26,27]. Targeted involvement of the mitochondria in SARS-CoV-2 may also involve mitochondrial synchronization in multiple cells [27–29]. Combined with its induced pro-inflammatory response, SARS-CoV-2 infection leads to neuronal dysfunction, resulting in 'brain fog', as cognition requires a high and uninterrupted supply of oxygen (**Figure 1**) [3]. If energy metabolism is compromised, the resulting impairment of the immune response serves to increase the spread of the virus within an individual and between individuals. Therefore, the development of 'brain fog' as a long-term outcome of SARS-CoV-2 infection may be considered to be an evolutionarily conserved and strategic mechanism on the part of the virus that aids its spread and survival.

## Conclusions

Recent studies and clinical observations of SARS-CoV-2 infections have yielded insights into the cellular and physiological processes that enhance the ability of the virus to reproduce and spread, including its need for a highly oxygenated microenvironment [28]. Recently, there has been an increased understanding of the possible role of compromised mitochondria in the pathogenesis of SARS-CoV-2 infection. Mitochondrial energy metabolism responds immediately to a hypoxic microenvironment, and mitochondria can serve as mobile sentinel organelles that can act together as an energy delivery system [25]. Given the high energy and oxygenation requirements in neural tissue, mitochondria can serve as indicators of early acute neuronal dysfunction. The relationship between cognitive function, mental health, virus susceptibility, and viral infectivity may be a function of CNS viral load, which increases with time in the case of 'long-term COVID'. The resulting cognitive impairment benefits viral spread, as infected individuals exhibit reduced anti-infection behaviors (**Figure 1**). The effects of compromised mitochondrial function may also be an evolutionary advantage for SARS-CoV-2 in terms of its interaction with the host. A high viral load in COVID-19 patients that involves the CNS results in the compromise of neurons with high levels of energy metabolism. Therefore, we propose that selective neuronal mitochondrial targeting in SARS-CoV-2 infection affects cognitive processes to induce 'brain fog' and results in behavioral changes that favor viral survival and propagation. Cognitive changes associated with COVID-19 will have increasing significance in patient diagnosis, prognosis, and long-term care. Therefore, there will be an increasing need for support for mental health issues related to COVID-19. Long-term therapeutic strategies for COVID-19 should combine pharmacological agents targeting a chronic ischemic neural pro-inflammatory environment with behavioral activities to restore cognitive function [29,30].

### Conflict of interest

None.

## References:

1. Wang F, Kream RM, Stefano GB: Long-term respiratory and neurological sequelae of COVID-19. Med Sci Monit, 2020; 26: e928996
2. Chen X, Laurent S, Onur OA et al: A systematic review of neurological symptoms and complications of COVID-19. J Neurol, 2020; 20: 1–11
3. Pezzini A, Padovani A: Lifting the mask on neurological manifestations of COVID-19. Nat Rev Neurol, 2020; 16(11): 636–44
4. Lau KK, Yu WC, Chu CM et al: Possible central nervous system infection by SARS coronavirus. Emerg Infect Dis, 2004; 10(2): 342–44
5. Tsai LK, Hsieh ST, Chao CC et al: Neuromuscular disorders in severe acute respiratory syndrome. Arch Neurol, 2004; 61(11): 1669–73
6. Correa-Palacio AF, Hernandez-Huerta D, Gomez-Arnau J et al: Affective psychosis after COVID-19 infection in a previously healthy patient: A case report. Psychiatry Res, 2020; 290: 113115
7. Chandra PS, Shiva L, Nagendrappa S et al: COVID 19 related psychosis as an interface of fears, socio-cultural issues and vulnerability – case report of two women from India. Psychiatry Res, 2020; 290: 113136
8. Mawhinney JA, Wilcock C, Haboubi H, Roshanzamir S: Neurotropism of SARS-CoV-2: COVID-19 presenting with an acute manic episode. BMJ Case Rep, 2020; 13(6): e236123
9. Beach SR, Praschan NC, Hogan C et al: Delirium in COVID-19: A case series and exploration of potential mechanisms for central nervous system involvement. Gen Hosp Psychiatry, 2020; 65: 47–53
10. Epstein D, Andrawis W, Lipsky AM et al: Anxiety and suicidality in a hospitalized patient with COVID-19 infection. Eur J Case Rep Intern Med, 2020; 7(5): 001651
11. Chen N, Zhou M, Dong X et al: Epidemiological and clinical characteristics of 99 cases of 2019 novel coronavirus pneumonia in Wuhan, China: A descriptive study. Lancet, 2020; 395(10223): 507–13
12. Zhang Y, Ma ZF: Impact of the COVID-19 pandemic on mental health and quality of life among local residents in Liaoning province, China: A cross-sectional study. Int J Environ Res Public Health, 2020; 17(7): 2381
13. Ptacek R, Ptackova H, Martin A, Stefano GB: Psychiatric manifestations of COVID-19 and their social significance. Med Sci Monit, 2020; 26: e930340
14. Croall ID, Hoggard N, Aziz I et al: Brain fog and non-coeliac gluten sensitivity: Proof of concept brain MRI pilot study. PLoS One, 2020; 15(8): e0238283
15. Calabrese F, Pezzuto F, Fortarezza F et al: Pulmonary pathology and COVID-19: Lessons from autopsy. The experience of European Pulmonary Pathologists. Virchows Arch, 2020; 477(3): 359–72
16. Tian S, Xiong Y, Liu H et al: Pathological study of the 2019 novel coronavirus disease (COVID-19) through postmortem core biopsies. Mod Pathol, 2020; 33(6): 1007–14
17. Xu Z, Shi L, Wang Y et al: Pathological findings of COVID-19 associated with acute respiratory distress syndrome. Lancet Respir Med, 2020; 8(4): 420–22
18. Wu KE, Fazal FM, Parker KR et al: RNA-GPS Predicts SARS-CoV-2 RNA residency to host mitochondria and nucleolus. Cell Syst, 2020; 11(1): 102–108.e3
19. Shenoy S: Coronavirus (Covid-19) sepsis: Revisiting mitochondrial dysfunction in pathogenesis, aging, inflammation, and mortality. Inflamm Res, 2020; 69(11): 1077–85

Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 19 of 20 PageID #: 175

This work is licensed under Creative Common Attribution-NonCommercial-NoDerivatives 4.0 International (CC BY-NC-ND 4.0)



Indexed in: [Current Contents/Clinical Medicine] [SCI Expanded] [ISI Alerting System] [ISI Journals Master List] [Index Medicus/MEDLINE] [EMBASE/Excerpta Medica] [Chemical Abstracts/CAS]

20. Singh KK, Chaubey G, Chen JY, Suravajhala P: Decoding SARS-CoV-2 hijacking of host mitochondria in COVID-19 pathogenesis. Am J Physiol Cell Physiol, 2020; 319(2): C258–67
21. Stefano GB, Esch T, Kream RM: Potential Immunoregulatory and antiviral/SARS-CoV-2 activities of nitric oxide. Med Sci Monit, 2020; 26: e925679
22. Stefano GB, Esch T, Kream RM: Behaviorally-mediated entrainment of whole-body metabolic processes: Conservation and evolutionary development of mitochondrial respiratory complexes. Med Sci Monit, 2019; 25: 9306–9
23. Hayakawa K, Bruzzese M, Chou SH et al: Extracellular mitochondria for therapy and diagnosis in acute central nervous system injury. JAMA Neurol, 2018; 75(1): 119–22
24. Nakamura Y, Park JH, Hayakawa K: Therapeutic use of extracellular mitochondria in CNS injury and disease. Exp Neurol, 2020; 324: 113114
25. Esch T, Stefano GB, Ptacek R, Kream RM: Emerging roles of blood-borne intact and respiring mitochondria as bidirectional mediators of pro- and anti-inflammatory processes. Med Sci Monit, 2020; 26: e924337
26. Esch T, Stefano GB: Proinflammation: A common denominator or initiator of different pathophysiological disease processes. Med Sci Monit, 2002; 8(5): HY1–9
27. Esch T, Stefano GB, Fricchione GL, Benson H: The role of stress in neurodegenerative diseases and mental disorders. Neuro Endocrinol Lett, 2002; 23(3): 199–208
28. Tobin MJ, Laghi F, Jubran A: Why COVID-19 silent hypoxemia is baffling to physicians. Am J Respir Crit Care Med, 2020; 202(3): 356–60
29. Huang L, Ma Q, Li Y et al: Inhibition of microRNA-210 suppresses pro-inflammatory response and reduces acute brain injury of ischemic stroke in mice. Exp Neurol, 2018; 300: 41–50
30. von Arnim CAF, Bartsch T, Jacobs AH et al: Diagnosis and treatment of cognitive impairment. Z Gerontol Geriatr, 2019; 52(4): 309–15

Case 3:21-cr-00118-RLJ-DCP Document 29-2 Filed 02/10/22 Page 20 of 20 PageID #: 176

This work is licensed under Creative Common Attribution-NonCommercial-NoDerivatives 4.0 International (CC BY-NC-ND 4.0)



Indexed in: [Current Contents/Clinical Medicine] [SCI Expanded] [ISI Alerting System] [ISI Journals Master List] [Index Medicus/MEDLINE] [EMBASE/Excerpta Medica] [Chemical Abstracts/CAS]