Mr. Replogle JAN 18

hey hows life? well obviously I made it back safe & sound w/out my mind. Once again it was very hard to leave ya know it would seem to get easier only to find it gets harder. I once heard you dont lose some thing you cherish all at once you miss it over time. ya know what I mean? Well its almost been one week. the drive was long but fun snowed till about MaryLand & then Sunny & warm! it has been beatiful. people here are ~~warm~~ wearin coats & hats & Im leavin in a t shirt! its beautiful not to cold not hot! so hows school. Im still liftin! I got confused at first cause I followed you & I forgot all of the work out but I thought hard & I got it now I think! So how is the wife & Kids? OK I heard a Rumor that your second baby was adopted I forgot to ask in person I hope you dont ~~need~~ mind with all do respect!

I will never forget you for all you have done & what you said on Fri I couldnt do it in front of you but I cried I didnt know what to say I feel like Im goin no where & then you push me even when your not right here you will always be more than a coach to me & I will never forget you! you push me to Limits I have never seen! I owe you it all.

Well we are here till the last week of Jan then we go get missiles! then come back then go out for 2 weeks in feb I will leave then! to go to Cali goin to UPS to look for a 2nd job! Take care miss you thanx again!

Nelson

Congratulat on a very good football season. By sticking with us, through the move to 7K, it showed your strength of character. Your hard work and dedicat to the student athletes paid off. Thanks again and I wish you the best of Luck

Chris



September 8, 2008

Mr. Nelson Replogle
Thornapple Kellogg High School
3885 Bender Road
Middleville, MI 49333

Dear Mr. Replogle,

I am writing to inform you that you have been identified by one of our first-year students as a teacher who made a major impact on her life. We ask our new students this question because we place a premium on effective teaching at Hope College and we seek, wherever and whenever we can, to recognize and encourage such teaching.

Please accept my congratulations and thanks for the positive impact you had on Katie Opatik-Duff who named you as the most influential teacher in her high school years. Mentoring students, whether inside or outside the classroom, takes time and effort. Thus, we appreciate the investment you have made and continue to make in the lives of students. You make an important difference, and too often we don't recognize how teachers influence our young people. So, on those discouraging days, remember that you are making a difference in students' lives.

We are delighted to have Katie at Hope College and pleased to be able to build upon the solid foundation that you and others have provided. We look forward to receiving more of your students at Hope in the future, for we know they will be both motivated and prepared to succeed.

If you've never visited the campus, please come and see first-hand what we offer at Hope to educate students for lives of leadership and service in a global society. Best wishes for continued success in your teaching and mentoring.

Sincerely,

James N. Boelkins
Provost

JNB/bg
CC: Tony Koski, Principal

P.O. BOX 9000
HOLLAND, MICHIGAN 49422-9000
616-395-7850
1-800-968-7850

The Replogle Family,

Over the past 4 years, I've had great teachers and great friends. I've been blessed to encounter both within your family. It's crazy to think that within a couple of months I will be 8 hours farther from you but 8 hours closer to chasing my dreams of becoming a pediatric nurse. Either way I'm excited to call Northern and the U.P. my new home. Although my brain may be forgetful, you've given my heart so much to remember, and for that I'm eternally grateful. Thank you for being in my life, how lucky am I? Thank you for being who you are and for helping to shape the person I am :)

Thanks Again + Take Care

Much love
Carley

Mr. Replogle,
I wanted to thank you for being such a great teacher and mentor for me.
Last year, you told me that the one thing you wanted me to accomplish by my senior year was, to be more confident, and be able to share my ideas more. This was honestly one of the best pieces of advice I have ever gotten. After you told me that, I have made a sufficient effort at stepping out of my comfort zone, and I am definitely more outgoing now.
So, I just wanted to thank you for the impact you have made in my life by the simple things you said or did, and believing in me, even when I didn't believe in myself.
Thanks again!

Sara Densberger

Mr. Replogle -

Thank you so much for coming to my senior recital - it was a huge honor for me to have you there. I really do admire you and the way that you teach. After taking two different college classes this year and looking back on my AP classes, yours was the only one really structured with the atmosphere of a college class, which was very effective. You could easily be a college prof, but I also think it's amazing how much you care about your students' success and how you have the skill to push everyone to their best, and you really have been an invaluable part of the high school. I am glad you are there. However, I know from family experience that the public school system is extremely flawed →

:21-cr-00118-RLJ-DCP Document 29-3 Filed 02/10/22 Page 6 of 24 PageID

and that working in it takes a lot out of you ☺ So I'm sure a change of pace would be refreshing. If there's anything you've taught me, it is that if you are passionate about what you do, nothing can stop you, and I hope nothing will stop you either.

I will send you my first book if you do the same.

Fond regards,

Kyla

Mr. Replogle,

Whats up? Well I am close to the shore of Georgia about 25-30 miles off the coast! Just ~~crusin~~ crusin at about 10 Knots! ha, I'm talkin NAVY! but any ways; I am doin OK went up to the bridge of the ship got to steer for a few minuites, nothin special. ~~seey~~ saw the radar room! thats neat! saw the sky at night all the stars it is so ~~aw~~ awsome! still have not seen a shooting star! Well we are going to arrive in sevanna, Georga at 0800 then after the weekend we leave there and slowly head back to NORFOLK! Then we stay in for a few days then leave for a week or so again out to sea I dont know if we will stop at any ports or not. but ~~o~~ on the ~~B~~ 7TH of Dec. we go ~~to~~ to Yorktown for a day! then we are dne for the year! Christmas leave starts up around then. Theres two periods you can take! I chose 2 Dec 30 - JAN 15! Life on the ship is not that bad, small but comfy! I will have heidi show you some pictures when I send ~~it~~ them home! the rockin puts you to sleep. I sleep like a big baby! but hey how are things goin with you? hows your son? your wife? I wont ask about

school! I heard the team lost! hows playoffs look?

Ya know I could never thank you enough for what you have done for me! Pushin me through school and in sports. I would have never been able to do any of that if it wasn't for all of you. but ever since 9TH grade I was scared of you! I never wanted you mad at me! you never cut me any slack and I thank you now! I could never repay you for all you have done for to me. Thank you! & I hope I never lose contact with you you are like a Father to me!

D [signature] #88


DAREN GALINIS
USS VELLA GULF [illegible] (CG-72)
A-DIV
FPO AE 09590-1192

Mr. Replogle

I just thought that I would let you know as I graduate that I really enjoyed your class. (US. History) Even though I didn't do my homework and had lunch detention every day I still enjoyed it. The fact that you gave me those lunch detentions kept me from falling behind. I really liked the way you taught us and the mental pictures you painted for us made it interesting. Just thought I would let you know that you were one of the best teachers I ever had.

sincerely,
David Ordway

Mr. Replogle 4-17-99

hello sir. how have you been? ok here. well we are gone now. we left on the 16 We dont Know for sure where we will go eathere Kosovo or IRAN, IRAQ so but California is lonely for the 2 weeks I was there I am gonna buy a motorcycle though. the ship is different newer. same crap though. well 168 days left. funny huh! hey if you got e mail my address is dcgali @ stethem.navy.mil ok. that will work alot faster. gettin homesick already! It will go away! they said no mail will be sent out till singapore which is in a week & 1/2 the places we are suppost to stop is at Guam, singapore, Phucet, thailand & a couple others on the way then on the way home hit australia 3 X's. I was thinkin about shavin my head today ya Know like skin! but I said hey thats what the NAVY wants & since when do I follow orders so I am gonna grow my top out! till some one says some thin! Nothin big happenin yet around here just tryin to stay busy to Keep the time goin faster. Missin everyone isnt makin it any better. Some times I go sit on the flight deck and face the horizen & think

about the past. my last game at Saranac when me John & chip all kneeled down on the field when it was all done, Heidi! :), Baseball, school, Mondays when you would chew my ass for missin a block. missin 2 a days! wrestlin anyway you get my point. ya know you were with me through all of that I cannot think of one memory that you werent involved in I have to thank you for that.

hows the family & school?

Well sorry to go so soon but th mail goes in 20 min. by helo!!!!

Take Care

Miss You

W/B

Daren

~~dlgali@Stethem.Na~~

dlgali@stethem.navy.mil email




Honoring Our Nation's Most Respected Teachers®

NOMINATED BY:
Stevi Merrill

January 12, 2005

**ADVISORS**

**Gloria V. Anderson**
Gifted & Talented Coordinator
Resource Instructional Support Coordinator (Ret.)
Franklin County School Board
Rocky Mount, VA

**Lovely H. Billups**
Director of Field Services (Ret.)
Educational Issues Dept.
American Federation of Teachers
Washington, DC

**Roberta M. Felker, PhD**
Superintendent (Ret.)
Wisconsin Heights School District
Mazomanie, WI

**Jeremiah Floyd**
Associate Executive Director (Ret.)
National School Boards Association
Alexandria, VA

**Susan Adler Kaplan**
Member (Ret.)
National Board for Professional Teaching Standards
Providence, RI

**Darlene Pierce**
Former Director (Ret.)
National Teacher of the Year Program
Director of Development (Ret.)
American Association of School Administrators
Arlington, VA

**Sylvia Seidel**
Assistant Director
National Center for Innovation
National Education Association
Washington, DC

**MEMBER**

- American School Counselor Association
- American Association of School Administrators
- American Library Association
- EdPress – The Association of Educational Publishers
- National Association for College Admission Counseling
- National School Public Relations Association
- National Association of High School Principals

Also Publishers of:
*Who's Who Among American High School Students®*
*The National Dean's List®*
*Who's Who Among American High School Students—Sports Edition®*

Mr. Nelson Reptogle
3885 Bender Rd
Middleville, MI 49333-9273

Dear Mr Reptogle:

I am proud to congratulate you on being selected for inclusion in the ninth edition of *Who's Who Among America's Teachers®, 2005*. I believe you will find this honor exceptionally gratifying since it comes from a successful former student who recommended you because you made a difference in his or her life.

There is no greater reward for teachers than to be valued by former students. Only high school and college students who have been cited for academic excellence themselves in *Who's Who Among American High School Students®, Who's Who Among American High School Students-Sports Edition®* and *The National Dean's List®* are invited to nominate one teacher from their entire academic experience.

As indisputable testimony to the value of outstanding teachers, *Who's Who* will honor a select 5% of our nation's teachers. America's best teachers will be recognized just as the best doctors, lawyers, athletes, business people and other professionals have traditionally been honored.

As the only publication dedicated exclusively to the recognition of our country's premier teachers, *Who's Who* is a valuable resource for everyone concerned with quality education.

The book is distributed on a complimentary basis to all state superintendents of public education and several hundred public libraries throughout the country. Additionally, all principals and college presidents will be notified of the teachers in their institutions selected for this award. They are requested to announce these selections to their faculties, students and parents via appropriate school media. We will also notify participating newspapers nationwide of the teachers being honored in their communities.

Of course, there are no financial responsibilities whatsoever attached to this award. Your biography will be published pending completion of the attached form. To assure the accuracy of your listings and to authorize publication of your data, please complete and return the Teacher Data Form by February 14, 2005.

Sincerely yours,

Parke H. Davis

Parke H. Davis
Chairman, National Academic Affairs



Honoring Our Nation's Most Respected Teachers®

**ADVISORS**

**Gloria V. Anderson**
Gifted & Talented Coordinator
Resource Instructional Support Coordinator
Franklin County School Board
Rocky Mount, VA

**Lovely H. Billups**
Director of Field Services
Educational Issues Dept.
American Federation of Teachers
Washington, DC

**Roberta M. Felker, PhD**
Superintendent
Wisconsin Heights School District
Mazomanie, WI

**Jeremiah Floyd**
Associate Executive Director (Ret.)
National School Boards Association
Alexandria, VA

**Susan Adler Kaplan**
Former Member
National Board for Professional Teaching Standards
Providence, RI

**Darlene Pierce**
Former Director
National Teacher of the Year Program
Director of Development
American Association of School Administrators
Arlington, VA

**Sylvia Seidel**
Assistant Director
National Center for Innovation
National Education Association
Washington, DC

**MEMBER**

American Association of School Administrators

American Library Association

EdPress – The Association of Educational Publishers

National School Public Relations Association

**educational communications, inc.**

1701 Director Blvd., Suite 920
PO Box 149314
Austin, TX 78714-9314
www.whoswho-teachers.com

NOMINATED BY:
Ashley E Ballard

January 30, 2004

Mr. Nelson Replogle
Thornapple-Kellogg High School
3885 Bender Rd.
Middleville, MI 49333-9273

Dear Mr. Replogle:

I am proud to congratulate you on being selected for inclusion in the eighth edition of *Who's Who Among America's Teachers*®, 2004. I believe you will find this honor exceptionally gratifying since it comes from a successful former student who recommended you because you made a difference in his or her life.

There is no greater reward for teachers than to be valued by former students. Only high school and college students who have been cited for academic excellence themselves in *Who's Who Among American High School Students*® *and The National Dean's List*® are invited to nominate one teacher from their entire academic experience.

As indisputable testimony to the value of outstanding teachers, *Who's Who* will honor a select 5% of our nation's teachers. America's best teachers will be recognized just as the best doctors, lawyers, athletes, business people and other professionals have traditionally been honored.

As the only publication dedicated exclusively to the recognition of our country's premier teachers, *Who's Who* is a valuable resource for everyone concerned with quality education.

The book is distributed on a complimentary basis to all state superintendents of public education and several hundred public libraries throughout the country. Additionally, all principals and college presidents will be notified of the teachers in their institutions selected for this award. They are requested to announce these selections to their faculties, students and parents via appropriate school media. We will also notify participating newspapers nationwide of the teachers in their communities being honored.

Of course, there are no financial responsibilities whatsoever attached to this award. Your biography will be published pending completion of the attached form. To assure the accuracy of your listings and to authorize publication of your data, please complete and return the Teacher Data Form by March 3, 2004.

Sincerely yours,

Parke H. Davis

Parke H. Davis
Chairman, National Academic Affairs

Also Publishers of:
*Who's Who Among American High School Students*®
*The National Dean's List*®
*Who's Who Among American High School Students—Sports Edition*®




Honoring Our Nation's Most Respected Teachers®

ADVISORS

GLORIA V. ANDERSON
Gifted & Talented Coordinator
Resource Instructional Support Coordinator (Ret.)
Franklin County School Board
Rocky Mount, VA

LOVELY H. BILLUPS
Director of Field Services (Ret.)
Educational Issues Dept.
American Federation of Teachers
Washington, DC

ROBERTA M. FELKER, PHD
Superintendent (Ret.)
Wisconsin Heights School District
Mazomanie, WI

JEREMIAH FLOYD
Associate Executive Director (Ret.)
National School Boards Association
Alexandria, VA

SUSAN ADLER KAPLAN
Member (Ret.)
National Board for Professional Teaching Standards
Providence, RI

DARLENE PIERCE
Former Director (Ret.)
National Teacher of the Year Program
Director of Development (Ret.)
American Association of School Administrators
Arlington, VA

SYLVIA SEIDEL
Assistant Director
National Center for Innovation
National Education Association
Washington, DC

MEMBER

•American School Counselor Association
•American Association of School Administrators
•American Library Association
•EdPress – The Association of Educational Publishers
•National Association for College Admission Counseling
•National School Public Relations Association
•National Association of High School Principals

Also Publishers of:
*Who's Who Among American High School Students®*
*The National Dean's List®*
*Who's Who Among American High School Students—Sports Edition®*

NOMINATED BY:
Brynn N Curtiss

January 12, 2005

Mr. Replogle
3885 Bender Rd
Middleville, MI 49333-9273

Dear Mr Replogle:

I am proud to congratulate you on being selected for inclusion in the ninth edition of *Who's Who Among America's Teachers®, 2005*. I believe you will find this honor exceptionally gratifying since it comes from a successful former student who recommended you because you made a difference in his or her life.

There is no greater reward for teachers than to be valued by former students. Only high school and college students who have been cited for academic excellence themselves in *Who's Who Among American High School Students®*, *Who's Who Among American High School Students-Sports Edition®* and *The National Dean's List®* are invited to nominate one teacher from their entire academic experience.

As indisputable testimony to the value of outstanding teachers, *Who's Who* will honor a select 5% of our nation's teachers. America's best teachers will be recognized just as the best doctors, lawyers, athletes, business people and other professionals have traditionally been honored.

As the only publication dedicated exclusively to the recognition of our country's premier teachers, *Who's Who* is a valuable resource for everyone concerned with quality education.

The book is distributed on a complimentary basis to all state superintendents of public education and several hundred public libraries throughout the country. Additionally, all principals and college presidents will be notified of the teachers in their institutions selected for this award. They are requested to announce these selections to their faculties, students and parents via appropriate school media. We will also notify participating newspapers nationwide of the teachers being honored in their communities.

Of course, there are no financial responsibilities whatsoever attached to this award. Your biography will be published pending completion of the attached form. To assure the accuracy of your listings and to authorize publication of your data, please complete and return the Teacher Data Form by February 14, 2005.

Sincerely yours,

Parke H. Davis

Parke H. Davis
Chairman, National Academic Affairs



WHO'S WHO AMONG AMERICA'S TEACHERS
1701 Directors Blvd. • Austin, TX 78744 • Phone: (512) 440-2300 • Fax: (512) 447-1687 • Web: www.whoswho-teachers.com

I was lucky to have the best teacher in this world. Wherever, I may go in my life. I will always remember that i had an excellent guide in the form of a teacher.

God Bless you.

Marlen Rae.

You made my heart so happy!

thank you for being my teacher

MR, Replogle.



I treasure, and someone I will always look up to in so many ways. The game is meant to remind you to never forget where you came from, and always know what a difference you have made. God bless!!

The Lokan Family

Designers' Collection™
AN AMERICAN GREETINGS COMPANY

www.americangreetings.com
America Online Keyword: AG

AMERICAN GREETINGS
CLEVELAND, OH 44144

CARLTON CARDS
TORONTO, ONTARIO M8Z 1S7

NTYN 7Y
© AGC, Inc.
MADE IN U.S.A.

Nelson,

I just wanted you to know what a blessing it has been to call you a friend, a coworker, and most of all, a great example of someone who makes a difference. I hope you know that wherever you go, you will always be a friend →

Mr. Replogle ~ This is a Thank You card for You, for helping me succeed this year. You taught me that it takes effort and work. You made me try my hardest and then see it in my grade. Learning to take a challenge and work hard to succeed was probably the best lesson I've learned all year. Thank You :)

-Kristin Heileman-

P.S. ~ Here is an Email I recieved from my grandpa, eleven rules about "the real World." I thought maybe You could use them for next Years Juniors.

*It was appreciated!*

Dear [scribbled out] Replogles,

Thank you so much for coming to my open house and the money. I worked more for you than any other teacher I've had.

Thank you!

~Kirsten

You do the nicest things for people!

And you're appreciated more than you know!

---

Mr. Replogle,

Thank you for teaching me this year. It has been so nice to have been in your class, as you make learning history not only interesting, but relevant to our lives. I really appreciate that you take the time to make sure we understand the concept that may not be written out in our textbook, but is still equally, or more, important. This has been the first class that I have felt that its structure worked extremely well, not only for the subject, but for the students. Also, you are the only teacher I have had who has established and maintained control over their class, which makes it significantly easier to focus on learning. Lastly, I would like to thank you for challenging me this year, helping me to achieve greatly. I know you said that you are not the best teacher, but you have been the best teacher I have ever had.

From, [illegible]

I'm not sure you remember the first day of school when I asked if I was in the right class because I thought you had short hair and you greeted me in french which made me somehow think that I was in a french class. At that point I was ready to be done and now I'm so not ready. I wish you were staying because you are the best teacher I have ever had, but I know you're not so I can only wish I had had you freshman year. I wish you the best of luck in Georgia, or wherever you end up.

...but no one
can take your place.

Thank you so much!

Sincerely,
Emma VanSprange

Dear Mr. Replogle,

I believe that, when we corresponded briefly in my college years, you told me to call you Nelson - that memory didn't come to me until after the salutation of this card. I've been prompted at a conference to write to my favorite teacher. I find it a bad task - "favorite teacher" is not a title I strive for any more in my practice, and I never got the impression this is what you →

→ were after, either. You just wanted to be
as good as you could be at making us as good
as we could be at APUSH. I'm teaching AP WH
now, and when I look at how I do it, I
~~Thank~~ see your influence: high expectations, no
nonsense, expecting excellence & effort in
my students.
Thank you, Nelson, for being a great teacher
to me. In Cedar Springs, MI my classroom is
one part of your legacy. Yours,
Dave Stuart ('02)