**Nelson Paul Replogle**  5205 Trumpet Vine Lane
Knoxville, TN  37918

**Education History**:
- 1980 High School Diploma from Hastings High School; Hastings, MI
- 1986 Bachelor of Arts in History from Michigan State University with Teaching Certification in Michigan for Social Studies, English, Special Education, Psychology; East Lansing, MI
- 2007 Masters of Arts in History from Central Michigan University; Mt. Pleasant, MI

**Employment History**:
- 1986-1987 Lakewood High School History and Social Studies Teacher; Lake Odessa, MI
- 1989-1990 Hart High School Special Education Teacher; Hart, MI
- 1990-1991 Hamilton High School Special Education Teacher; Hamilton, MI
- 1991-1999 Kelloggsville High School History Teacher; Kelloggsville, MI
- 1999-2018 Thornapple Kellogg High School History Teacher; Middleville, MI
- 2020 Pellissippi Community College History Teacher; Knoxville, TN

**Extra curricular/Mentorship/Other**:
- Class Advisor:
  1986-1987 Lakewood High School
  2008-2010, 2014-2018 Thornapple Kellogg High School
- 2014-2018 Summer School Instructor Thornapple Kellogg High School
- 2010, 2013, 2016 Union Contract Team Bargaining Member; Thornapple Kellogg High School

**Athletic Coaching**:
- 1989 Hart High School Assistant Varsity Football Coach
- 1991-1993 Kelloggsville High School Assistant Junior Varsity Football Coach
- 1994-1997, 1999, 2002-2003 Kelloggsville High School Assistant Varsity Football Coach
- 2001, 2014-2017 Thornapple Kellogg High School Assistant Junior Varsity Football Coach
- 1992-1993 Kelloggsville High School Head Junior Varsity Baseball Coach
- 1994-1995, 1998-1999 Kelloggsville High School Head Varsity Baseball Coach
- 2009-2011 Thornapple Kellogg High School Head Junior Varsity Baseball Coach
- 2015-2018 Thornapple Kellogg High School Head Freshman Baseball Coach
- 2012-2014 Hastings High School Head Freshman Baseball Coach; Hastings, MI
- 2000-2012 Baseball Coach in various summer leagues in Hastings and Middleville, MI (various age levels)

**Miscellaneous**:
- 1986-current  Participated in Living History Civil War Reenactments
- 2006 Selected to give commencement address at 2006 Thornapple Kellogg High School graduation ceremony