IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

V.   No. 3:21-CR-118

NELSON REPLOGLE

**MOTION FOR LEAVE TO FILE DOCUMNETS UNDER SEAL**

Comes the Defendant, Nelson Replogle, by and through counsel, and respectfully requests that this Court allow the Defendant to file documents related to his Sentencing Memorandum under seal. These documents contain medical information of the Defendant and private security measures the Defendant (and possibly his family) uses for internet security.

Respectfully submitted this 10th day of February 2022.

s/Joseph A. Fanduzz
Joseph A. Fanduzz (BPR No. 026296)
Attorney for Nelson Replogle
800 S. Gay Street, Suite 2500
Knoxville, TN 37929
(865) 386-1519

## CERTIFICATE OF SERVICE

I herby certify that on this 10th day of February 2022, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                        s/Joseph A. Fanduzz
                                        Joseph A. Fanduzz