UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No.  3:21-CR-118
                                  )
NELSON PAUL REPLOGLE              )

## O R D E R

The motions for leave to file under seal [docs. 27, 30] are **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge